Fill in this information to identify your case:

Debtor 1: David Lee
 First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

                                                                                        Unsecured claim

**1**
COMENITY-Total Rewards Visa
PO Box 659450
San Antonio, TX 78265-9450

What is the nature of the claim?    Credit card purchases    $ $13,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
X None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact
(855) 381-5712
Contact phone

**2**
Discover Card
PO Box 51908
Los Angeles, CA 90051-6208

What is the nature of the claim?    Credit card purchases    $ $20,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
X None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

Debtor 1 _____    Case number *(if known)* _____

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____
   Unsecured claim    $ _____

---

**7**

Pentagon Federal Credit Union
9494 Miramar Rd
San Diego, CA 92126-4417

What is the nature of the claim?    Visa Card purchases    $ $6,300.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____
   Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**8**

Target REDcard
P O Box 5332
Sioux Falls, SD 57117-5332

What is the nature of the claim?    Credit card purchases  $ 700.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____
   Unsecured claim    $ _____

Contact _____
Contact phone _____

Debtor 1 _____    Case number *(if known)* _____

| 9 | Virgin America<br>P O Box 659450<br>San Antonio, TX 78265-9450<br>Owensboro, KY 42301-7439 | What is the nature of the claim?    Credit card purchases    $ 28,300.00 |
|---|---|---|

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured) _____

Value of security: _____
Unsecured claim _____

Contact _____

(800) 365-7900
Contact phone

| 10 | | What is the nature of the claim? _____ $ _____ |
|---|---|---|

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Debtor 1 _____    Case number *(if known)* _____

_____
Contact

Does the creditor have a lien on your property?

☐ No
☐ Yes. Total claim (secured and unsecured)    $ _____

**(855) 871-9842**
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

### Part 2:  Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _[signature]_____    X _____
David Lee                                Signature of Debtor 2
Signature of Debtor 1

Date  **January 7, 2019**                Date _____

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 2019 CINGroup - www.cincompass.com