**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | David Lee | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number (if known)   2:19-bk-10119-RK

☒ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1**
AMER ASSIST ar solutions, inc.
PO Box 26095
Columbus, OH 43226-0095

What is the nature of the claim?    Credit card debt    $ $7,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Value of security:    - $ _____
Unsecured claim    $ _____

Contact

(614) 635-1290
Contact phone

**2**
COMENITY-Total Rewards Visa
PO Box 659450
San Antonio, TX 78265-9450

What is the nature of the claim?    Credit card purchases  $ $13,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

B104 (Official Form 104)       For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       Page 1

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1     Lee, David _____     Case number *(if known)*    2:19-bk-10119-RK

     (855) 381-5712 _____
     Contact phone

Value of security:        - $ _____
Unsecured claim         $ _____

---

**3**

Discover Card
PO Box 51908
Los Angeles, CA 90051-6208

**What is the nature of the claim?**    Credit card purchases   $ $17,506.63

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)     $ _____

_____
Contact

    (800) 347-1121 _____
    Contact phone

Value of security:        - $ _____
Unsecured claim         $ _____

---

**4**

Discover it Miles Card
PO Box 51908
Los Angeles, CA 90051-6208

**What is the nature of the claim?**    Credit card purchases   $ $13,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)     $ _____

_____
Contact

    (800) 347-1121 _____
    Contact phone

Value of security:        - $ _____
Unsecured claim         $ _____

---

**5**

First National Bank
PO Box 2557
Omaha, NE 68103-2557

**What is the nature of the claim?**    Credit card purchases   $ $1,500.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)     $ _____

_____
Contact

    (888) 530-3626 _____
    Contact phone

Value of security:        - $ _____
Unsecured claim         $ _____

---

**6**

**What is the nature of the claim?** _____ $ $22,002.00

---

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 2

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1     Lee, David                    Case number *(if known)*    **2:19-bk-10119-RK**

■ Franchise Tax Board
Franchise Tax Board
PO Box 942840
Sacramento, CA 94240-0001

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**7** ■
Internal Revenue Service
PO Box 7704
San Francisco, CA 94120-7704

What is the nature of the claim? _____ $ **$141,200.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**8** ■
L A DWP
111 N Hope St
Los Angeles, CA 90012-2607

What is the nature of the claim? _____ $ **$6,500.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**9** ■
L A DWP
111 N Hope St
Los Angeles, CA 90012-2607

What is the nature of the claim? _____ $ **$1,794.36**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____

Contact _____

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 3

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1    Lee, David                      Case number *(if known)*    **2:19-bk-10119-RK**

Contact phone

Unsecured claim           $

---

**10**

Mercury Payments Services, LLC
Card Services
PO Box 70168
Philadelphia, PA 19176-0168

What is the nature of the claim?     **Credit card purchases**   $ **$1,200.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)     $

Contact

**(866) 686-2158**
Contact phone

Value of security:     - $
Unsecured claim     $

---

**11**

ORBITZ
PO Box 659450
San Antonio, TX 78265-9450

What is the nature of the claim?     **Credit card debt**     $ **$29,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)     $

Contact

**(800) 284-1706**
Contact phone

Value of security:     - $
Unsecured claim     $

---

**12**

Pentagon Federal Credit Union
9494 Miramar Rd
San Diego, CA 92126-4417

What is the nature of the claim?                 $ **$25,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)     $

Contact

Contact phone

Value of security:     - $
Unsecured claim     $

---

**13**

Pentagon Federal Credit Union
9494 Miramar Rd
San Diego, CA 92126-4417

What is the nature of the claim?                 $ **$5,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 4

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1    Lee, David                                             Case number *(if known)*    **2:19-bk-10119-RK**

_____

Contact
_____

Contact phone

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)              $ _____

Value of security:                    - $ _____

Unsecured claim                        $ _____

---

**14**

**Synchrony Bank**
**Amazon Store Card**
**170 W Election Rd Ste 125**
**Draper, UT 84020-6425**

**What is the nature of the claim?**    **Credit card purchases**  $ **$2,500.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)              $ _____

Value of security:                    - $ _____

Unsecured claim                        $ _____

_____

Contact
_____

Contact phone

---

**15**

**U S BANK**
**PO Box 108**
**Saint Louis, MO 63166-0108**

**What is the nature of the claim?**    **Personal loan**        $ **$2,000.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)              $ _____

_____

Contact

**(877) 838-4347**
_____

Contact phone

Value of security:                    - $ _____

Unsecured claim                        $ _____

---

**16**

**Virgin America**
**PO Box 659450**
**San Antonio, TX 78265-9450**

**What is the nature of the claim?**    **Credit card debt**      $ **$26,000.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)              $ _____

_____

Contact

**(855) 871-9842**
_____

Contact phone

Value of security:                    - $ _____

Unsecured claim                        $ _____

---

**Part 2:**  **Sign Below**

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                                    Page 5

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1     Lee, David _____      Case number *(if known)*    **2:19-bk-10119-RK**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X    /s/ David Lee _____          X _____
     David Lee                                      Signature of Debtor 2
     Signature of Debtor 1

Date    **January 20, 2019** _____          Date _____

B 104 (Official Form 104)              For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                  Page 6

Software Copyright (c) 2019 CINGroup - www.cincompass.com