```
 1  David A. Tilem (SBN 103825)
    LAW OFFICES OF DAVID A. TILEM
 2  206 North Jackson Street, Suite 201
    Glendale, California 91206
 3  Tel: 888-257-7648 * 818-507-6000
        Fax:(818) 507-6800
 4  DavidTilem@TilemLaw.com

 5  Proposed Attorneys for Debtor and Debtor-
        In-Possession
 6
```

 7                    **UNITED STATES BANKRUPTCY COURT**

 8                    **CENTRAL DISTRICT OF CALIFORNIA**

 9                        **LOS ANGELES DIVISION**

10

11  In re:                          )   **Case No. 2:19-bk-10119-RK**
                                    )
12                                  )   Chapter 11
                                    )
13                                  )   **STATUS CONFERENCE REPORT**
    **DAVID LEE,**                  )
14                                  )   <u>Hearing</u>
                                    )   Date: May 15, 2019
15                                  )   Time: 11:00 a.m.
                                    )   Place: Courtroom 1675
16            Debtor.               )       255 E. Temple St.
    _____  )       Los Angeles, CA 90012
17

18      **TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE,**

19  **THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN**

20  **INTEREST:**

21      On Wednesday, April 3, 2019 the Court conducted a Status

22  Conference in the above-entitled case.  At that time the Court set

23  a further Status Conference for the date and time set forth above,

24  and directed the Debtor to submit a revised Status Report.

25      This report is prepared utilizing the number system in the

26  Court's Status Conference Order.

27  / / /

28  / / /

**a.  SUMMARY OF DEBTOR'S BUSINESS, OPERATIONS AND PRINCIPAL ASSETS AND LIABILITIES**

Debtor is an accountant. He is employed by his own professional corporation.

Debtor owns three parcels of real property. His home and two rental properties.

1. Debtor's residence has a value of approximately $1.69 million. The property secures two obligations. The senior lien is approximately $625,000. The junior lien is approximately $400,000. Each is approximately $70,000 in arrears. There is approximately $700,000 of equity in the property. The junior lienholder was the foreclosing party who precipitated the filing of this case.

2. Debtor owns rental property on 120th Street, Los Angeles. The property has a value of approximately $380,000 and secures one loan of approximately $210,400. There is a modest arrearage on this loan. The single family residence is rented - this is Section 8 housing. The tenant is modestly in arrears. Debtor currently proposes to work with the tenant to help the tenant get caught up on rent.

3. Debtor owns rental property on Grape Street, Los Angeles. The property has a value of approximately $480,000 and secures one loan of approximately $313,650. There is a modest arrearage on this loan. The property is a duplex. It is fully rented - this is Section 8 housing. The tenants are current.

The Debtor is the sole shareholder of a corporation named DPE Investment, Inc., a corporation in dissolution. This entity owns

real property on Avalon Street, Los Angeles.  The property has a value of approximately $250,000 and secures one loan of approximately $190,000 which was guaranteed by Debtor.  The loan was a short term loan and carries a very high rate of interest.  The payments are current.  This mixed use property is currently being renovated.  On April 26, 2019 Debtor filed a motion for leave to wrap up and dissolve this entity so that the property, its only asset, can be deeded to the Estate.  The motion is set for hearing on May 15, 2019 at 11:00 a.m.

The Debtor is the sole shareholder of a corporation named DJPE Corp.  This entity owns real property on Linda Vista Terrace, Los Angeles.  The property has a value of approximately $600,000 and secures one loan of approximately $463,000.   The payments are current.  This single family residence is under construction.  Debtor intends to file another motion for leave to wrap up and dissolve this entity so that the property, its only asset, can be deeded to the Estate.

The Debtor is the sole shareholder of a corporation named Qandys.com, Inc.  This is an operating business which manufactures and sells Mexican-style candy.  The company is profitable and generating income for the estate.  Qandys is servicing a great deal of debt which was guaranteed by the Debtor.

The Debtor is the sole shareholder of LDVC, Inc.  This company currently serves as an employee leasing company for the workers at Quandys.com.

