| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Todd S. Garan (SBN 236878))<br>tgaran@aldridgepite.com<br>Greg Campbell (SBN 281732)<br>gcampbell@aldridgepite.com<br>ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858)750-7600<br>Facsimile: (619) 590-1385<br><br>☐ *Individual appearing without an attorney*<br>☒ *Attorney for: JPMorgan Chase Bank, N.A.* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ||
| In re:<br><br>DAVID LEE,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-10119-RK<br>CHAPTER: 11<br><br>**AMENDED NOTICE OF MOTION<br>AND MOTION FOR RELIEF FROM THE<br>AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(with supporting declarations)**<br>**(PERSONAL PROPERTY)**<br><br>DATE: July 2, 2019<br>TIME: 10:30 AM<br>COURTROOM: 1675 |
| **Movant:** JPMORGAN CHASE BANK, N.A. ||

1. **Hearing Location:**

    ☒ 255 East Temple Street, Los Angeles, CA 90012  ☐ 411 West Fourth Street, Santa Ana, CA 92701
    ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367  ☐ 1415 State Street, Santa Barbara, CA 93101
    ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Notice is given to the Debtor and trustee (if any)(Responding Parties), their attorneys (if any), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014* Page 1 **F 4001-1.RFS.PP.MOTION**

4. When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5. If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6. ☒ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d). If you wish to oppose this motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the hearing and appear at the hearing of this motion.

7. ☐ This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b). If you wish to oppose this motion, you must file and serve a response no later than (*date*) _____ and (*time*) _____; and, you may appear at the hearing.

   a. ☐ An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

   b. ☐ An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

   c. ☐ An application for order setting hearing on shortened notice and remains pending. After the court has ruled on that application, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date: June 5, 2019

Aldridge Pite, LLP
Printed name of law firm (if applicable)

Todd S. Garan (CA SBN 236878)
Printed name of individual Movant or attorney for Movant

[signature]
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*  Page 2  **F 4001-1.RFS.PP.MOTION**

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

1. Movant has a perfected security interest in the Property.

2. **The Property at Issue (Property):**

   a. ☒ Vehicle (*year, manufacturer, type, and model*): 2017 FIAT 500 POP

   *Vehicle Identification Number:* 3C3CFFKR2HT700034
   *Location of vehicle (if known):* Debtor Possession

   b. ☐ Equipment (*manufacturer, type, and characteristics*):

   *Serial number(s):*

   *Location (if known):*

   c. ☐ Other Personal Property (*type, identifying information, and location*):

3. **Bankruptcy Case History:**

   a. ☒ A voluntary bankruptcy petition ☐ An involuntary bankruptcy petition under Chapter ☐ 7 ☒ 11 ☐ 12 ☐ 13 was filed on (*date*) 1/7/2019 .

   b. ☐ An order to convert this case to chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on (*date*): _____ .

   c. ☐ Plan was confirmed on (*date*): _____ .

4. **Grounds for Relief from Stay:**

   a. ☒ Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant the requested relief from stay as follows:

   (1) ☒ Movant's interest in the Property is not adequately protected.

   (A) ☒ Movant's interest in the Property is not protected by an adequate equity cushion.

   (B) ☒ The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

   (C) ☐ Proof of insurance regarding the Property has not been provided to Movant, despite the Debtor's obligation to insure the collateral under the terms of Movant's contract with the Debtor.

   (D) ☐ Other (*see attached continuation page*).

   (2) ☐ The bankruptcy case was filed in bad faith.

   (A) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014 Page 3 F 4001-1.RFS.PP.MOTION

(B) ☐ The Property was transferred to the Debtor either just before the bankruptcy filing or after the filing.

(C) ☐ A non-individual entity was created just prior to the bankruptcy petition date for the sole purpose of filing this bankruptcy case.

(D) ☐ Other bankruptcy cases were filed in which an interest in the Property was asserted.

(E) ☐ The Debtor filed only a few case commencement documents with the bankruptcy petition. Schedules and statement of financial affairs (or chapter 13 plan, if appropriate) have not been filed.

(3) ☐ *(Chapter 12 or 13 cases only)* All payments on account of the Property are being made through the plan and plan payments have not been made to the chapter 12 or chapter 13 trustee for payments due ☐ postpetition preconfirmation ☐ postpetition postconfirmation.

(4) ☐ The lease has matured, been rejected or deemed rejected by operation of law.

