Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501        Fax (323) 937-4503
baruchcohen@baruchcohenesq.com

*Attorneys for YCCS, LLC, a Hawaiian Limited Liability Company*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DAVID LEE,<br><br>        Debtor. | Case No. 2:19-BK-10119-RK<br><br>Before the Honorable Robert Kwan<br><br>Chapter 11<br><br>**AMENDED PROOF OF SERVICE RE: CORRECTED NOTICE OF HEARING and NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY) [Docs. 108 & 110]**<br><br>Date:   July 30, 2019<br>Time:  10:30 am<br>Courtroom: 1675<br>Place:  255 E. Temple St, Los Angeles CA 90012 |

DATED: July 8, 2019                LAW OFFICE OF BARUCH C. COHEN
                                          A Professional Law Corporation

                                          */s/ Baruch C. Cohen*
                                          Baruch C. Cohen, Esq.
                                          *Attorneys for YCCS, LLC, a Hawaiian Limited Liability Company*

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.**

A true and correct copy of the foregoing document entitled: **AMENDED PROOF OF SERVICE RE: CORRECTED NOTICE OF HEARING and NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/8/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David A Tilem for Debtor, David Lee
 *davidtilem@tilemlaw.com, davidtilem@ecf.inforuptcy.com; joanfidelson@tilemlaw.com; joanfidelson@ecf.inforuptcy.com; dianachau@tilemlaw.com; malissamurguia@tilemlaw.com; malissamurguia@ecf.inforuptcy.com*
Sean C Ferry for Selene Finance LP
 *sferry@rasflaw.com, sferry@ecf.courtdrive.com*
Todd S Garan for JPMorgan Chase N.A.
 *ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com*
Nichole Glowin for Green Lawn Mortgage
 *nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net*
Erica T Loftis Pacheco for Rehabbers Financial Inc, dba Aztec Financial
 *erica.loftispacheco@bonialpc.com*
Valerie Smith for PRA Receivables Management LLC
 *claims@recoverycorp.com*
Edward A Treder (IP)          *cdcaecf@bdfgroup.com*
US Trustee (LA)               *ustpregion16.la.ecf@usdoj.gov*
Hatty K Yip (TR)              *hatty.yip@usdoj.gov*


**2. <u>SERVED BY UNITED STATES MAIL</u>**: On 7/8/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/8/2019,, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Robert N. Kwan, USBC, Central District of California, 255 E. Temple Street, Suite 1682, Los Angeles CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/8/2019 | Baruch C. Cohen, Esq. | */s/ Baruch C. Cohen* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                         **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Amer Assist AR Solutions, Inc.<br>P.O. Box 26095<br>Columbus, OH 43226-0095 | Synchrony Bank - Amazon<br>170 W Election Rd Ste. 125<br>Draper, UT 84020-6425 |
| Comenity-Total Rewards Visa<br>P.O. Box 659450<br>San Antonio, TX 78265-9450 | Target RedCard<br>PO Box 5332<br>Sioux Falls SD 57117-5332 |
| Discover Card/ Discover it Miles Card<br>PO Box 51908<br>Los Angeles, CA 90051-6208 | US BANK<br>PO Box 108<br>Saint Louis, MO 63166-0108 |
| First National Bank<br>PO Box 2557<br>Omaha, NE 68103-2557 | US Bank Home Mortgage<br>4601 Frederica Street<br>Owensboro, KY 42301-7439 |
| Franchise Tax Board<br>PO Box 942840<br>Sacramento, CA 94240-0001 | Virgin America<br>PO Box 659450<br>San Antonio, TX 78265-9450 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | BSI Financial Services<br>314 S. Franklin Street, 2nd Floor<br>Titusville, PA 16354-2168 |
| LA DWP<br>111 N Hope St<br>Los Angeles., CA 90012-2607 | LA Co. Treasurer and Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 |
| Mercury Payments Services LLC<br>Card Services<br>PO Box 70168<br>Philadelphia, PA 19176-0168 | LOANCARE A Servicelink Co.<br>PO Box 8068<br>Virginia Beach, VA 23450-8068 |
| ORBITZ<br>PO Box 659450<br>San Antonio, TX 78265-9450 | Renee E Sanders<br>Law Offices of Renee Estelle Sanders<br>3450 Wilshire Blvd Ste 1214<br>Los Angeles, CA 90010-2208 |
| Pentagon Federal Credit Union<br>9494 Miramar Rd<br>San Diego, CA 92126-4417 | Pacific Private Money Inc<br>555 Grant Ave<br>Novato, CA 94945-3120 |