UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>David Lee<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 2:19-bk-10119-RK<br>Operating Report Number: 8<br>For the Month Ending: 8/31/2019 |
|---|---|

### I. CASH RECEIPTS AND DISBURSEMENTS
### A. PRE-PETITION ALLIED HEALTHCARE FEDERAL CREDIT UNION SAVINGS ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 12.20

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 0.00

3. BEGINNING BALANCE: — 12.20

4. RECEIPTS DURING CURRENT PERIOD: — 0.00

5. BALANCE: — 12.20

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — 0.00

7. ENDING BALANCE: — 12.20

8. Pre-Petition Allied FCU Savings Account Number: xxxxxx513

| Depository Name & Location: | Allied Healthcare Federal Credit Union |
|---|---|
| | P.O. Box 93124 |
| | Long Beach, CA 90809-3124 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM PP ALLIED HEALTHCARE FCU ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | *No Disbursements This Period | |
| | | | | |
| | | | | |
| | | | *I put in a request to close this account on | |
| | | | 5/8/19.  The bank still hasn't closed the | |
| | | | account. | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

# PRE-PETITION ALLIED HEALTHCARE FEDERAL CREDIT UNION SAVINGS ACCOUNT
## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 8/31/2019 | Balance on Statement: | $12.20 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSITS IN TRANSIT**                                          0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:**                                          0.00

Bank statement Adjustments:

Explanation of Adjustments-

| |
|---|
| |

**ADJUSTED BANK BALANCE:**                                          $12.20

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

**Allied** Healthcare
Federal Credit Union
PO BOX 93124   LONG BEACH CA 90809-3124
www.ahfcu.org   (562) 933-0370

Access Your Money
30,000 WAYS

Text a ZIP Code
to 91989
to find nearby ATM and
Shared Branch Locations.

DAVID D LEE
840 S DUNSMUIR AVE
LOS ANGELES CA 90036

Account Balances at a Glance:
Account Number:          XXXXXXX513
Savings:                    $12.20

Relationship: Valued Member                    Statement Period: 08/01/2019 thru 08/31/2019

## ACCOUNT SUMMARY

| Type | Starting Balance | Total Deposits | Total Withdrawals | Ending Balance |
|------|------------------|----------------|-------------------|----------------|
| SAVINGS | 12.20 | 0.00 | 0.00 | 12.20 |
| CHECKING | 0.00 | 0.00 | 0.00 | 0.00 |

## ID 0001 - SAVINGS                              Dividends Paid: $0.00

| Date | Transaction Description | Amount | Balance |
|------|-------------------------|--------|---------|
| 08/01/2019 | *Beginning Balance* | | *12.20* |
| 08/31/2019 | *Ending Balance* | | *12.20* |

## ID 0075 - CHECKING                             Dividends Paid: $0.00

| Date | Transaction Description | Amount | Balance |
|------|-------------------------|--------|---------|
| 08/01/2019 | *Beginning Balance* | | *0.00* |
| 08/31/2019 | *Ending Balance* | | *0.00* |

| | Total For This Period | Total Year-to-Date |
|------|-----------------------|--------------------|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

## YEAR TO DATE SUMMARY

| Total Year To Date Dividends Paid | 0.00 |
|-----------------------------------|------|

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>David Lee<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:      2:19-bk-10119-RK<br>Operating Report Number: 8<br>For the Month Ending:    8/31/2019 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. PRE-PETITION PENFED CREDIT UNION SAVINGS ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     17,510.55

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL     17,505.55
ACCOUNT REPORTS

3. BEGINNING BALANCE:      5.00

4. RECEIPTS DURING CURRENT PERIOD:      0.00

5. BALANCE:      5.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD      0.00

7. ENDING BALANCE:      5.00

8. Pre-Petition PENFED Savings Account Number:    xxxxxx7016

Depository Name & Location:    PENFED Credit Union
Box 1432
Alexandria, VA  22313-2302

\*   All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM PREPETITION CREDIT UNION ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | No Disbursements This Period | |
| | | | | |
| | | *The bank statement dates are overlapping.  I've attached both bank statements and only transactions in August are included. | |
| | | | | |
| | | **The bank has refused to close the account.  I'm keeping a minimum balance. | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

