David A. Tilem (SBN 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
    Fax: 818-507-6800
DavidTilem@TilemLaw.com

Attorneys for Debtor and Debtor-
    In-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DAVID LEE,<br><br>            Debtor. | Case No. 2:19-bk-10119-RK<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED HEARING REGARDING RELIEF FROM STAY MOTION (DKT. #161) FILED BY REHABBERS FINANCIAL, INC. DBA AZTEC FINANCIAL**<br><br><u>Last Hearing</u><br>Date: October 15, 2019<br>Time: 2:30 P.M.<br>Place: Courtroom 1675<br><br><u>Continued Hearing</u><br>Date: November 19, 2019<br>Time: 2:30 P.M.<br>Place: Courtroom 1675 |

**TO ALL PARTIES IN INTEREST:**

   **NOTICE IS HEREBY GIVEN** that a continued hearing on the Motion for relief from the stay filed by Rehabbers Financial, Inc. dba Aztec Financial (Dkt.#161) is continued to November 19, 2019 at 2:30 p.m. in Courtroom 1675.

Dated: October 15, 2019              LAW OFFICES OF DAVID A. TILEM

                                     By: _____
                                         David A. Tilem, Attorneys
                                         for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled (*specify*)  **NOTICE OF CONTINUED HEARING REGARDING RELIEF FROM STAY MOTION (DKT. #161) FILED BY REHABBERS FINANCIAL, INC. DBA AZTEC)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/15/19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **10/15/19,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert Kwan  
United States Bankruptcy Court  
255 E. Temple Street, Suite 1682  
Los Angeles, CA 90012

Richard Bauer  
Bonial & Associates, P.C.  
30021 Tomas, Suite 110  
Rancho Santa Marguerita, CA 92688

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **10/15/2019** | **Joan J. Fidelson** | /s/ Joan J. Fidelson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**ECF Service List:**

- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Sean C Ferry**   sferry@rasflaw.com, sferry@ecf.courtdrive.com
- **Todd S Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Nichole Glowin**   nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- **Blake J Lindemann**   Blake@lawbl.com, Nataly@lawbl.com
- **Erica T Loftis Pacheco**   erica.loftispacheco@bonialpc.com
- **Valerie Smith**   claims@recoverycorp.com
- **David A Tilem**   davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- **Edward A Treder**   cdcaecf@bdfgroup.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**   hatty.yip@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**