Debtor is the sole shareholder of his professional corporation.

Debtor has outstanding income tax obligations to the

1  California Franchise Tax Board for 2016 and 2017 (approximately
2  $30,000).  The 2018 return has not been filed and no estimated
3  taxes have been paid.
4      Debtor has outstanding income tax obligations to the Internal
5  Revenue Service for 2015 (approximately $75,000).  The 2016-2018
6  returns has not been filed and no estimated taxes have been paid.
7
8  **b. BRIEF ANSWERS TO THE FOLLOWING QUESTIONS:**
9
10     **1. What precipitated the filing of this case?**
11     The case was filed one day before a foreclosure sale on
12 Debtor's residence.
13
14     **2. What does the Debtor hope to accomplish in this case?**
15     Debtor intends to negotiate cure agreements with the various
16 lenders and then propose a Chapter 13 style plan.
17
18     **3. What are Debtor's principal disputes/problems?**
19     There are very few issues in this case.  Debtor needs a bit of
20 time to negotiate with secured creditors before filing a plan.
21
22     **4. What are Debtor's proposed solutions?**
23     See response to #2.
24
25     **5. Has the Debtor complied with all of its duties under 11**
26 **U.S.C. §§ 521, 1106, 1107, F.R.B.P. 1007 and all applicable**
27 **guidelines of the Office of the United States Trustee?**
28     Yes.

**6. Do any parties claim an interest in cash collateral?**

Debtor does not have a copy of the various loan documents and cannot yet determine whether lenders secured by real property have liens on rental income. Until that determination is made, rental income is being treated as if it is cash collateral.

**7. Is the Debtor using cash that any party claims as its cash collateral, and if so, on what date did the Debtor obtain an order authorizing the use of such cash or the consent of the party?**

No.

**c. THE IDENTITY OF ALL PROFESSIONALS RETAINED OR TO BE RETAINED BY THE ESTATE, THE DATES ON WHICH APPLICATIONS FOR THE EMPLOYMENT OF SUCH PROFESSIONALS WERE FILED OR SUBMITTED TO THE UNITED STATES TRUSTEE, THE DATES ON WHICH ORDERS WERE ENTERED REGARDING SUCH APPLICATIONS (IF ANY), A GENERAL DESCRIPTION OF THE SERVICES TO BE RENDERED BY EACH SUCH PROFESSIONAL, AND AN ESTIMATE OF THE EXPECTED AMOUNT OF COMPENSATION FOR EACH PROFESSIONAL.**

Not all professionals to be employed have yet been identified, however, Debtor has filed, or will file motions to employ:

1. Original general bankruptcy counsel - Renee Sanders - filed February 12, 2019 (Dkt. #026).

2. New general bankruptcy counsel - Law Offices of David A. Tilem. A retainer agreement was signed March 25, 2019. A substitution of attorneys was filed on March 27, 2019 (Dkt. #053). An employment motion was filed on March 27, 2019 (Dkt. #054).

3. Appraiser - not yet identified - timing unknown.

Main Document    Page 6 of 11

**d. IN OPERATING CASES, EVIDENCE REGARDING PROJECTED INCOME, EXPENSES, AND CASH FLOW FOR THE FIRST SIX MONTHS OF THE CASE.**

See attached.

**e. PROPOSED DEADLINES FOR THE FILING OF CLAIMS AND OBJECTIONS TO CLAIMS.**

Debtor has no specific requests regarding these deadlines.

**f. A PROPOSED PLAN AND DISCLOSURE STATEMENT FILING DEADLINE**

Debtor needs approximately 5 months to contact various lenders in an attempt to negotiate plan terms. Debtor requests that the Plan due date be set for September, 2019.

**g. A DISCUSSION OF THE UNEXPIRED LEASES AND EXECUTORY CONTRACTS TO WHICH THE DEBTOR IS A PARTY, AND THE DEBTOR'S INTENTIONS AND A PROPOSED TIMETABLE FOR ADDRESSING SUCH LEASES AND CONTRACTS.**

Debtor proposes to assume all leases.