(5) ☐ The Debtor filed a statement of intention that indicates the Debtor intends to surrender the Property.

(6) ☐ Movant regained possession of the Property on (*date*) _____, which is ☐ prepetition ☐ postpetition.

(7) ☐ For other cause for relief from stay, see attached continuation page.

b. ☒ Pursuant to 11 U.S.C. § 362(d)(2)(A), the Debtor has no equity in the Property; and, pursuant to 11 U.S.C. § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

5. **Grounds for Annulment of the Stay.** Movant took postpetition actions against the Property or the Debtor.

   a. ☐ These actions were taken before Movant knew that the bankruptcy petition had been filed and Movant would have been entitled to relief from stay to proceed with those actions,

   b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions,

   c. ☐ Other (*specify*):

6. ☒ **Evidence in Support of Motion: (***Declaration(s) must be signed under penalty of perjury and attached to this motion***)**

   a. The PERSONAL PROPERTY DECLARATION on page 6 of this motion.

   b. ☐ Supplemental declaration(s).

   c. ☐ The statements made by the Debtor under penalty of perjury concerning Movant's claims and the Property as set forth in Debtor's case commencement documents. Authenticated copies of the relevant portions of the case commencement documents are attached as Exhibit(s) _____.

   d. ☒ Other: Kelly Blue Book

7. **An optional Memorandum of Points and Authorities is attached to this motion.**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*  Page 4  **F 4001-1.RFS.PP.MOTION**

**Movant requests the following relief:**

1. Relief from the stay is granted under: ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)

2. ☒ Movant (and any successors or assigns) may proceed under applicable nonbankruptcy law to enforce its remedies to repossess and sell the Property.

3. ☐ Confirmation that there is no stay in effect.

4. ☐ The stay is annulled retroactive to the petition date. Any postpetition actions taken by Movant to enforce its remedies regarding the Property do not constitute a violation of the stay.

5. ☐ The co-debtor stay of 11 U.S.C. §1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

6. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

7. ☐ The order is binding in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of such order, except that a debtor in a subsequent case may move for relief from the order based upon changed circumstances or for good cause shown, after notice and hearing.

8. ☐ The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

9. ☐ The order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days, so that no further stay shall arise in that case as to the Property.

10. ☐ The order is binding and effective in any future bankruptcy case, no matter who the debtor may be ☐ without further notice, or ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

11. ☒ If relief from stay is not granted, the court orders adequate protection.

12. ☐ See continuation page for other relief requested

Date: June 5, 2019

Aldridge Pite, LLP
Printed name of law firm (*if applicable*)

Todd S. Garan (CA SBN 236878)
Printed name of individual Movant or attorney for Movant

_____
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                              Page 5                              **F 4001-1.RFS.PP.MOTION**

**ATTACHMENT PAGE**

---

[1] This Motion for Relief from Automatic Stay shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Aldridge Pite, LLP's participation in this proceeding. Moreover, the within party does not authorize Aldridge Pite, LLP, either expressly or impliedly through Aldridge Pite, LLP's participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

# PERSONAL PROPERTY DECLARATION

I, (*name of declarant*) _____Elaine M. Sanchez_____, declare:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the Property (*specify*):

   a. ☐ I am the Movant.

   b. ☒ I am employed by Movant as (*title and capacity*): Operations Sr. Specialist III

   c. ☐ Other *(specify):*

2. a. ☒ I am one of the custodians of the books, records and files of Movant that pertain to loans, leases, or extensions of credit given to Debtor concerning the Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

   b. ☐ Other *(see attached):*

3. The Property is:

   a. ☒ Vehicle (*year, manufacturer, type, model and year*): 2017 FIAT 500

      *Vehicle Identification Number:* 3C3CFFKR2HT700034
      *Location of vehicle (if known):* Debtor's Possession

   b. ☐ Equipment (*manufacturer, type, and characteristics*):

      *Serial number(s):*
      *Location (if known):*

   c. ☐ Other personal property (*type, identifying information, and location*):

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June*

Page 6

*2014*                                                                                                                              **F 4001-1.RFS.PP.MOTION**

4. The nature of Debtor's interest in the Property is:

   a. ☒ Sole owner

   b. ☐ Co-owner *(specify)*:

   c. ☐ Lessee

   d. ☐ Other *(specify)*:

   e. ☒ Debtor ☒ did ☐ did not list the Property in the schedules filed in this case

5. ☐ The lease matured or was rejected on *(date)*: _____

   a. ☐ rejected

      (1) ☐ by operation of law.