# PRE-PETITION PIONEER CREDIT UNION SAVINGS ACCOUNT
## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 8/31/2019 | Balance on Statement: | $5.00 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |

| **TOTAL DEPOSITS IN TRANSIT** | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |

| **TOTAL OUTSTANDING CHECKS:** | | | 0.00 |
|---|---|---|---|

Bank statement Adjustments: _____

Explanation of Adjustments-

| |
|---|
| |

| **ADJUSTED BANK BALANCE:** | | | $5.00 |
|---|---|---|---|

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

**PENFED**
**CREDIT UNION**
Box 1432, Alexandria, VA 22313-2302 • 800-247-5626
PenFed.org • MemberExperience@PenFed.org

## CONSOLIDATED STATEMENT

For the Period: **07/23/19 thru 08/23/19**

Member Name: **DAVID LEE**

Member Number:    **7387**

DAVID LEE
840 S DUNSMUIR AVE
LOS ANGELES, CA 90036-

## Summary of Accounts

### Deposit Accounts

| Account | Account Number | Ending Balance Last Statement | Ending Balance This Statement |
|---|---|---|---|
| **Regular Share Account** | **7387-01-6** | **$5.00** | **$5.00** |
| Total Deposit Accounts | | $5.00 | $5.00 |

### Overview of Accounts

| Year-to-Date Dividend on non-IRA Accounts | Year-to-Date Certificate Penalty | Year-to-Date Finance Charges | IRA Contribution 2018 | IRA Contribution 2019 |
|---|---|---|---|---|
| **$0.02** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## Regular Share Account

### Summary for Account Number:    7387-01-6
Joint Owner or Beneficiary if indicated: Peyton & Erin Lee, Bnf

| Balance Last Statement (07/23/19) | Total Debits This Period | Total Credits This Period | Ending Balance (08/23/19) |
|---|---|---|---|
| **$5.00** | **$0.00** | **$0.00** | **$5.00** |

Annual Percentage Yield Earned

| .00% based on 31 days |
|---|

### Account Activity

| Date | Description | Activity | Other Charges | Balance |
|---|---|---|---|---|
| 07/23/19 | Previous Balance | | | $5.00 |
| 08/23/19 | Ending Balance | | | $5.00 |

| Regular Savings Annual Percentage Yield (APY): 0.05% July and August |
|---|


**PENFED**
**CREDIT UNION**

Welcome DAVID LEE    |    MESSAGES

🖨 Print this page

Locations    Contact Us    Help

View Statement    Make a Payment    Return to Statements & Documents    Return to Main Menu

 Click here to dispute a debit card transaction.

 Click here to dispute an unauthorized Electronic Debit (ACH).


**PENFED**
**CREDIT UNION**
Box 1432, Alexandria, VA 22313-2302 • 800-247-5626
PenFed.org • MemberExperience@PenFed.org

## CONSOLIDATED STATEMENT

For the Period: **08/23/19 thru 09/23/19**

Member Name: **DAVID LEE**

Member Number:    **7387**

DAVID LEE
840 S DUNSMUIR AVE
LOS ANGELES, CA 90036-

## Summary of Accounts

### Deposit Accounts

| Account | Account Number | Ending Balance Last Statement | Ending Balance This Statement |
|---|---|---|---|
| Regular Share Account | 7387-01-6 | $5.00 | $5.00 |
| Total Deposit Accounts | | $5.00 | $5.00 |

### Overview of Accounts

| Year-to-Date Dividend on non-IRA Accounts | Year-to-Date Certificate Penalty | Year-to-Date Finance Charges | IRA Contribution 2018 | IRA Contribution 2019 |
|---|---|---|---|---|
| $0.02 | $0.00 | $0.00 | $0.00 | $0.00 |

## Regular Share Account

### Summary for Account Number:    7387-01-6

Joint Owner or Beneficiary if indicated: Peyton & Erin Lee, Bnf

| Balance Last Statement (08/23/19) | Total Debits This Period | Total Credits This Period | Ending Balance (09/23/19) |
|---|---|---|---|
| $5.00 | $0.00 | $0.00 | $5.00 |