Dated: May 1, 2019

LAW OFFICES OF DAVID A. TILEM

By: /s/ David A. Tilem
David A. Tilem, Proposed
Attorneys for Debtors and
Debtors-in-Possession

**DAVID LEE, 2:19-10110-RK**
CASH FLOW ACTUAL/PROJECTION (20190409)

| | Normal Payment | Actual — Week Ending | | | | | | | | Projected — Month | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Jan 13th | Jan 20th | Jan 27th | Jan 31st | Feb 3rd | Feb 10th | Feb 17th | Feb 24th | Feb 28th | March | April | May | June | July |
| **Income** | | | | | | | | | | | | | | | |
| Accounting Practice | | $ 330.00 | $ 230.00 | $ 330.00 | | $ 80.00 | $ 2,905.00 | $ 3,805.00 | $ 230.00 | $ 4,290.00 | $ 7,200.00 | $ 9,340.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 |
| Qandys.com | | | $ 2,600.00 | $ 2,600.00 | | | | | | | $ 10,000.00 | $ 12,000.00 | $ 14,000.00 | $ 17,000.00 | $ 14,000.00 |
| Rental income-Grape St | | | | | | 2,799.00 | - | | | | 2,799.00 | 2,799.00 | 2,799.00 | 2,799.00 | 2,799.00 |
| Rental income -120th St | | - | | | | 871.00 | | | | | 871.00 | 871.00 | 871.00 | 871.00 | 871.00 |
| Total Income | | 330.00 | 2,830.00 | 2,930.00 | - | 3,750.00 | 2,905.00 | 3,805.00 | 230.00 | 4,290.00 | 20,870.00 | 25,010.00 | 23,670.00 | 26,670.00 | 23,670.00 |
| **Expenses:** | | | | | | | | | | | | | | | |
| **Residence** | | | | | | | | | | | | | | | |
| 1st Mtg - US Bank - transferred to Selene in April, 2019 (payment includes impounds) | 5,178.00 | | | | | | | | | | | | | | |
| 1st Mtg - Selene Finance LP (no impounds) | 3,307.55 | | | | | | | | | | | | 3,307.55 | 3,307.55 | 3,307.55 |
| YCCS, LLC (2nd Mtg) - HELOC | all due | | | | | | | | | | | | | | |
| Property tax | | | | | | | | | | | | | 1,380.00 | 1,380.00 | 1,380.00 |
| Insurance | | | | | | | | | | | | | 111.00 | 111.00 | 111.00 |
| **Rental Property** | | | | | | | | | | | | | | | |
| Grape St Mortgage | 2,726.00 | | | | | | | | | | | | | | |
| 120th St Mortgage | 1,627.67 | | | | | | | | | | | | | | |
| Water-Grape St | | | | | | | | | | | | 379.59 | 180.00 | 180.00 | |
| Water-Grape St Security deposit | | | | | | | | | | | | 600.00 | | | |
| Water-120th St | | | | | | | | | | | | - | 130.62 | 66.00 | 66.00 |
| Water-120th St Security deposit | | | | | | | | | | | | 205.00 | | | |
| **Property owned through entities** | | | | | | | | | | | | | | | |
| Avalon Mortgage - DPE | | | 2,600.00 | 2,600.00 | | | 2,600.00 | 2,600.00 | | - | 2,600.00 | - | 2,600.00 | 2,600.00 | 2,600.00 |
| Linda Vista Mortgage - DJPE (paid by Qandys) | | | | | | | | | | | | | | | |