      (2) ☐ by order of the court.

   b. ☐ matured.

6. Movant has a perfected security interest in the Property.

   a. ☒ A true and correct copy of the promissory note or other document that evidences the debt owed by the Debtor to Movant is attached as Exhibit <u>1.</u>

   b. ☒ The Property is a motor vehicle, boat, or other personal property for which a certificate of title is provided for by state law. True and correct copies of the following items are attached to this motion:

      (1) ☒ Certificate of title ("pink slip") (Exhibit <u>2)</u>.

      (2) ☐ Vehicle or other lease agreement (Exhibit _____).

      (3) ☒ Security agreement (Exhibit <u>1</u> ).

      (4) ☐ Other evidence of a security interest (Exhibit __).

   c. ☐ The Property is equipment, intangibles, or other personal property for which a certificate of title is not provided for by state law. True and correct copies of the following items are attached to this motion:

      (1) ☐ Security agreement (Exhibit _____).

      (2) ☐ UCC-1 financing statement (Exhibit _____).

      (3) ☐ UCC financing statement search results (Exhibit _____).

      (4) ☐ Recorded or filed leases (Exhibit _____):

      (5) ☐ Other evidence of perfection of a security interest (Exhibit _____).

   d. ☐ The Property is consumer goods. True and correct copies of the following items are attached to this motion:

      (1) ☐ Credit application (Exhibit _____).

      (2) ☐ Purchase agreement (Exhibit _____).

      (3) ☐ Account statement showing payments made and balance due (Exhibit _____).

      (4) ☐ Other evidence of perfection of a security interest (*if necessary under state law*) (Exhibit ____):

   e. ☐ Other liens against the Property are attached as Exhibit _____.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*

Page 7

**F 4001-1.RFS.PP.MOTION**

7. Status of Movant's debt:

   a. The amount of the monthly payment: $270.96.

   b. Number of payments that became due and were not tendered: ☐ 1 prepetition ☐ 4 post petition

   c. Total amount in arrears: $1,368.35.

   d. Last payment received on (date): 12/18/2018.

   e. Future payments due by the anticipated hearing date (*if applicable*): _____
      An additional payment of $270.96 will come due on (*date*) June 3, 2019, and on the 3rd day of each month thereafter. If the payment is not received by the ____ day of the month, a late charge of $ ____ will be charged under the terms of the loan.

8. ☐ Attached as Exhibit ____ is a true and correct copy of a POSTPETITION payment history that accurately reflects the dates and amounts of all payments made by the Debtor since the petition date.

9. Amount of Movant's debt:

   a. Principal: .................................................................................................................$13,038.95
   b. Accrued interest: .......................................................................................................$534.72
   c. Costs (attorney's fees, late charges, other costs): ......................................................$13.55
   d. Advances (property taxes, insurance): ........................................................................$0.00
   e. TOTAL CLAIM as of May 29, 2019: ....................................................................$13,587.22

10. ☒ (*Chapter 7 and 11 cases only*) Valuation: The fair market value of the Property is: $10,200.00. This valuation is based upon the following supporting evidence:

    a. ☒ This is the value stated for property of this year, make, model, and general features in the reference guide most commonly used source for valuation data used by Movant in the ordinary course of its business for determining the value of this type of property. True and correct copies of the relevant excerpts of the most recent edition of the reference guide are attached as Exhibit ___3___.

    b. ☐ This is the value determined by an appraisal or other expert evaluation. True and correct copies of the expert's report and/or declaration are attached as Exhibit _____.

    c. ☐ The Debtor's admissions in the Debtor's schedules filed in the case. True and correct copies of the relevant portions of the Debtor's schedules are attached as Exhibit _____.

    d. ☐ Other basis for valuation (*specify*):

    > **NOTE**: If valuation is contested, supplemental declarations providing additional foundation for the opinions of value should be submitted.

11. Calculation of equity in Property:

    a. ☒ **11 U.S.C. § 362(d)(1) – Equity Cushion:**

       I calculate that the value of the "equity cushion" in the Property exceeding Movant's debt and any lien(s) senior to Movant's debt is $(3,387.22) and is _N/A_ % of the fair market value of the Property.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June*

Page 8

*2014*

F 4001-1.RFS.PP.MOTION

b.  ☒ **11 U.S.C. § 362(d)(2)(A) – Equity:**

   By subtracting the total amount of all liens on the Property from the value of the Property as set forth in Paragraph 10 above, I calculate that the Debtor's equity in the Property is $(3,387.22).