Annual Percentage Yield Earned

.00% based on 31 days

## Account Activity

| Date | Description | Activity | Other Charges | Balance |
|------|-------------|----------|---------------|---------|
| 08/23/19 | Previous Balance | | | $5.00 |
| 09/23/19 | Ending Balance | | | $5.00 |

Regular Savings Annual Percentage Yield (APY): 0.05% August and September

Return to Main Menu ▸    Logout ▸

MEMBERSHIP AGREEMENT    MEMBERSHIP DISCLOSURES    PRIVACY POLICY    SERVICE FEES    FORMS & AGREEMENTS    ABA ROUTING # 2560-7844-6



 





This credit union is federally insured by the National Credit Union Administration. Rates are current as of September 2019 unless otherwise noted and are subject to change.
APY = Annual Percentage Yield APR = Annual Percentage Rate

©2019 Pentagon Federal Credit Union

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>David Lee<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 2:19-bk-10119-RK<br>Operating Report Number: 8<br>For the Month Ending: 8/31/2019 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. GENERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 76,490.39

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 62,771.28

3. BEGINNING BALANCE: — 13,719.11

4. RECEIPTS DURING CURRENT PERIOD: — 14,750.00

5. BALANCE: — 28,469.11

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — 24,468.05

7. ENDING BALANCE: — 4,001.06

8. General DIP Account Number: xxxxxx1914

   Depository Name & Location:
   Wells Fargo Bank, N.A.
   P.O. Box 6995
   Portland, OR  97228-6995

---

\*   All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM GENERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 8/30/2019 | 120 | Law Offices of David Tilem | Legal Fees Deposited into IOLTA Acct | 8,033.15 |
| 8/30/2019 | 121 | Chase Auto | Car Payment | 284.51 |
| 8/30/2019 | 122 | Selena Finance | Dunsmuir Mortgage | 3,307.58 |
| 8/30/2019 | 123 | PENFED Credit Union | Car Payment | 625.96 |
| | | | | |
| 8/16/2019 | 126 | Jed Wiltchik | Appraisal | 3,000.00 |
| | | | | |
| 8/1/2019 | EFT | Walgreens | Household Supplies | 56.52 |
| 8/2/2019 | EFT | LA DWP | Utilities: Water & Power | 2,260.40 |
| 8/5/2019 | EFT | Exxon Mobil | Gas | 42.72 |
| 8/5/2019 | EFT | California Supermarket | Groceries | 45.29 |
| 8/5/2019 | EFT | Choice Meat Market | Groceries | 29.22 |
| 8/5/2019 | EFT | Lowe's | Repair & Maintenance: Keys | 2.61 |
| 8/6/2019 | EFT | 76 | Gas | 30.34 |
| 8/6/2019 | EFT | Lowe's | Repair & Maintenance: Supplies | 329.43 |
| 8/6/2019 | EFT | Progressive Insurance | Insurance Expense | 590.87 |
| 8/9/2019 | EFT | Indo Phili | Gas | 30.01 |
| 8/12/2019 | Cash | David Lee | Gas & Dining | 300.00 |
| 8/12/2019 | EFT | Galleria Market | Groceries | 66.70 |
| 8/12/2019 | EFT | Home Depot | Repair & Maintenance: Supplies | 23.22 |
| 8/12/2019 | EFT | Walgreens | Household Supplies | 21.38 |
| 8/12/2019 | EFT | Metlife | Insurance Expense | 300.00 |
| 8/13/2019 | EFT | Jackson Tile | Repair & Maintenance: Materials | 575.35 |
| 8/14/2019 | EFT | TBT Hiep Car Care | Repair & Maintenance: Auto | 500.00 |
| 8/14/2019 | EFT | J2Fax.com | Utilities: Fax | 10.99 |
| 8/14/2019 | EFT | Ralph's | Groceries | 13.13 |
| 8/16/2019 | EFT | USA Petro | Food | 0.05 |
| 8/16/2019 | EFT | Rose Valley Inc. | Gas | 25.14 |
| 8/19/2019 | EFT | Sk Home Supplies | Kitchen Countertop | 1,534.04 |
| 8/19/2019 | Cash | Jorge Juarez | Installation of Countertop | 220.00 |
| 8/21/2019 | EFT | Exxon Mobil | Gas | 20.20 |
| 8/22/2019 | EFT | Home Depot | Repair & Maintenance: Supplies | 43.76 |
| 8/26/2019 | EFT | YouTube TV | Utilities: Cable | 49.99 |
| 8/26/2019 | EFT | Bird App | Transportation Expense | 20.00 |
| 8/26/2019 | EFT | Chevron | Gas | 30.03 |
| 8/26/2019 | EFT | Dunn-Edwards | Repair & Maintenance: Paint | 517.70 |
| 8/27/2019 | EFT | USA Petro | Gas | 25.18 |
| 8/27/2019 | EFT | Lowe's | Repair & Maintenance: Stove | 687.40 |
| 8/28/2019 | EFT | Sk Home Supplies | Repair & Maintenance: Toilets | 509.18 |
| 8/28/2019 | EFT | Debbie Tyrell | Bookkeeping | 306.00 |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 24,468.05 |

GENERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 8/31/2019 | Balance on Statement: | $8,084.60 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL DEPOSITS IN TRANSIT** | | | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| 119 | 7/27/2019 | 150.00 | |
| 122 | 8/30/2019 | 3,307.58 | |
| 123 | 8/30/2019 | 625.96 | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL OUTSTANDING CHECKS:** | | | 4,083.54 |

Bank statement Adjustments:

Explanation of Adjustments-

| |
|---|
| |

ADJUSTED BANK BALANCE: $4,001.06

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>David Lee<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 2:19-bk-10119-RK<br>Operating Report Number: 8<br>For the Month Ending: 8/31/2019 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. GRAPE STREET CASH COLLATERAL DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     22,098.00

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS     5,168.00

3.  BEGINNING BALANCE:     16,930.00

4.  RECEIPTS DURING CURRENT PERIOD:     2,914.00

5.  BALANCE:     19,844.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD     851.00

7.  ENDING BALANCE:     18,993.00

8.  Grape St. Cash Collateral DIP Account Number:     xxxxxx0011

| | |
|---|---|
| | Wells Fargo Bank, N.A. |
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM GRAPE ST CASH COLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 8/7/2019 | EFT | xxxxxx5003 | Transfer to 120th St Cash Collateral DIP | 851.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 851.00 |

GRAPE STREET CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____8/31/2019_____    Balance on Statement: _____$18,993.00_____

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                       | $18,993.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>David Lee<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 2:19-bk-10119-RK<br>Operating Report Number: 8<br>For the Month Ending: 8/31/2019 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. TAX DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                          100.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                               50.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                             50.00

4.  RECEIPTS DURING CURRENT PERIOD:                                                 0.00

5.  BALANCE:                                                                       50.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD                                10.00

7.  ENDING BALANCE:                                                                40.00

8. Tax DIP Account Number:                    xxxxxx0029

   Depository Name & Location:                Wells Fargo Bank, N.A.
                                              P.O. Box 6995
                                              Portland, OR  97228-6995

\*   All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM TAX DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 8/30/2019 | EFT | Wells Fargo | Service Fee | 10.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 10.00 |

TAX DIP ACCOUNT

## BANK RECONCILIATION

| Bank statement Date: | 8/31/2019 | Balance on Statement: | $40.00 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |

**TOTAL DEPOSITS IN TRANSIT** — 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**TOTAL OUTSTANDING CHECKS:** — 0.00

Bank statement Adjustments: _____

Explanation of Adjustments-

**ADJUSTED BANK BALANCE:** — $40.00

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

# Wells Fargo Combined Statement of Accounts



August 31, 2019 ■ Page 1 of 7

DAVID D LEE
DEBTOR IN POSSESSION
CH11 CASE 19-10119 (CCA)
840 S DUNSMUIR AVE
LOS ANGELES CA 90036-4732

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932

華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ✓ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 1914 | 14,519.11 | 8,084.60 |
| Wells Fargo Everyday Checking | 4 | 0011 | 16,930.00 | 18,993.00 |
| Wells Fargo Everyday Checking | 5 | 0029 | 50.00 | 40.00 |
| | **Total deposit accounts** | | **$31,499.11** | **$27,117.60** |