| Cable | | | | | | | | | | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 |
| Internet | | | | | | | | 54.73 | - | | - | 44.99 | 44.99 | 54.73 | 54.73 |
| Natural Gas | | | | | | | | | - | - | 264.72 | 339.90 | 426.94 | 40.00 | 40.00 |
| Electric and water | | | | | | | | | | | - | 987.10 | 980.00 | 400.00 | 400.00 |
| Electric and water-Security deposit | | | | | | | | | | | | 1,200.00 | | | |
| 2019 Quarterly tax estimates | | | | | | | | | | | - | - | 4,000.00 | 4,000.00 | 4,000.00 |
| Bank fee | | | | | | | | | | | 30.00 | 10.00 | - | | |
| Food and housekeeping | | 150.00 | 150.00 | 250.00 | | | 125.00 | 125.00 | 150.00 | | 483.61 | 466.08 | 500.00 | 500.00 | 500.00 |
| Home maintenance | | | | | | | | | | | - | 150.00 | 150.00 | 150.00 | 150.00 |
| Personal care products | | | | | | | | | | | - | - | - | - | 40.00 |
| Retainer to Lawyer[1] | | | | | | | | | | | 10,000.00 | 15,000.00 | - | | |
| Trust quarterly fee | | | | | | | | | | | | 650.00 | - | | |
| Medical and dental | | | | | | | | | | | | | | | 150.00 |
| **Insurance** | | | | | | | | | | | | | | | |
| Life | | | | | | | | | | | | | 300.00 | 300.00 | 300.00 |
| Vehicle | | | | | | | | 737.31 | | | 737.31 | 1,105.98 | 535.00 | 535.00 | 535.00 |
| Gasoline | | 80.00 | 80.00 | 80.00 | | 80.00 | 80.00 | 80.00 | 81.75 | 40.00 | 314.87 | 365.92 | 360.00 | 360.00 | 360.00 |
| Car registration | | | | | | | | | | | | - | | | |
| Car maintenance & repair | | | | | | | | | | | | - | 60.00 | 60.00 | 60.00 |
| **Car payment** | | | | | | | | | | | | | | | |
| Genesis | 641.00 | | | | | | | | | | 530.07 | - | 1,282.00 | 641.00 | 641.00 |
| Fiat | 271.00 | | | | | | | | | | - | - | 1,084.00 | 271.00 | 271.00 |
| Meals and entertainment | | | | | | | | | | | | | 400.00 | 400.00 | 400.00 |
| Daughter's allowance | | | | | | | | | | | | 480.00 | 480.00 | 480.00 | 480.00 |
| MOR preparation | | | | | | | | | | | | 300.00 | 300.00 | 300.00 | 300.00 |
| Miscellaneous | | | 120.00 | | | | 57.31 | 110.99 | | | 589.68 | 299.68 | 10.99 | 10.99 | 10.99 |
| Total monthly exp | | 230.00 | 2,950.00 | 2,930.00 | - | 80.00 | 2,862.31 | 3,653.30 | 286.48 | 80.00 | 15,590.26 | 21,439.65 | 19,667.68 | 16,187.27 | 16,377.27 |
| Net monthly cash flow | | $ 100.00 | $ (120.00) | $ - | $ - | $ 3,670.00 | $ 42.69 | $ 151.70 | $ (56.48) | $ 4,210.00 | $ 5,279.74 | $ 3,570.35 | $ 4,002.32 | $ 10,482.73 | $ 7,292.73 |
| Running cash flow | | $ 100.00 | $ (20.00) | $ (20.00) | $ (20.00) | $ 3,650.00 | $ 3,692.69 | $ 3,844.39 | $ 3,787.91 | $ 7,997.91 | $ 13,277.65 | $ 16,848.00 | $ 20,850.32 | $ 31,333.05 | $ 38,625.78 |