12. ☒ The fair market value of the Property is declining because: <u>Nature of Collateral</u>

13. ☐ The Debtor's intent is to surrender the Property. A true and correct copy of the Debtor's statement of intentions is attached as Exhibit _.

14. ☐ Movant regained possession of the property on (date)_____, which is: ☐ prepetition ☐ postpetition.

15. ☐ (C*hapter 12 or 13 cases only*) Status of Movant's debt and other bankruptcy case information: N/A

   a. The 341(a) meeting of creditors is currently scheduled for (or concluded on) (*date*)
   A plan confirmation hearing is currently scheduled for (or concluded on) (*date*)
   The plan was confirmed on (*if applicable*) (*date*)

   b. Postpetition <u>preconfirmation</u> payments due BUT REMAINING UNPAID after the filing of the case:

   | Number of Payments | Number of Late Charges | Amount of Each Payment or Late Charge | Total |
   |---|---|---|---|
   | | | $ | $ |
   | | | $ | $ |
   | | | $ | $ |
   | | | $ | $ |
   | | | $ | $ |
   | | | $ | $ |
   | | | $ | $ |
   | | | $ | $ |
   | | | $ | $ |

   (See attachment for additional breakdown or information attached as Exhibit _____.)

   c. <u>Postconfirmation</u> payments due BUT REMAINING UNPAID after the plan confirmation date (*if applicable*):

   | Number of Payments | Number of Late Charges | Amount of Each Payment or Late Charge | Total |
   |---|---|---|---|
   | | | $ | $ |
   | | | $ | $ |
   | | | $ | $ |
   | | | $ | $ |
   | | | $ | $ |
   | | | $ | $ |
   | | | $ | $ |
   | | | $ | $ |
   | | | $ | $ |

   d. Postpetition advances or other charges due but unpaid: $_____
   (*For details of type and amount, see Exhibit_____.*)

   e. Attorneys' fees and costs $_____
   (*For details of type and amount, see Exhibit _____.*)

   f. Less suspense account or partial paid balance $
   TOTAL POSTPETITION DELINQUENCY: $_____

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June*

*2014*

Page 9

**F 4001-1.RFS.PP.MOTION**

g. ☐ The entire claim is provided for in the chapter 12 or 13 plan and postpetition plan payments are delinquent. The plan payment history is attached as Exhibit . See attached declaration(s) of chapter 12 trustee or 13 trustee regarding receipt of payments under the plan (*attach LBR form F 4001-1.DEC.AGENT.TRUSTEE*).

16. ☐ Proof of insurance regarding the Property has not been provided to Movant, despite the Debtor's obligation to insure the collateral under the terms of Movant's contract with Debtor.

17. ☐ The bankruptcy case was filed in bad faith:

   a. ☐ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents.

   b. ☐ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

   c. ☐ The Debtor filed only a few case commencement documents. Schedules and a statement of financial affairs (or chapter 13 plan, if appropriate) have not been filed.

   d. ☐ Other (*specify*):

18. ☐ The filing of the bankruptcy petition was part of a scheme to delay, hinder, or defraud creditors that involved:

   a. ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or court approval. See attached continuation page for facts establishing the scheme.

   b. ☐ Multiple bankruptcy cases affecting the Property:

       (1) Case name: ____
           Chapter: _____  Case number: _____
           Date filed: _____  Date discharged: _____  Date dismissed: _____
           Relief from stay regarding this Property ☐ was  ☐ was not  granted.

       (2) Case name: ____
           Chapter: _____  Case number: _____
           Date filed: _____  Date discharged: _____  Date dismissed: _____
           Relief from stay regarding this Property ☐ was  ☐ was not  granted.

       (3) Case name: ____
           Chapter: _____  Case number: _____
           Date filed: _____  Date discharged: _____  Date dismissed: _____
           Relief from stay regarding this Property ☐ was  ☐ was not  granted.

       ☐ See attached continuation page for more information about other bankruptcy cases affecting the Property.
       ☐ See attached continuation page for additional facts establishing that the multiple bankruptcy cases were part of a scheme to delay, hinder, and defraud creditors.