(114)



# Wells Fargo Everyday Checking

## Activity summary

| | |
|---|---:|
| Beginning balance on 8/1 | $14,519.11 |
| Deposits/Additions | 14,750.00 |
| Withdrawals/Subtractions | − 21,184.51 |
| **Ending balance on 8/31** | **$8,084.60** |

Account number: 1914

DAVID D LEE
DEBTOR IN POSSESSION
CH11 CASE 19-10119 (CCA)

California account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/1 | | Purchase authorized on 08/01 Walgreens Store 3201 W 6T Los Angeles CA P00309213257497390 Card 5336 | | 56.52 | 14,462.59 |
| 8/2 | | Ladwp Web Pay 190801 3113519197 David Lee | | 2,260.40 | 12,202.19 |
| 8/5 | | Purchase authorized on 08/02 Liwat Investmen Los Angeles CA P0000000283258105 Card 5336 | | 42.72 | |
| 8/5 | | Purchase authorized on 08/03 California Supe Los Angeles CA P00000000571216252 Card 5336 | | 45.29 | |
| 8/5 | | Purchase authorized on 08/03 Choice Meat Market Los Angeles CA S389216101836702 Card 5336 | | 29.22 | |
| 8/5 | | Purchase authorized on 08/04 Lowe's #2714 Los Angeles CA P0046921701202274 Card 5336 | | 2.61 | 12,082.35 |
| 8/6 | | Purchase authorized on 08/05 76 - 76 Petrolink Brea CA S469217763513561 Card 5336 | | 30.34 | |
| 8/6 | | Purchase authorized on 08/06 Lowe's #2714 Los Angeles CA P00389218748593621 Card 5336 | | 329.43 | |
| 8/6 | | Prog West Ins Prem 190806 xxxxx6607 Lee D Lee David | | 590.87 | 11,131.71 |
| 8/7 | 118 | Check | | 650.00 | 10,481.71 |
| 8/9 | | Purchase authorized on 08/09 Indo Phili Inc Los Angeles CA P00000000670566162 Card 5336 | | 30.01 | 10,451.70 |
| 8/12 | | ATM Withdrawal authorized on 08/10 Temple City Temple City CA 0001513 ATM ID 9968C Card 5336 | | 300.00 | |
| 8/12 | | Purchase authorized on 08/10 Galleria Market 440 S Ver Los Angeles CA P0046922313291637 Card 5336 | | 66.70 | |
| 8/12 | | Purchase authorized on 08/11 The Home Depot #1048 Los Angeles CA P00389224129297992 Card 5336 | | 23.22 | |
| 8/12 | | Purchase authorized on 08/11 Walgreens Store 3201 W 6T Los Angeles CA P00469224140247671 Card 5336 | | 21.38 | |
| 8/12 | | Metlife Payment 190812 50001789220 Qandys.Com, Inc | | 300.00 | 9,740.40 |
| 8/13 | | Purchase authorized on 08/13 Jackson Tile Design CT El Monte CA P0030922580212038 Card 0614 | | 575.35 | 9,165.05 |
| 8/14 | | Purchase authorized on 08/12 T.B.T Hiep Thanh Rosemead CA S389225115445224 Card 5336 | | 500.00 | |
| 8/14 | | Recurring Payment authorized on 08/13 J2 * Fax.Com 888-429-4615 CA S469225609603794 Card 0614 | | 10.99 | |
| 8/14 | | Purchase authorized on 08/14 Ralphs #0 670 S. Weste Los Angeles CA P00000000531472341 Card 0614 | | 13.13 | 8,640.93 |
| 8/16 | | Purchase authorized on 08/15 USA Petro #68132 El Monte CA P00000000779778962 Card 0614 | | 0.05 | |