1. This has since been approved by the Court - Order pending

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled (*specify*) **STATUS CONFERENCE REPORT**   will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **05/0119**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Todd S Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Nichole Glowin**    nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- **Valerie Smith**    claims@recoverycorp.com
- **David A Tilem**    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;MalissaMurguia@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- **Edward A Treder**    cdcaecf@bdfgroup.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **05/01/19,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert Kwan
United States Bankruptcy Court
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

David Lee
840 Dunsmuir Ave.
Los Angeles, CA 90036

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **05/01/2019** | **Malissa Murguia** | /s/Malissa Murguia |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**Service List**

Green Lawn Mortgage Loan Trust 1, BYUS Bank
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660-1881

Amer Assist ar Solutions, Inc.
P.O. Box 26095
Columbus, OH 43226-0095

Aldrige Pite, LLP
5375 Jutland Drive, Suite 200
San Diego, CA 92101

BSI Financial Services
314 S. Franklin Street, 2nd Floor
Titusville, PA 16354-2168

Comenity-Total Rewards Visa
P.O. Box 659450
San Antonio, TX 78265-9450

Comenity-TotalRewards Visa
P.O. Box 659450
San Antonio, TX 78265-9450

Comenity-TotalRewards Visa
P.O. Box 659450
San Antonio, TX 78265-9450

Chase
P.O. Box 901076
Ft. Worth, TX 76101-2076

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH 43054-3025

Pentagon Federal Credit Union
2930 Eishenhower Avenue
Alexandria, VA 22314

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Aztec Financial
2624 West Magnolia Blvd.,
Burbank, CA 91505

CFG Merchant Solutions
180 Maiden Lane, FL 15
New York, NY 10038

Merchants Mortgage & Trust Corp.
7400 E. Crestline Cir #250
Englewood, CO 80111

Rose Hopkins
10023 ½ Grape Street
Los Angeles, Ca 90002

Sandra Miller
10023 Grape Street
Los Angeles, CA 90002

Strategic Funding Source
120 W 45th Street
New York, NY 10036

Target
P.O. Box 108
Saint Louis, MO 63166

CFG Merchant Solutions
180 Maiden Lane, FL 15
New York, NY 10038-5150

Discover Card
P.O. Box 51908
Los Angeles, CA 90051

Discover it Miles Card
P.O. Box 51908
Los Angeles, CA 90051-6208

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

First National Bank
P.O. Box 2557
Omaha, FL 68103-2557

Franchise Tax Board
P.O. Box 942840
Sacramento, CA 94240-0001

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-1191
Phoenix, AZ 85038-9505

LA DWP
111 N. Hope Street
Los Angeles, CA 90012-2607

LA County Treasurer and Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Loancare a Service Link Company
P.O. Box 8068
Virginia Beach, VA 23450-8068

Los Angeles County Treasurer and Tax Collector
Attn: Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90054-0110

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Mercury Payments Services, LLC
Card Services
P.O. Box 70168
Philadelphia, PA 19176-0168

Orbitz
P.O. Box 659450
San Antonio, TX 78265-9450

Pacific Private Money, Inc.
1555 Grant Avenue
Novato, CA 94945-3120

Pentagon Federal Credit Union
2930 Eishenhower Avenue
Alexandria, VA 22314-4557

Pentagon Federal Credit Union
9494 Miramar Road
San Diego, CA 92126-4417

Pentagon Federal Credit Union
Attn: Bankruptcy Department
P.O. Box 1432
Alexandria, VA 22313-1432

Pinnacle Credit Services, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Quantum 3 Group, LLC as agent for Comenity Bank
P.O. Box 788
Kirkland, WA 98083-0788

Synchrony Bank
Amazon Store Card
170 W. Election Road, Suite 125
Draper, UT 84020-6425

Synchrony Bank
PRA Receivables Management LLC
P.O. Box 41021
Norfolk, VA 23541-1021

Synchrony Bank  
c/o PRA Receivables Management LLC  
P.O. Box 41021  
Norfolk, VA 23541-1021  

Target REDcard  
P.O. box 5332  
Sioux Falls, SD 57117-5332  

US Bank  
P.O. Box 5229  
Cincinnati, OH 45201-5229  

US Bank Home Mortgage  
4601 Frederica Street  
Owensboro, KY 42301-7439  

Virgin America  
P.O. Box 659450  
San Antonio, TX 78265-7439  

YCCS, LLC  
a Hawaiian Limited Liability Co.  
c/o Baurch C. Cohen Esq.  
4929 Wilshire Blvd., #940  
Los Angeles, CA 90010-3889