19. ☐ Enforcement actions taken after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

   a. ☐ These actions were taken before Movant knew the bankruptcy case had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June*
*2014*

Page 10

F 4001-1.RFS.PP.MOTION

b. ☐ Although Movant knew the bankruptcy case was filed, Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit .

c. ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5-30-19 | *Elaine M Sanchez* | *Elaine M Sanchez* |
|---|---|---|
| Date | Elaine M. Sanchez | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014

Page 11

F 4001-1.RFS.PP.MOTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (PERSONAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 7, 2019 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**U.S. TRUSTEE:**
ustpregion16.la.ecf@usdoj.gov

**ATTORNEY FOR DEBTOR:**
David A. Tilem davidtilem@tilemlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 7, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE:**
Honorable Robert N. Kwan
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

**DEBTOR:**
David Lee
840 Dunsmuir Avenue
Los Angeles, CA 90036

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014     Page 12     **F 4001-1.RFS.PP.MOTION**

## 20 LARGEST CREDITORS

David Lee
840 S Dunsnuir Ave
Los Angeles, CA 90036-4732

LAW OFFICES OF RENEF,
ESTELLE SANDERS
3450 Wilshire Blvd Ste. 1215
Los Angeles, CA 90010-2208

AMER ASSIST ar solutions Inc.
P0. Box 26095
Columbus, OH 43226-0095

BSI Financial Services
Gagan Sharma, CEO
1425 Greenway Drive
Suite 400
Irving, TX 75038
**(via certified mail)**

BSI Financial Services
314 S Franklin St Fl 2
Titusville, PA 16354-2168

JP Morgan Chase Bank
James Dimon, CEO
1111 Polaris Parkway
Columbus, OH 43240
**(via certified mail)**

CHASE
P.O Box 9O1076
Ft. Worth, TX 76101-2076

COMENITY-Total Rewards Visa
PO Box 659450
San Antonio, TX 78265-9450

Discover Bank
David W. Nelms, CEO
502 E. Market Street
Greenwood, DE 19950
Sussex County
**(via certified mail**

Discover Card
PO Box 51908
Los Angeles, CA 90051-6208

Discover it Miles Card
PO Box 51908
Los Angeles, CA 90051-6208

First National Bank
Vincent J. Delie Jr./CEO
Attn: Legal Dept.
3015 Glimcher Blvd.
Hermitage, PA 16148
**(via certified mail)**

First National Bank
PO Box 2557
Omaha, NE 68103-2557

Franchise Tax Board
PO Box 942840
Sacramento, CA 94240-0001

Internal Revenue Service
PO Box 7704
San Francisco, CA 94120-7704

LA COUNTY Treasurer and Tax
Collector
PO Box 54110
Los Angeles, CA 90054-0110

LA DWP
111 N Hope St
Los Angeles., CA 90012-2607

LOANCARE
3637 Sentara Way,
Virginia Beach, VA 23452
(via certified mail)

LOANCARE A Servicelink
Company
PO Box 8068
Virginia Beach, VA 23450-8068

Mercury Payments Services LLC
Card Services
PO Box 70168
Philadelphia, PA 19176-0168

ORBITZ
PO Box 659450
San Antonio, TX 78265-9450

Pacific Private Money Inc.
Mark Hanf, CEO
1555 Grant Avenue
Novato, CA 94945
(via certified mail)

Pacific Private Money Inc.
1555 Grant Ave
Novato, CA 94945-3120

Pentagon Federal Credit Union
James Schenck, CEO
7940 Jones Branch Drive
McLean, Virginia, 22102
**(via certified mail)**

Pentagon Federal Credit Union
9494 Miramar Rd
San Diego, CA 92126-4417

Synchrony Bank
Margaret Keane, CEO
170 West Election Road, Suite 125
Draper, Utah 84020
(via certified mail)

Synchrony Bank
Amazon Store Card
170 W Election Rd Ste. 125
Draper, UT 84020-6425

US BANK
PO Box 108
Saint Louis, MO 63166-0108

US BANK Home Mortgage
4601 Frederica St
Owensboro, KY 42301-7439

U.S. Bank, N.A
Richard K. Davis, CEO
425 Walnut Street
Cincinnati, OH 45202
Hamilton County
**(via certified mail)**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014 — Page 13 — F 4001-1.RFS.PP.MOTION

Virgin America
PO Box 659450
San Antonio, TX 78265-9450

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

June 7, 2019          Roberto Reyes                              /s/Roberto Reyes
*Date*                *Printed name*                             *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                     Page 14                     **F 4001-1.RFS.PP.MOTION**