August 31, 2019 ■ Page 3 of 7



WELLS
FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 8/16 | | Purchase authorized on 08/15 Rose Valley Inc Rosemead CA P00000000077671714 Card 0614 | | 25.14 | |
| 8/16 | 126 | Check | | 3,000.00 | 5,615.74 |
| 8/19 | | Online Transfer From David D. Lee CPA, Business Checking xxxxxx9267 Ref #Ib06Pxw7Gs on 08/19/19 | 2,000.00 | | |
| 8/19 | | Online Transfer From Qandys.Com, Inc. Business Checking xxxxxx3382 Ref #Ib06Pxw93W on 08/19/19 | 1,750.00 | | |
| 8/19 | | Purchase authorized on 08/17 Sk Home Supplies Hacienda Hts CA S46922961192 7932 Card 0614 | | 1,534.04 | |
| 8/19 | | ATM Withdrawal authorized on 08/19 3150 Wilshire Blvd. Los Angeles CA 0007310 ATM ID 0763G Card 0614 | | 220.00 | 7,611.70 |
| 8/21 | | Purchase authorized on 08/21 Liwat Investmen Los Angeles CA P00000000770650392 Card 0614 | | 20.20 | 7,591.50 |
| 8/22 | | Purchase authorized on 08/22 The Home Depot #1048 Los Angeles CA P00589235011511327 Card 0614 | | 43.76 | 7,547.74 |
| 8/26 | | Recurring Payment authorized on 08/23 Google *Youtube Tv 855-836-3987 CA S589235655152952 Card 0614 | | 49.99 | |
| 8/26 | | Purchase authorized on 08/23 Bird App WWW.Bird.CO CA S389236144452572 Card 0614 | | 20.00 | |
| 8/26 | | Purchase authorized on 08/24 Chevron 0370141 Los Angeles CA S389236661132076 Card 0614 | | 30.03 | |
| 8/26 | | Purchase authorized on 08/24 Dunn-Edwards Corp #51 Los Angeles CA P00389236669780900 Card 0614 | | 517.70 | 6,930.02 |
| 8/27 | | Purchase authorized on 08/27 USA Petro #68132 El Monte CA P0000000472408625 Card 0614 | | 25.18 | |
| 8/27 | | Purchase authorized on 08/27 Lowe's #2714 Los Angeles CA P00469239785073925 Card 0614 | | 687.40 | 6,217.44 |
| 8/28 | | Purchase authorized on 08/27 Sk Home Supplies Hacienda Hts CA S589239732030295 Card 0614 | | 509.18 | |
| 8/28 | | Zelle to Tyrell Deborah on 08/28 Ref #Rp06R524Mv June | | 306.00 | 5,402.26 |
| 8/30 | | Online Transfer From David D. Lee CPA, Business Checking xxxxxx9267 Ref #Ib06Rjzskl on 08/30/19 | 11,000.00 | | |
| 8/30 | 121 | Check | | 284.51 | |
| 8/30 | 120 | Check | | 8,033.15 | 8,084.60 |
| Ending balance on 8/31 | | | | | 8,084.60 |
| **Totals** | | | **$14,750.00** | **$21,184.51** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 118 | 8/7 | 650.00 | 121 | 8/30 | 284.51 | 126 * | 8/16 | 3,000.00 |
| 120 * | 8/30 | 8,033.15 | | | | | | |

*\* Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2019 - 08/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** Have any **ONE** of the following account requirements | Minimum required | This fee period |

August 31, 2019 ■ Page 4 of 7



WELLS
FARGO

## Monthly service fee summary (continued)

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| · Minimum daily balance | $1,500.00 | $5,402.26 | ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 | ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 27 | ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)  ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

# Wells Fargo Everyday Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $16,930.00 |
| Deposits/Additions | 2,914.00 |
| Withdrawals/Subtractions | - 851.00 |
| **Ending balance on 8/31** | **$18,993.00** |

Account number:    **0011**

**DAVID D LEE**
**CASH COLLATERAL**
**DEBTOR IN POSSESSION**
**CH11 CASE 19-10119 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/6 | | Edeposit IN Branch/Store 08/06/19 05:34:01 Pm 3150 Wilshire Blvd Los Angeles CA 5336 | 2,914.00 | | 19,844.00 |
| 8/7 | | Online Transfer to Lee D Everyday Checking xxxxxx5003 Ref #Ib06N6Xbvc on 08/07/19 | | 851.00 | 18,993.00 |
| **Ending balance on 8/31** | | | | | 18,993.00 |
| **Totals** | | | **$2,914.00** | **$851.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2019 - 08/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following account requirements | Minimum required | This fee period |

August 31, 2019 ■ Page 5 of 7



## Monthly service fee summary *(continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| · Minimum daily balance | $1,500.00 | $16,930.00 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)   ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

RC/RC

# Wells Fargo Everyday Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $50.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 8/31** | **$40.00** |

Account number:   0029

**DAVID D LEE**
**TAX**
**DEDEBTOR IN POSSESSION**
**CH11 CASE 19-10119 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/30 | | Monthly Service Fee | | 10.00 | 40.00 |
| **Ending balance on 8/31** | | | | | 40.00 |
| **Totals** | | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2019 - 08/31/2019 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $50.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |

**WELLS FARGO**

---

*Monthly service fee summary (continued)*

| | Minimum required | This fee period |
|---|---|---|
| **How to avoid the monthly service fee** | | |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)     ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

August 31, 2019 ■ Page 7 of 7



WELLS
FARGO

---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ |

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** | $ |

▶ + $ |

**C** Add **A** and **B** to calculate the subtotal.    = $ |

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

▶ - $ |

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ |

---

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801    Member FDIC.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| David Lee | Case Number: | 2:19-bk-10119-RK |
| | Operating Report Number: | 8 |
| Debtor(s). | For the Month Ending: | 8/31/2019 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. 120TH STREET CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                5,937.00

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                     20.00
ACCOUNT REPORTS

3. BEGINNING BALANCE:                                                   5,917.00

4. RECEIPTS DURING CURRENT PERIOD:                                      851.00

5. BALANCE:                                                             6,768.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD                      464.40

7. ENDING BALANCE:                                                      6,303.60

8. 120th St Cash Collateral DIP Account Number:     xxxxxx5003

Depository Name & Location:
Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR  97228-6995

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM 130TH STREET C DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 8/16/2019 | EFT | Tapco Underwriters | Insurance Expense | 464.40 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 464.40 |

120TH STREET CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 8/31/2019 | Balance on Statement: | $6,303.60 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**TOTAL DEPOSITS IN TRANSIT**      0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**TOTAL OUTSTANDING CHECKS:**      0.00

Bank statement Adjustments:      _____
Explanation of Adjustments-

| |
|---|
| |

**ADJUSTED BANK BALANCE:**      $6,303.60

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

# Wells Fargo Everyday Checking



August 31, 2019  ■  Page 1 of 3

DAVID D LEE
CASH COLLATERAL
DEBTOR IN POSSESSION
CH11 CASE #19-10119 (CCA)
840 S DUNSMUIR AVE
LOS ANGELES CA 90036-4732

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s).  Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $5,917.00 |
| Deposits/Additions | 851.00 |
| Withdrawals/Subtractions | - 464.40 |
| **Ending balance on 8/31** | **$6,303.60** |

Account number:       5003

**DAVID D LEE**
**CASH COLLATERAL**
**DEBTOR IN POSSESSION**
**CH11 CASE #19-10119 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

August 31, 2019 ■ Page 2 of 3



WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 8/7 | | Online Transfer From Lee D Everyday Checking xxxxxx0011 Ref #Ib06N6Xbvc on 08/07/19 | 851.00 | | 6,768.00 |
| 8/16 | | Tapco Underwrite Inspremium 190815 Pyveh , David, Lee | | 464.40 | 6,303.60 |
| Ending balance on 8/31 | | | | | 6,303.60 |
| Totals | | | $851.00 | $464.40 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2019 - 08/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|-------------------------------------|--------------------------------------|-----------------|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $5,917.00 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)     ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

August 31, 2019 ■ Page 3 of 3



WELLS
FARGO

---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.  $ |

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  | |
|  | |
|  | |
|  | |
|  | |
| **Total** | **$** |

+ $ |

**C** Add **A** and **B** to calculate the subtotal.  = $ |

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
| **Total** | **$** |

- $ |

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.  = $ |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801   Member FDIC.

## II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| BSI Financial (4428) - Grape Street | Monthly | 2,918.00 | 7 | 334,066.00 |
| Chase (1409) - Fiat | Monthly | 284.51 | 0 | 12,500.00 |
| LA Co Treasurer (3037) - Dunsmuir Ave. | Semi-Annual | Approx 8,000.00 | 1 | 8,022.94 |
| Loan Care, LLC (1300) - 120th Street | Monthly | 1,686.71 | 7 | 222,172.97 |
| Pacific Private Money (0925) - Dunsmuir | Monthly | 5,019.00 | 7 | 435,133.00 |
| PENFED Federal Credit Union - Hyundai | Monthly | 625.96 | 0 | 7,000.00 |
| Selena Finance (4007) - Dunsmuir (Previously US Bank) | Monthly | 3,307.58 | 3 | 630,178.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 1,649,072.91 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| Homeowners (Dunsmuir) | State Farm | 466,900.00 | 10/19/2019 | 10/19/2019 |
| Homeowners (Grape) | State Farm | 394K/39K/1 Million | 4/14/2020 | 4/14/2020 |
| Homeowners (120th St) | State Farm | 165K/16.5K/500K | 10/6/2019 | 10/6/2019 |
| Vehicle (Hyundai) | State Farm | 100K/50K/30K | 1/15/2020 | 1/15/2020 |
| Vehicle (Fiat) | Drive Insurance | 15K/10K/15K | 10/4/2019 | 10/4/2019 |
| Vehicle (Lexus) | Drive Insurance | 15K/10K/15K | 10/4/2019 | 10/4/2019 |
| Vehicle (Ford) | Drive Insurance | 15K/10K/15K | 10/4/2019 | 10/4/2019 |
| Others: |  |  |  |  |
|  |  |  |  |  |

I.D SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

(Provide a copy of of montly account statements for each of the below)

| | |
|---|---:|
| Pre-Petition Allied Healthcare FCU Savings Account (513): | 12.20 |
| Pre-Petition PENFED Credit Union Savings Account (7016): | 5.00 |
| General DIP Account (1914): | 4,001.06 |
| Grape Street Cash Collateral DIP Account (0011): | 18,993.00 |
| Tax DIP Account (0029): | 40.00 |
| 120th Street Cash Collateral DIP Account (5003): | 6,303.60 |
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**                              29,354.86

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**                    0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2019 | 41,473.10 | 650.00 | 1-May-2019 | 650.00 | 0.00 |
| 30-Jun-2019 | 39,640.84 | 650.00 | 27-Jul-2019 | 650.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## XI. QUESTIONNAIRE

|  | No | Yes |
|---|---|---|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:      **X** ___

|  | No | Yes |
|---|---|---|

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:      **X** ___

3. State what progress was made during the reporting period toward filing a plan of reorganization:
   a. Prepare motion to approve refinance of residence.
   b. Address relef from stay motion on Linda Vista Terrace property.
   c. Address relief from stay motion on Avalon property.

4. Describe potential future developments which may have a significant impact on the case:
   Debtor is continuing to identify funding to address the various needs.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.  None

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.      **X** ___

I,   David Lee,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

9/27/19
**Date**

Principal for debtor-in-possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled **MONTHLY OPERATING REPORT #8**  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **9/30/19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Todd S Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Nichole Glowin**   nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- **Valerie Smith**   claims@recoverycorp.com
- **David A Tilem**   davidtilem@tilemlaw.com,
  DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.in foruptcy.com;MalissaMurguia@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- **Edward A Treder**   cdcaecf@bdfgroup.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**   hatty.yip@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **9/30/19**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Gary Baddin, Analyst
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_____**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/30/19 | Joan J. Fidelson | /s/Joan J. Fidelson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.