| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David A. Tilem<br>Law Offices of David A. Tilem<br>206 North Jackson Street, #201<br>Glendale, CA 91206<br>Tel: 888-257-7648    818-507-6000<br>Fax: 818-507-6000<br>DavidTilem@Tilemlaw.com<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>David Lee<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-10119-RK<br><br>CHAPTER: 11<br><br>**APPLICATION FOR PAYMENT OF:**<br><br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br><br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: 11/19/2019<br>TIME:  2:30 pm<br>COURTROOM: 1675<br>PLACE: 255 East Temple Street<br>　　　　 Los Angeles, CA 90012 |

1.  Name of Applicant (*specify*): __Law Offices of David A. Tilem__

2.  Type of services rendered:
    a.  ☒ Attorney for (*specify*): __General Bankruptcy Counsel__
    b.  ☐ Accountant for (*specify*): _____
    c.  ☐ Other professional (*specify*): _____

3.  Date of filing of petition under chapter __11___ of the Bankruptcy Code: __01/07/2019__

4.  Date of entry of Order Approving Applicant's Employment: __05/01/2019__

5.  Date of filing of last Fee and/or Expense Application: _____

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

6.  Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ _25,000.00_

    a.  Retainer received: $ _25,000.00_

    b.  Retainer remaining as of the date of this Application: $ _0.00_

    c.  Total amount requested in all prior applications: $ _0.00_

    d.  Total amount actually paid pursuant to prior approved applications: $ _0.00_

    e.  Total amount currently due but unpaid pursuant to prior approved applications: $ _0.00_

    f.  Total amount allowed but reserved pending final fee application: $ _0.00_

7.  **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. David A. Tilem | $ 600.00 | X | 85.30 | = | $ 51,180.00 |
| b. Malissa L. Murguia | $ 200.00 | X | 11.20 | = | $ 2,240.00 |
| c. Diana Chau | $ 150.00 | X | 3.70 | = | $ 555.00 |
| d. Joan J. Fidelson | $ 150.00 | X | 1.00 | = | $ 150.00 |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

    g.  ☐  Continued on attached page

8.  The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows:                                                                  ☐ See attached page

9.  Bonus requested (final fee applications only): $ _____
    (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ _54,125.00_

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ _____

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                       **F 2016-1.2.APP.PAYMENT.FEES**

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. CourtCall | $ 350.00 |
| b. Copies | $ 558.80 |
| c. Federal Express | $ 20.49 |
| d. Filing Fee | $ 31.00 |
| e. Messenger Express | $ 56.50 |
| f. Postage | $ 375.05 |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 1,391.84

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):

Declaration of David A. Tilem

15. Total number of attached pages of supporting documentation: ___113___

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_10/22/2019_     David A. Tilem     _____
Date                Printed Name                    Signature

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 3                    **F 2016-1.2.APP.PAYMENT.FEES**

1    David A. Tilem (SBN 103825)
LAW OFFICES OF DAVID A. TILEM
2    206 North Jackson Street, Suite 201
Glendale, California 91206
3    Tel: 888-257-7648 * 818-507-6000
      Fax:(818) 507-6800
4    DavidTilem@TilemLaw.com

5

6    Attorney for Debtor

7

8

9                 **UNITED STATES BANKRUPTCY COURT**

10                **CENTRAL DISTRICT OF CALIFORNIA**

11                  **LOS ANGELES DIVISION**

12

13    In re:                         ) **Case No. 2:19-bk-10119-RK**
                                )
14                                 )
                                ) Chapter 11
15    **DAVID LEE,**                  )
                                ) **DECLARATION OF DAVID TILEM IN**
16                                 ) **SUPPORT OF FINAL APPLICATION FOR**
                                ) **PROFESSIONAL COMPENSATION**
17                                 )
                                ) Date:
18                 Debtor.      ) Time:
                                ) CtRm: 1675
19                                 )
   _____

20
I, David A. Tilem, hereby declare and state as follows:

21
      1.    I am an associate attorney at law licensed to practice in

22
the State of California and before this Court. If called upon to do

23
so, I could and would competently testify to the facts set forth in

24
this declaration from my own personal knowledge or from the books

25
and records of the Law Offices of David A. Tilem ("Firm").

26
      2.    The books and records of Firm used to prepare this

27
declaration contain information which is recorded by professionals

28

and para-professionals on a contemporaneous basis, and which is regularly relied upon by the Firm in the ordinary course of its business.

3.   David Lee ("Debtor"), an individual, filed a voluntary petition under Chapter 11 on January 7, 2019 (the "Petition Date"). Debtor was represented at that time by attorney Rene Sanders ("Sanders") of the Law Office of Renee Estelle Sanders. Sanders employment was not going to be approved so Debtor looked for new counsel. The Firm was retained on March 25, 2019 and filed a substitution of attorney on March 26, 2019.

**TERMS OF EMPLOYMENT**

4.   The Firm filed its motion to be employed as Debtor's counsel ("the Employment Motion") on March 26, 2019. As set forth in the written retainer agreement, a copy of which is attached to the Employment Motion, the scope of the proposed employment includes all aspects of standard representation in Chapter 11 cases.  A true and correct of the Employment Motion is attached as "Exhibit 1".

5.   The Court granted the Employment Motion pursuant to an Order entered on May 1, 2019. A true and correct copy of the Court's Order is attached as "Exhibit 2".

**SUMMARY OF REQUEST**

6.   This is the Firm's first interim application for professional compensation. Accordingly, the following figures include all fees, all costs and all payments since the inception of the representation through September 2019.

/ / /

/ / /

```
FEES           $ 54,125.00
COSTS          $  1,391.84
               ===========

SUB-TOTAL      $ 55,516.84
PAYMENTS       $ 25,000.00
               ===========
TOTAL DUE      $ 30,516.84
```

**RETAINERS AND FEES PAID**

6.    The Retainer Agreement between the parties provided for a post-petition retainer of $25,000 (the "Retainer").

7.    The Employment Order authorized the Firm to draw from the Retainer) in accordance with the Professional Fee Statement process promulgated by the Office of the United States Trustee.

8.    The Firm submitted four Professional Fee Statements. There were no objections or requests for hearing.  The disposition of the Retainer is summarized as follows:

|   | MONTH | BILLED | RETAINER BALANCE |
|---|---|---|---|
|   | Retainer |  | $25,000.00 |
| 1 | March 2019 | 4,135.00 | 20,865.00 |
| 2 | April 2019 | 8,802.70 | 12,062.30 |
| 3 | May 2019 | 11,270.45 | 791.85 |
| 4 | June 2019 | 8,033.15 | 0.00 |
|   | TOTAL | 32,421.30 |  |

A true and correct copy of each Professional Fee Statement's cover page, without exhibits, is attached as "Exhibit 3".

/ / /

/ / /

**BILLING PROCEDURES**

9.    The Firm records and bills processional time and costs by subject matter.  The categories used in this case are:

|     |     |
| --- | --- |
| A   | Administration |
| B   | Employment of Debtor's Counsel |
| C   | U.S. Trustee Compliance and 1st Meeting |
| F   | Creditor Claims |
| G   | Other Professionals |
| I   | Cash Collateral Matters |
| K   | Borrowing |
| L01 | Car - Relief From Stay |
| L02 | Dunsmuir Relief From Stay |
| L03 | Vista Terrace Relief from Stay |
| L04 | Avalon |
| M   | Sale or Disposition of Assets |
| T   | Plan & Disclosure Statement |

10.    The Firm transmits monthly statements to its clients. For fee applications, however, the monthly statements are reprinted into one continuous statement per category with an overall summary. Those reprinted statements are attached as "Exhibit 4".  Some of the professional time may have been billed at flat rates where billing at the hourly rate seemed unfair or unreasonable.

11.    <u>Category A - Chapter 11 -General</u> - Services in this category include work associated with general client interaction such as becoming familiar with the background facts of the case, amending Debtor's Schedules, Status Conference reports, attendance at Status Conference hearings and other work not properly included in any other single category.  This may include time entries for work done in several different categories.

12.    <u>Category B - Employment of Debtor's Counsel</u> - This category includes all professional services associated with the employment and compensation of TILEM including the employment motion, preparing Professional Fee Statements and this fee application.

13.  <u>Category C - U.S. Trustee Compliance</u> - Services in this category included all interactions with the Office of the United States Trustee unless those interactions involve a contested matter.  Examples include meetings, gathering compliance documents, reviewing the Monthly Operating Reports.

14.  <u>Category F - Creditor Claims</u> - This category includes all services concerning the negotiation and settlement of claims including any formal objections filed with the Court. In this case, the Firm reached out to various secured creditors to discuss adequate protection and plan treatment stipulations.  The Firm has also moved to set a claims bar date, reviewed claims as filed and conferred with the Debtor regarding possible claims objections.

15.  <u>Category G - Other Professionals</u> - This category includes all services related to the employment or compensation of other professionals. In this case, Debtor filed two appraiser employment motions. One to appraise his residential properties and the other to appraise his commercial property. Debtor also filed a broker motion to rent out his residence as additional income to the estate. Debtor also filed a loan broker motion to help him get financing to facilitate a Plan.

16.  <u>Category I - Cash Collateral</u> - Services in this category all concern cash collateral issues.  In this case, prior counsel filed a motion for use of cash collateral. After investigation, it was determined that the motion was unnecessary and it was withdrawn.

17.  <u>Category K - Borrowing and Financing</u> - Services in this category concern Debtor's efforts to secure financing needed to facilitate reorganization and a Plan .  The Firm has prepared a

1 | motion for financing of related to Debtor's residence, however that
2 | motion is being held up by Debtor's loan broker for reasons which
3 | are unclear.  The motion will be filed as quickly as possible.

4 |     18.  <u>Category L – Automatic Stay Matters</u> – This category
5 | includes all services related to relief from stay issues. In this
6 | case, the Firm reviewed and respond to four separate motions for
7 | relief from stay on one vehicle and three separate parcels of real
8 | property.  The vehicle motion has been successfully resolved with
9 | Debtor retaining the vehicle.  Hearings on the motions related to
10 | real property are continuing.

11 |     19.  <u>Category M – Sale or Disposition of Assets</u> – This
12 | category includes all services related to the use, sale or lease of
13 | property of the estate.  In this case, Debtor filed two motions to
14 | dissolve entities so as to marshal assets for the benefit of the
15 | estate.  Both motions were granted.  Debtor also filed a motion
16 | seeking leave to sub-lease an apartment and relocate from his
17 | principal residence.  This motion was also granted over written
18 | opposition.

19 |     20.  <u>Category T – Plan & Disclosure Statement</u> – This category
20 | includes all services associated with preparing plans and
21 | disclosure statements. In this case, counsel is engaged in
22 | negotiations with various secured creditors regarding plan
23 | treatment.

## CURRENT STATUS

25 |     21.  There are 3 relief from stay motions which have been
26 | trailed.  Two are contested, the third is likely to be resolved by
27 | way of agreement.

28 |     22.  The motion to permit refinancing of Debtor's residence is

1   waiting for final information from the loan broker.  Once this loan

2   is completed, Debtor will be in a position to propose a Plan and

3   Disclosure Statement.

4        23.  A description of my professional education and the

5   experience was previously submitted as Exhibit "1" in the

6   Employment Motion.

7        24.  The Firm has reviewed and is familiar with the

8   requirements under Local Bankruptcy Rule ("LBR") 2016-1.

9        35.  I believe this application complies with LBR 2016-1.

10        I declare under penalty of perjury under the laws of the

11   United States of America that the foregoing is true and correct and

12   that is declaration was executed on ____10/22____, 2019 at _____

13   _Henderson, NV_ .

14

15                                  David A. Tilem

16

17

18

19

20

21

22

23

24

25

26

27

28

**"EXHIBIT 1"**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David A. Tilem<br>Law Offices of David A. Tilem<br>206 N. Jackson St., #201<br>Glendale, CA 91206<br>Tel: 888-257-7648    818-507-6000<br>Fax: 818-507-6000<br>davidtilem@tilemlaw.com<br><br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>    David Lee<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>                                                              Debtor(s). | CASE NO.:    2:19-bk-10119-RK<br><br>CHAPTER: 11<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING DEBTOR IN POSSESSION TO EMPLOY GENERAL BANKRUPTCY COUNSEL [11 U.S.C. § 327(a), LBR 2014-1]; and**<br><br>☐ **TO FILE INTERIM FEE APPLICATIONS USING PROCEDURE IN LBR 9013-1(o)**<br><br>This motion is being made under **ONLY ONE** of the following notice procedures:<br><br>☐ **No hearing unless requested under LBR 9013-1(o)(4);  or**<br>☒ **Hearing set on regular notice: LBR 9013-1(d):**<br><br>DATE:        04/23/2019<br>TIME:        2:30pm<br>COURTROOM: 1675<br>ADDRESS:    255 East Temple Street<br>                      Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE THAT** the Debtor in Possession (the Debtor) requests an order authorizing the Debtor to employ general bankruptcy counsel and, if requested in this motion, to file interim fee applications using the procedures set forth in LBR 9013-1(o).

Your rights might be affected by this Motion.  You may want to consult an attorney.  Refer to the box checked below for the deadline to file and serve a written response.  If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.  You must serve a copy of

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                                    Page 1                    **F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL**
                                                                                                          **009**

your opposition upon the Debtor, the Debtor's attorney, the United States trustee and on the judge pursuant to LBR 5005-2(d) and the Court Manual.

a. ☐ **No Hearing Scheduled; Notice Provided Under LBR 9013-1(o):** This Motion is filed by the Debtor pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response and request for hearing with the court and serve it as stated above, **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o).

b. ☒ **Hearing Set on Regular Notice; Notice Provided Under LBR 9013-1(d):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.** Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

c. ☐ **Other** (*specify*):

Date: _____          By: _____
                                    Signature of Debtor

                               Name: David Lee
                                    Printed name of Debtor

Date: 03/26/2019               By: _____
                                    Signature of attorney for Debtor, if any

                               Name: David A. Tilem
                                    Printed name of attorney for Debtor, if any

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015          Page 2          F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL
0010

**MOTION TO EMPLOY GENERAL BANKRUPTCY COUNSEL [LBR 2014-1] AND, IF REQUESTED
BELOW, TO FILE INTERIM FEE APPLICATIONS USING PROCEDURE IN LBR 9013-1(o)**

1. **EMPLOYMENT**

   a.  To assist the Debtor in the administration of this chapter 11 case, the Debtor must employ, effective on
       (*date*) 03/26/2019 , the following professional Law Offices of David A. Tilem                    (Professional)
       as chapter 11 general bankruptcy counsel pursuant to 11 U.S.C. § 327(a).

   b.  The following information and documents are provided in support of this Motion:

       (1)  The Professional seeks compensation pursuant to: ☐ 11 U.S.C. § 328; or ☒ 11 U.S.C. § 330.

       (2)  The Debtor selected this Professional because the Professional is well qualified to represent the Debtor in this
            proceeding and for the following additional reasons:

       (3)  Professional agrees to render legal services in connection with the Debtor's chapter 11 case, including but not
            limited to the following services:

            (A)  Advise the Debtor regarding matters of bankruptcy law and concerning the requirements of the
                 Bankruptcy Code, and Bankruptcy Rules relating to the administration of this case, and the operation of
                 the Debtor's estate as a debtor in possession;

            (B)  Represent the Debtor in proceedings and hearings in the court involving matters of bankruptcy law;

            (C)  Assistance in compliance with the requirements of the Office of the United States trustee;

            (D)  Provide the Debtor legal advice and assistance with respect to the Debtor's powers and duties in the
                 continued operation of the Debtor's business and management of property of the estate;

            (E)  Assist the Debtor in the administration of the estate's assets and liabilities;

            (F)  Prepare necessary applications, answers, motions, orders, reports and/or other legal documents on
                 behalf of the Debtor;

            (G)  Assist in the collection of all accounts receivable and other claims that the Debtor may have and resolve
                 claims against the Debtor's estate;

            (H)  Provide advice, as counsel, concerning the claims of secured and unsecured creditors, prosecution
                 and/or defense of all actions;

            (I)  Prepare, negotiate, prosecute and attain confirmation of a plan of reorganization;

            (J)  ☒ Other (*specify*):
                 See Retainer Agreement attached.

       (4)  A declaration by the Professional provides information on the following:  identification/qualifications;
            disinterestedness; compliance with FRBP 2014 and FRBP 5002; and compensation arrangements.

       (5)  A declaration by the Debtor as to the source, amount and date of prepetition retainer paid to Professional and
            provisions for replenishment, if any, and any postpetition retainer and source of payment of postpetition
            retainer(s), if any.  No liens against the retainer have been granted in favor of the Professional or any other
            party.

       (6)  ☐ An optional Memorandum of Points and Authorities is attached.

       (7)  ☐ Other (*specify*):

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                    Page 3                  F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL
                                                                                                   0011

2. **FILE INTERIM FEE APPLICATIONS USING LBR 9013-1(o) (IF REQUESTED)**

☒    The Debtor requests authorization to use the procedures set forth in LBR 9013-1(o) regarding Notice of Opportunity to Request Hearing when requesting approval of interim fee applications.  Professional acknowledges, by checking this box, that to the best of Professional's knowledge, no other professional is or will be employed in this case.  If additional professional(s) become employed, Professional agrees to give 45 days' notice of the date and time of any interim fee application hearing in compliance with LBR 2016-1(a)(2) and will cease filing interim fee applications pursuant to LBR 9013-1(o).

The Debtor requests the authority to (1) employ the Professional to represent the Debtor in this case and (2) file interim fee applications using the procedure set forth in LBR 9013-1(o).

Date: 3/27/19

By: _____
Signature of attorney for Debtor, if any

Name:    David A. Tilem
Printed name of attorney for Debtor, if any

Date: 3/26/19

By: _____
Signature of Debtor

Name:    David Lee
Printed name of Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                      Page 4              F 2081-2.5.MOTION.EMPLOY.GENERAL.COUNSEL

# DECLARATION OF PROFESSIONAL

I, (*print name*) David A. Tilem _____, have personal knowledge of the matters
set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.

**1.  Identification/Qualifications**

   a.  ☒  I am a licensed attorney.

   b.  I, and the (*name of firm*) Law Offices of David A. Tilem _____(Firm) of
       which I am a (*position with Firm*) principal _____, maintain our principal
       offices at
        206 North Jackson Street, Suite 201
        Glendale, CA 91206

   c.  I believe that I am qualified to represent the Debtor.  A copy of my resume is attached as **Exhibit 1.**

       (1)  ☒  I have previously represented at least 30 chapter 11 debtors and in 15 of those cases, I prepared a
              chapter 11 plan and obtained an order confirming the plan.

       (2)  ☐  I cannot check box 1.c.(1) but I believe that I should be allowed to represent this Debtor because
              (*specify*):

   d.  ~~Additional resumes for any and all professionals at my Firm who will work on this case are attached as~~ ~~**Exhibit 2**~~.

**2.  Disclosures Re Connections and Adverse Interests**

   a.  Authority is sought pursuant to 11 U.S.C § 327(a)

       The Firm and I are "disinterested persons" within the meaning of 11 U.S.C. § 101.   We are (a) not  creditors,
       equity security holders, or insiders of the Debtor; (b) are not and were not, within 2 years before the date of the
       filing of the petition, directors, officers or employees of the Debtor; and (c) do not have interests materially
       adverse to the interest of the estate, or of any class of creditors or equity security holders, by reason of any direct
       or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.  The Firm and I do
       not hold or represent an interest adverse to the estate.

   b.  Disclosures re FRBP 2014

       Except as indicated below and other than representing the Debtor in this case, neither the Firm nor I ever
       represented the Debtor, and neither the Firm nor I have any connection with the Debtor, any insider of the Debtor,
       or insider of an insider of the Debtor, any creditor of the Debtor or any other party in interest herein, the United
       States trustee, persons employed by the United States trustee, persons employed by the Bankruptcy Court or a
       Bankruptcy Judge, or any of their respective attorneys or accountants.  Other information relevant to relationships
       with the Debtor is as follows (*specify*):

   c.  The Firm and I do not hold any prepetition claim against the estate.

   d.  The Firm and I have not made any arrangements for the sharing of fees with any other person or entity.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                           Page 5                    **F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL**
0613

**3. Compensation Arrangements**

a.  (1)  ☐  Prior to the chapter 11 petition date, the Firm and I received $_____ from

        ☐  the Debtor

        ☐  other (*specify source of funds*): _____

        As of the petition date, $_____ of the retainer funds remain unexhausted.

   (2)  ☒  Firm and I will receive $_25,000.00_____ from

        ☒  the Debtor

        ☐  other (*specify source of funds*): _____
        postpetition on (*specify date or timing of payment*): _____
        $10, 000 received on March 26, 2019; $15,000 to be received by the closed of business day on
        April 22, 2019.

b.  Pursuant to the Debtor's initial retainer agreement, the Debtor agreed to pay for services as they were performed. However, any payment of fees and expenses is subject to court approval.  A true and correct copy of the retainer agreement is attached as ~~Exhibit 3~~. Exhibit 2

c.  The Firm and I will comply with the *Guide To Application For Retainers and Professional And Insider Compensation* promulgated by the Office of the United States trustee, as well as any other applicable employment guidelines and fee guidelines in withdrawing the prepetition or postpetition retainer funds, if any.

d.  THE FIRM'S PROPOSED COMPENSATION IS:

   (1)  Hourly rates

        Partner, primary/lead counsel (*insert names of partners and each rate*)

| | |
|---|---|
| David A. Tilem | $ 600___ per hour |
| _____ | $ _____ per hour |
| _____ | $ _____ per hour |

        Associate attorney (*insert names of associates and each rate*)

| | |
|---|---|
| Kevin S. Lacey | $ 450___ per hour |
| A. Hillary Grosberg | $ 425___ per hour |
| Nathan A. Breneman | $ 350___ per hour |

        Law clerks/paralegal (*insert names and each rate*)

| | |
|---|---|
| Malissa L. Murguia | $ 200___ per hour |
| Joan J. Fidelson | $ 150___ per hour |
| Diana Chau | $ 150___ per hour |

        ☒  Optional:  See ~~Exhibit 4~~ for the Firm's hourly rates. Exhibit 3

   (2)  Other

        If the Firm's compensation is set by other than hourly rate, specify:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                    Page 6                    **F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL**
0014

e.  THE FIRM'S EXPENSE REIMBURSEMENT RATES ARE:

Fax in & fax out            _____ (Actual cost, not to exceed $0.10 per page)

Messenger                   Actual cost

Photocopies                 _____ (Actual cost, not to exceed $0.10 per page)
                            (Actual cost for outside copying)
Postage                     Actual cost

Telephone                   No charge

Other: (*describe expense*)

Parking                     _____ (Actual cost)

Mileage                     $ 0.56 (Actual cost)

f.  Neither the Firm nor I request any lien on any retainer received in this case or on any property of the estate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: _3/27/19_                         By: _____
                                           Signature of proposed t Professional

                                        Name:  David A. Tilem
                                               _____
                                               Printed name of proposed Professional

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                          Page 7              F 2081-2.5.MOTION.EMPLOY.GENERAL.COUNSEL
                                                                                    0045

## DECLARATION OF DEBTOR IN POSSESSION

I, __David Lee_____, am the Debtor in Possession in this case.

To the best of my knowledge, all of the Professional's connections with the Debtor, creditors, or any party in interest, their respective attorneys and accountants, the United States trustee or any person employed in the office of the United States trustee are as stated in the attached Declaration of Professional.

☒    I paid the following amounts to _Law Offices of David A. Tilem_____ as follows:

| Amount | Date of Payment | Source of Funds |
|---|---|---|
| $ 10,000.00 | 03/26/2019 | Estate |
| $ 15,000.00 | 04/22/2019 | Estate |

☐    I caused to be paid $ _____ to _____ pursuant to
our initial retainer agreement, and have agreed that fees are to be billed against this amount.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: __3/26/19__

By: _____
    Signature of Debtor in Possession

Name: _David Lee_____
    Printed name of Debtor in Possession

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                    Page 8          F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL
                                                                    000-6

**"EXHIBIT 1"**



# CURRICULUM VITAE
## of
# DAVID A. TILEM
(December  2017)

**Practice History**.  Mr. Tilem presently practices law as the Law Offices of David A. Tilem.  The firm operates as a sole proprietorship utilizing the services of "of counsel" attorneys to expand the firm's scope and reach.  Until 2002, he was a partner of Tilem & White LLP, formed in 1992.  He has been practicing law in California since 1983 and, since 1985, has either worked for himself or held an equity interest in any firm by which he was employed.  Mr. Tilem has always limited his practice to the areas of bankruptcy, creditor rights and insolvency law.

Clients include debtors, creditors, trustees, creditor committees, landlords and others involved in Chapter 7, Chapter 11 or Chapter 13 bankruptcy cases throughout California and in other States.  This includes handling bankruptcy appeals before the Ninth Circuit Bankruptcy Appellate Panel, and the Ninth Circuit Court of Appeals.  Mr. Tilem employs creative solutions to avoiding the need for bankruptcy whenever possible.

**Mediation**.  Mr. Tilem is trained in both traditional and family law style mediation.  Until 2006 he served on the Mediation Panel sponsored by the Bankruptcy Court for the Central District of California.

**Education**.  Mr. Tilem received his undergraduate degree in Political Science in 1978 from Brown University, Providence, Rhode Island, and his law degree in 1981 from Loyola Law School, Los Angeles, California.  During this time he spent two years as a visiting student at UCLA and became a member of the Zeta Beta Tau fraternity.  He is admitted to practice law in California and Massachusetts (inactive status).

**Adjunct Professor**,   In 2013 Mr. Tilem joined the faculty of Glendale University College of Law to teach a survey course on bankruptcy law.

**Honors and Specialization**.  Mr. Tilem maintains an AV rating with Martindale-Hubbell which he has held since first being rated.  He has been identified as a "Southern California Super Lawyer" by LA Magazine for at least the last eight consecutive years.

Mr. Tilem is certified as a Bankruptcy Specialist by the California Board of Legal Specialization, State Bar of California.  He has served as a member of that Board and as a former Chair of the Advisory Commission which prepares, administers and grades the examination used to certify attorneys as bankruptcy specialists.  Mr. Tilem is also certified as a Business Bankruptcy Specialist by the American Board of Certification, a national certification organization.  He has appeared and qualified as an expert witness on many occasions both on bankruptcy law generally, and more specifically as to the impact of bankruptcy in family law proceedings.

**Author**.  From 2002-2005, Mr. Tilem authored "Family Law Issues", Chapter 16 for CEB's  book on bankruptcy law.  He updated the Chapter annually including a complete re-write to reflect the sweeping amendments to the Bankruptcy Code which became law in April, 2005 and which took effect on October 17, 2005.  Mr. Tilem wrote the bankruptcy law section for the <u>Family Law Reference Book</u>, a bench book used by Family Court Judicial Officers in the County of Los Angeles, in the mid-1990's.  From 1990-1993, Mr. Tilem authored "Case Notes From the Bankruptcy Court", then a regular feature of <u>Family Law News and Review</u> published by the Family Law Section of the Los Angeles County Bar Association.  In 2005, Mr. Tilem contributed an article to <u>Family Law News</u>, the official publication of the Family Law Section of the California State Bar.  Most recently Mr. Tilem has started blogging on bankruptcy related matters.

**Involved Legal Community Member**.  Mr. Tilem is a member of, and actively involved in numerous professional organizations.  He served as the Local Chair for the National Association of Consumer Bankruptcy Attorneys for a period of ten years.  He was a member of the Board of Trustees of the Los Angeles County Bar Association and just finished a term as Chair of the Commercial Law and Insolvency Section.  Prior activities include serving on the Board of Directors for the Los Angeles Bankruptcy Forum, the Financial Lawyers Conference, and the American Bankruptcy Institute. Over the years Mr. Tilem has volunteered and been drafted to serve on committees formulating or amending Local Rules for the Bankruptcy Court in the Central District of California.

In the mid-1990's Mr. Tilem established and chaired an interdisciplinary group, sponsored jointly by the Family Law Section and the Commercial Law and Bankruptcy Sections of the Los Angeles County Bar Association, to consider cross-over issues. The organization consisted of bench officers and bar members from both disciplines.

In late 2003, Mr. Tilem sponsored a meeting of experienced consumer bankruptcy attorneys in the Central District of California.  Together they founded the Central District Consumer Bankruptcy Attorneys Association ("cdcbaa") which is dedicated to advancing the practice of bankruptcy law in consumer debtor cases.  In just its first three months, the organization grew to more than 100 paid members based in the Woodland Hills and Los Angeles Divisions of the Court.  Mr. Tilem served as the President and remained active on its Board of Directors for many years.  At its peak, cdcbaa had nearly 300 paid members and is believed to still be the second largest consumer bankruptcy organization in the Country.  The organization enjoys great respect with the Court, the Court Clerk and the Office of the United States Trustee.  Among the organization's many activities are the support of a pro bono program, the sponsorship of a bankruptcy Inn of Court and a robust educational program including more than 12 hours of professional education per year for the benefit of its members.

**Speaker**.  Mr. Tilem frequently lectures on various bankruptcy subjects.  In particular, Mr. Tilem has been invited on multiple occasions to address local or Statewide meetings of the American Academy of Matrimonial Lawyers, numerous attorney study groups, bar associations and other organizations concerned about bankruptcy and family law.  His lectures qualify for both Continuing Legal Education credit and Bankruptcy Specialization Credit.

**0019**

**"EXHIBIT 2"**

DAVID A. TILEM

OF COUNSEL
KEVIN S. LACEY
A. HILLARY GROSBERG
NATHAN A. BERNEMAN
PATRICK HUNTER

IN REPLY REFER TO
FILE NO.

**LAW OFFICES OF**
# DAVID A. TILEM
**A DEBT RELIEF AGENCY**

206 North Jackson Street
Second Floor, Suite 201
Glendale, CA 91206
Tel: (888) Bk Pro 4U   (888) 257-7648
Local Tel: 818-507-6000
Fax: (818) 507-6800
www.tilemlaw.com

March 25, 2019

David Lee                          DLCPAS@gmail.com
840 S. Dunsmuir Ave.
Los Angeles, CA 90036

     Re:   Representation as Debtor
         Chapter 11, Bankruptcy Case #2:19-bk-10119-RK
         Retainer: $25,000

Dear Mr. Lee:

Thank you for giving us the opportunity to help you with your legal matter.  The California Rules of Professional Conduct require us to provide you with a "Retainer Letter" like this one. This is a contract which describes what you have asked us to do and how we are to be paid.

## I. BACKGROUND SUMMARY

We have met or spoken with you or your agents to gather background information about you and about your legal matter. Please make sure that this summary is complete because our legal advice will be based on it.

As I understand the background, you are an accountant and have been practicing for about 25 years.  You own three pieces of real property, one of which serves as your home.  One of your adult children lives with you but is planning to relocate shortly for school.

For reasons which we did not have a chance to discuss, you are approximately $70,000 behind on your first mortgage and another $70,000 behind on the second mortgage.  We did not have a chance to discuss the status of the mortgages on your other properties.

Your accounting practice is a sub-Chapter "S" corporation.

**0021**

**DT** LAW OFFICES OF
**DAVID A. TILEM**
A DEBT RELIEF AGENCY

David Lee
March 25, 2019
Page 2

---

The company rents office space but has no employees.  Revenue
from the practice is about $25,000/month.

You are also the sole owner of Qandys.com, Inc. which
wholesales Mexican style candy.  This company has a significant
liquidation value, about $250,000 including inventory and a small
amount of receivables.  Most of its receivables are "sold", i.e.
factored.

In addition to the mortgage arrearages, you have tax debt
for several past years of about $150,000 to the IRS and another
$25,000 to the California Franchise Tax Board.

Your Chapter 11 case was filed on January 7, 2019.  You have
been represented by an attorney who told you that she does not
have prior Chapter 11 experience and you believe this is causing
serious problems in your case.

## II. <u>RESPONSIBILITIES</u>

A.    <u>Our Assignment as Counsel</u>

You have asked us, and we have agreed to represent you as
the Chapter 11 debtor-in-possession in case 1:19-10119-RK.

We are also responsible for:

*    Answering any questions you may have about your case.

*    Advising you about alternatives available to you.
     Sometimes there are no "good" options.  We provide you
     with information, but you, our client, must decide how
     to proceed.

*    Implementing your decisions to the best of our ability.

*    Keeping you informed about your case.

*    Letting you know about any settlement offers.

*    Avoiding conflicts of interest by not representing
     anyone else related to this case.

**0022**



David Lee
March 25, 2019
Page 3

This assignment does <u>not</u> include representing you in any legal matters or court proceedings unless that is specifically discussed above.  Examples include appeals or related State Court legal matters.

B.    <u>Your Assignment as Client</u>

As the client, you are responsible for:

*    Providing us with current contact information such as phone numbers, email addresses and a mailing address.

*    Quickly providing requested information or documents. If you do not have the information or documents, you need to let us know as soon as possible - sometimes there are deadlines.

*    Staying involved in <u>your</u> case.  You do not need to understand every nuance or detail, but you do need to have a general understanding.

*    Making all client decisions.

*    Paying for our legal services as agreed or as the Court permits.

Failure to pay our invoices in a timely manner is a violation of this agreement.  Among other things, it may cause us to  stop providing services, ask to be removed as your attorney as quickly has possible, begin to charge interest on the outstanding balance due and/or take legal action to collect the balance due.

## III.  <u>LEGAL FEES AND COSTS</u>

For this case, you agree to:

__    a flat fee of $_____ (costs included)

__    a flat fee of $_____ (costs are extra)



LAW OFFICES OF
**DAVID A. TILEM**
A DEBT RELIEF AGENCY

David Lee
March 25, 2019
Page 4

---

   _X_   a retainer for hourly services* of $<u>25,000</u>

   __   an **ever-green**\*\* amount of $_____

   __   a Court required filing fee of $_____

\*    If we are representing you as a Debtor in a Chapter 11 or 13
case, please see the addendum which provides additional
information about the fee being charged.

\*\*   An "**ever-green**" amount is the minimum amount you agree to
keep on deposit with us at all times.  We use the retainer
to pay your bill each month. You must then send additional
funds to bring the retainer back to the required ever-green
amount.  When our work is completed and once the bill has
been paid in full, any remaining retainer balance will be
refunded to you.

We may request a retainer or an additional retainer if there is
some unexpected development in your case such as the filing of a
new lawsuit or an unexpected motion.  We will certainly meet with
you to discuss this if the situation arises.

   The retainer is to be paid in two installments.  The first
installment of not less than $10,000 is to be paid before any
services are rendered. At that point the Firm will begin work on
the case and will prepare and file a motion asking the Court to
approve employment of the Firm as counsel of record.  The
remaining retainer balance must be delivered in good funds (cash,
cashier's check, wire) at least one business day before any
hearing on the Firm's motion to be employed as counsel.  We will
let you know the hearing date.

   If the funds are not delivered by the hearing date, the Firm
will ask the Court to grant the employment motion as of the date
the motion was filed and terminate the employment on the hearing
date.  This means that after the hearing date the Firm will no
longer be your counsel, but will be allowed to be paid for work
done from the filing date until the hearing date.  You will then
need to find another attorney.



David Lee
March 25, 2019
Page 5

_____

A.   Hourly Rate Fees

    Each person is assigned an hourly rate based on skill and experience. Each person keeps track of time (in .10 hour or 6 minute intervals) spent on your legal matter.  Fees equal the time spent times the hourly rate.

    The schedule of hourly rates is as follows:

| | |
|---|---|
| **Attorneys** | |
| David A. Tilem, Esq. | $600.00 |
| **Of Counsel** | |
| Kevin S. Lacey, Esq. | $450.00 |
| A. Hillary Grosberg, Esq. | $425.00 |
| Nathan A. Berneman | $350.00 |
| Patrick Hunter, Esq. | $325.00 |
| **Para-Professionals** | |
| Malissa L. Murguia | $200.00 |
| Joan J. Fidelson | $150.00 |
| Diana Chau | $150.00 |

    We may hire new staff or associate with new "of counsel" attorneys and assign rates based on their experience and expertise. We will not increase the rates listed above unless we give you a 30 day notice.

B.   Overtime Rates:

    We encourage our clients to request legal work and to provide us with needed information well before any deadlines so that we can do our best work during normal business hours in a timely manner.  Normal business which 8:30 a.m. – 5:30 p.m., Monday – Friday excluding federal Court holidays. If this is not done, however, you agree to pay overtime rates for any work done outside of normal business hours for the following reasons:

    1.   A deadline has been set by the Court, a law or a Court Rule and you do not provide us with needed information so that we can complete some or all of the work during normal business hours; or

**0025**

**LAW OFFICES OF**
**DAVID A. TILEM**
A DEBT RELIEF AGENCY

David Lee
March 25, 2019
Page 6

_____

    2.    You have specifically asked us to provide work outside
of normal business hours.

We will make every effort to let you know during a business
day that it is likely your work may trigger overtime rates.  If
we are unable to reach you, however, you agree to pay the
overtime rates so that the required work can be completed in a
timely manner.

Overtime rates for attorneys are 125% of the hourly rates
set forth above.  Overtime rates for para-professionals are 150%
of the hourly rates set forth above for the first two (2) hours
and 200% of the hourly rates set forth above for anything more
than two (2) hours.

C.   <u>Costs</u>:

Costs are advances we may make in connection with your case
such as (this is NOT a complete list):

| | |
|---|---|
| office copies | $.20/page |
| outside copies | at cost |
| filing fees | at cost |
| messengers | at cost |
| Court by phone charges | at cost |
| conference call charges | at cost |
| parking | at cost |

D.   The firm is being asked to represent you as a:

  _X_  Debtor    __  Creditor __  (Other) _____

in connection with a Bankruptcy Code case filed under

   __  Chapter 7  _X_ Chapter 11  __ Chapter 13  __ Other

When we represent you as a Debtor, we want you to know about
special rules which apply to each different type of case.  We
have included an addendum to this Agreement which outlines those
rules.  Please be sure that the addendum matches the type of case
you are filing.  If we are representing you as a Creditor or as
Other, there is no addendum.

**0026**

**DT** LAW OFFICES OF
**DAVID A. TILEM**
A DEBT RELIEF AGENCY

David Lee
March 25, 2019
Page 7

## IV.  BILLING

Statements will be sent to you at the address on this letter unless you provide another address or tell us that you want the statements sent by email to a particular email address

___     I want statements mailed to the following address:

X     I want statements sent by email to:
dlcpas@gmail.com

Monthly statements are sent before mid-month for work done in the prior month but dated for the beginning of the month. (Statements sent in June for May fees and costs are dated June 1). Billing of fees and costs may be delayed for various reasons.

Please contact us immediately if you believe there are any errors. You can also call the office at any time to ask for a statement of your account which we will send to you within two business days. You will NOT be charged for the call or for the statement.

## V.  PAST DUE ACCOUNTS

A.    Further Services:

We will stop providing services as soon as we are legally and ethically permitted to do so. In some cases this may require Court approval.

B.    Interest:

Unless Court rules do not allow us to charge interest, you have one month to pay our bills without interest. Then we charge interest at ten (10%) percent simple interest per year. For example, bills for May work are dated June 1 and sent before June

**0027**

**DT** LAW OFFICES OF
**DAVID A. TILEM**
A DEBT RELIEF AGENCY

David Lee
March 25, 2019
Page 8

_____

15.  You have until July 15 to pay without interest.  Starting July 15 you agree to pay simple interest at ten (10%) percent per year.

C.    Legal Fees:

You agree to pay our actual out-of-pocket legal fees and costs if we need to take legal action to collect our fees.  This includes costs of arbitration or mediation, Court fees and costs, and other expenses related to the collection process including fees or costs which may be incurred to enforce a judgment against you.

D.    Attorneys' Lien:

You agree to give us a lien (like a mortgage) on any money or property which we hold on your behalf, on any legal claim which we pursue on your behalf and on any recovery which we obtain for you.  This lien is for all fees and costs owed by you to the firm, whether under this agreement or for another matter.

E.    Check Endorsement:

If we receive a check made payable to you, we will let you know.  You authorize us to endorse and negotiate that check so long as the check is deposited into our State Bar regulated Client Trust Account.

## VI.  FEE DISPUTES AND OTHER DISPUTES BETWEEN US

You have sixty (60) days to dispute any charge which appears in our statements.  You must let us know about any dispute in writing (such as an email).  If you do not dispute any charge within that time, you agree that the bill is accurate as presented and you may not be allowed to dispute the charge or charges at a later time.

A.    Mediation:

If we have a dispute, we will first try to resolve it.  If that does not work, we agree to find and meet with a mediator for up to 4 hours.  You agree to pay half of the mediator's fees. We

**0028**

**DI** LAW OFFICES OF
**DAVID A. TILEM**
A DEBT RELIEF AGENCY

David Lee
March 25, 2019
Page 9

agree to pay the other half. The mediator will likely require
payment in advance. If you do not send your half of the
mediator's requested fees, you will be in violation of this
agreement.

B.    Venue and Choice of Law:

    This contract is made in Los Angeles County, California at
our offices. We agree that Los Angeles County, California is the
only place where any dispute between us should be resolved and
you agree and consent to personal exclusive jurisdiction in Los
Angeles County for that purpose. Also, we agree that this
agreement should be interpreted using California law.

## VII.  MISCELLANEOUS ITEMS

Email Communications

    We have exchanged email addresses with the expectation that
information, including information which may be protected by the
attorney/client privilege, will be communicated or exchanged by
email. You acknowledge that, while there is a general
expectation of privacy and confidentiality, email communications
are not entirely protected. Email, particularly when sent from
public wifi spots, internet connections controlled by an employer
or others, from shared email accounts where others may have
passwords or in other specific situations, can all be
intercepted, stored on servers which are not private or may be
compromised in other ways. This is also now true of fax
communications which are sent to our office via email.

    To protect your privacy, email from our office which
contains confidential or privileged communications will only be
sent from a private account unless you specifically authorize
otherwise on a specific occasion.

    Because the risks of disclosure which are inherent in email
are considered minor, you agree that those risks are outweighed
by the benefits of being able to communicate quickly, you
authorize me to communicate with you through our private email
server on an as-needed basis. If you have additional or specific
concerns about email communications, please share them with us so

**0029**

**DT** LAW OFFICES OF
**DAVID A. TILEM**
A DEBT RELIEF AGENCY

David Lee
March 25, 2019
Page 10

_____

that we can make other arrangements

Outsourcing

We may out-source some of the work to other attorneys who
regularly work with the office on an "as needed" basis. We pay
them from the fees we charge. These attorneys are referred to as
"of counsel" to the firm. Their names and billing rates appear
above.

When Our Work Begins

We start working for you **ONLY** when you return a signed copy
of this letter **AND** when you have paid the required retainer in
"good" and "clear" funds which have cleared your bank. If we
have started work before we have received your signature or the
retainer is received in good funds, you agree that we have not
waived this requirement and that we are not required to provide
any additional services.

When Our Work Ends

Our work ends when the work is completed or when either of
us wants it to. Either of us may end this agreement for any
reason at any time, however, if we are representing you in an
ongoing Court matter, the Rules of Professional Conduct require
us to keep working until: (1) you sign something to be filed by
us with the Court in which you agree to represent yourself (only
available to individuals, not business entities); (2) you find a
new lawyer to represent you; or (3) the Court gives us permission
to stop our work. During this time we are required to use
reasonable efforts to protect your legal rights and preserve the
current status as much as possible. Because we are required to
do this, you agree to pay us under the terms of this agreement
until we are allowed to stop.

If you want us to stop working on your case, you must send
us an e-mail, a fax or a letter which tells us to stop.

If we want to stop working on your case, we will let you
know in writing as soon as possible so that you can find a new
lawyer.



David Lee
March 25, 2019
Page 11

---

## The Attorney Client Privilege

If the client is a partnership, corporation, LLC or some other form of business entity in a bankruptcy case and if a trustee is appointed, the trustee, acting as new "management", is the holder of the attorney client privilege.  The Trustee is entitled to see our entire file.

## Potential Conflicts of Interest

It is important for you to know that I have been a bankruptcy lawyer for many years.  During that time, I have developed professional and personal relationships with many others who are also involved in bankruptcy law.  I have had cases where I have represented some of these people including trustees who either are, or may become involved in your case.  I have also opposed many of these same people in other cases.

If I believed that my relationship with any of these people might be expected to have a negative impact on my ability to be your lawyer, I would not have agreed to be your lawyer. If that issue comes up during your case, I will let you know and we can decide what to do next. It is possible that I may have to withdraw and you may have to find another lawyer.

You should also know that in many cases, these relationships can actually help me handle your case.  They might even help me handle your case at a lower cost.

Unless we have talked about any specific situation, I am not now aware of any influences which may have a negative impact on my ability to be your lawyer.

## Guaranties

We do NOT guaranty the outcome of any legal matter – doing so is a violation of professional ethics rules.  If you are in a legal dispute it is because everyone involved believes that he or she is right and will "win".  We guaranty only to act diligently and use our best efforts to present your case.  Please call the office if you want a status report on your case.

We do not charge you based on success.  This means that if

**LAW OFFICES OF**
**DAVID A. TILEM**
A DEBT RELIEF AGENCY

David Lee
March 25, 2019
Page 12

---

you succeed, we do not take a percentage of what you may receive.
It also means that if you do not succeed, we are still entitled
to be paid.

## Fee Estimates

For hourly rate cases we cannot control what work needs to
be done.  Accordingly, fee estimates are <u>ESTIMATES</u>.  They are not
caps, limits or guarantees.

## Other Professionals

We may recommend that you talk to an accountant, attorney
with a different specialty or some other professional.  We may
even give you names and contact information. We make referrals
only to people we believe are fully capable of doing the work,
but we do not guaranty their work.  You must make your own
decision to hire people we may recommend.  We strongly recommend
that you speak with at least 3 people before making a decision.

## Your Legal File

Your legal file is YOUR legal file.  It belongs to YOU.
When our work is over, we want to return your file to you.  We
recommend strongly that you keep it for at least five (5) years,
but longer is better.  We have the right to keep your file for a
brief and reasonable period of time to make copies (at our own
expense) for our own use.  We will contact you when your file is
available to be picked up.  If you want us to send the file to
you, we will charge you a reasonable shipping fee which must be
received before the file is shipped.

If you do not pick up your file and you do not send us a
shipping fee within 30 days after being asked to do so, you agree
that we may scan the file and destroy the hard copy.  We will
scan ONLY those documents which are not publicly available - such
as memos, letters, notes, wills, trust instruments or promissory
notes.  Publicly available documents (such as documents filed
with a Court or recorded instruments), may not be scanned or
retained and will be destroyed.

**LAW OFFICES OF**
**DAVID A. TILEM**
**A DEBT RELIEF AGENCY**

David Lee
March 25, 2019
Page 13

## Independent Counsel

This agreement is long and complicated. You have the right to discuss this agreement with another independent attorney before signing it, and we recommend that you do so. If you need more time, please let us know. It is very important that you understand this agreement, but please understand that your case may have deadlines and delay may trigger overtime billing rates.

## Insurance

Pursuant to California Rule of Professional Conduct, Rule 3-410, please be advised that we do NOT carry professional liability insurance and have not done so for more than 10 years.

## Digital Signatures

Digital (fax or scanned) signatures on this agreement are as valid as original signatures.

## Intent Provision

This agreement and the legal services to be provided, are intended to comply with all Rules of Professional Conduct and any other laws or regulations which apply to the practice of law. To the extent possible, this agreement should be interpreted in that manner.

## Complete Agreement

Including any attachment or addenda, this is our full and complete agreement. Neither of us has relied on any other promises or statements. Any changes must be in writing and signed by both of us.

## VIII.   CONCLUSION

We have tried to avoid technical terms and to keep this agreement as understandable as possible, but you may still have questions. Please ask all of your questions before signing it. Make sure you have a clear understanding about the background facts, the work you want us to do, your goals and objectives, and

**0033**


LAW OFFICES OF
DAVID A. TILEM
A DEBT RELIEF AGENCY

David Lee
March 25, 2019
Page 14

_____

about how fees and costs are charged.  All of these are important
to making sure that you get the best possible result in your
legal matter.

   We look forward to working with you.

                                 Very truly yours,


                                 David A. Tilem


                    CLIENT STATEMENT

   I have read this letter and I understand what it says.  The
background information is correct.  I understand that I may
discuss this letter with another attorney before signing it. I
have gotten answers to my questions and I want to hire the Law
Offices of David A. Tilem under the terms and conditions
discussed in this letter.

Date: March 25, 2019

                    David Lee

**0034**

<u>ADDENDUM FOR CHAPTER 11 CASES</u>

For people filing Chapter 11 cases, we have to modify our
standard retainer agreement.  Here are the modifications.

1.   <u>Retainers</u>

     We have requested a retainer or "down-payment" for the work
to be done on your behalf.  This is not the full amount to be
paid.  The retainer will be deposited in our Client Trust Account
and used to pay for legal fees and costs as those fees and costs
are incurred.

2.   <u>When and How Legal, Accounting and Other Professional Fees
     are Due and Paid</u>:

     The bankruptcy laws say that once a case is filed, you are
not permitted to pay any lawyer or accountant unless: (1) that
person is an "employee" of the debtor – on the debtor's regular
payroll, or (2) the Court has authorized the payment in advance.
This is why most bankruptcy lawyers and accountants request a
significant retainer (a big up-front payment) before they start
work.

     You were asked to pay, and have paid this type of retainer.
It is almost certain that the retainer will <u>not</u> be enough to pay
for all of the work which needs to be done for your Chapter 11
case.  Once the retainer is completely used, the Firm will begin
to accrue an unpaid balance due.  Before any unpaid balance due
can be paid, the Court must determine that the proposed fee is
reasonable and acceptable.  This can be done from time to time
during the case, but MUST be done at the end of the case.

     While we are not permitted to take money from you to "pay"
your legal bill, we can ask you to escrow or set aside funds for
this purpose.  We urge you to do this, and doing so is important
for many reasons.  First, it makes for a better working
relationship between you and your lawyer (the Firm), accountant
or other professional.  Second, it can be used as "proof" to the
Court and your creditors that you are able to make payments to
creditors once your professionals are paid.  Third, bankruptcy
laws require you to pay your attorneys, accountants and other
professionals immediately after the Plan is approved and the
Court has reviewed and approved fee requests.  The law also
permits a Plan to require you prove that you have the funds to
make these payments as a condition of approving your Plan.  You
may be asked to deliver the required funds to the Firm as a
deposit while your Plan is being approved and the fee approval
process is ongoing.  If you have deposited more than is approved
by the Court, any extra will be refunded to you.

**0035**

If a large balance has built up and you cannot pay it, this is a serious problem and could cause your entire Chapter 11 case to collapse. Although the law requires you to pay legal, accounting and other professional fees shortly after the Plan is approved, the Firm may, in its sole discretion, be willing to give you more time to pay those fees which are owed to the Firm. Again, the Firm is NOT required to give you more time, and this is NOT a promise that the Firm is willing to do so in your individual case. It will depend on the situation at that time.

If the Firm is willing to give you more time to pay the approved amount, the Firm will ask you to agree to certain terms and conditions which the Firm believes are appropriate for your situation. These may include, but not limited to, some or all of the following:

     a.   The payment of interest at the California State law legal rate which is currently ten (10%) percent per year from the time the amount owed is due until it is fully paid;

     b.   Granting a security interest in your real property (home or other land or buildings) under the terms of a standard Deed of Trust such that if the agreed payments are not made, your property may be sold at auction to pay the outstanding balance due;

     c.   Granting a security interest in personal property such as vehicles, jewelry, inventory or other types of personal property such that if the agreed payments are not made, your property may be sold to pay the outstanding balance due – this may include requiring you to physically deliver the property to the Firm to hold until the outstanding balance is paid;

     d.   Your agreement to reverse the Order approving your Chapter 11 Plan so that the Court can consider how to proceed, including a possible conversion of your case to Chapter 7 liquidation;

     e.   Giving real or personal property to the Firm for a credit in an amount to be agreed at that time; or

     f.   Your agreement to pay any and all legal fees or costs which the Firm may generate or pay to others to help the Firm collect the outstanding balance due.

Whatever agreement we reach will be included in your Chapter 11 Plan.

We do NOT want this to happen, and neither do you. Please

**0036**

help us to help you avoid this problem  You will receive a
monthly bill from our office.  Send funds to the office, or set
them aside so that when the Court decides the appropriate fee,
you have funds on hand to pay that amount.  If you cannot pay the
full amount, send or set-aside what you can and try to make up
the difference.  You are also allowed to set up a reserve fund
just in case a bill in a later month is more than you might
expect.

3.   <u>Past Due Accounts</u>

   B. <u>Interest</u>

   Section V.B of the retainer letter regarding Interest is
modified in Chapter 11 cases.  Interest begins to accrue only
after the Court has approved our legal fees and costs, and
permits payment.

   D. <u>Attorneys' Lien</u>

   This provision is not applicable in Chapter 11 cases.

4.   <u>Fee Disputes and Other Disputes Between Us</u>

   The Bankruptcy Court generally resolves any disputes between
us.  For that reason, Section VI of the retainer letter only
applies to clients in Chapter 11 cases if the Bankruptcy Court
declines or refuses to act.

5.   <u>Miscellaneous Items</u>

   <u>Outsourcing</u>

   We do not out-source to anyone if we believe that person
does, could or may have a conflict of interest with you or any of
your creditors.  Bankruptcy laws and rules require that your
counsel be as free as possible from any actual or potential
conflicts.

   <u>When Our Work Begins</u>

   Prior to the filing of your Chapter 11 case, we represent
you.  We must be paid IN FULL for that per-filing work before the
Chapter 11 case is actually filed.  Once the case is filed, and
subject to Court approval, we work for the "debtor-in-
possession".  That is you in your role as a fiduciary for
creditors of your bankruptcy estate.

**0037**

<u>When Our Work Ends</u>

In addition to what is contained in the Retainer letter, in Chapter 11 cases our work also ends when you are no longer a debtor-in-possession. This could happen if: the Court appoints a Chapter 11 Trustee; the case is dismissed; the case is converted to Chapter 7 or on the "Effective Date" of your approved Chapter 11 plan. If you want to hire us to continue representing you after one of these events, we will need a new retainer agreement and, most likely, a new retainer.

6.   <u>Other Information We Want You to Have about Chapter 11 Cases</u>

<u>Chapter 11 Outcomes</u>

Once a Chapter 11 case is filed, there are only 3 possible outcomes. The first is that the case could be dismissed. The second is that the case will be converted into a Chapter 7 liquidation case. The third is that someone (the Debtor or a creditor) proposes a reorganization plan which is approved by the Court. The Court will decide whether to dismiss a case or convert it to Chapter 7 for a number of reasons. The Court could conclude that the case was not properly filed, that the Debtor has not acted in good faith or that the Debtor is not following the rules of Chapter 11. The Court could decide that the Debtor is not making adequate progress towards a reorganization plan. The Court could also decide that getting a plan approved is impossible or that doing so is pointless. These are examples of reasons why the Court might convert or dismiss a case.

<u>Cash Collateral</u>

The bankruptcy law includes a rule which prohibits a debtor from using any money which may be part of a secured creditor's collateral. This type of money is called "cash collateral". Cash collateral may be rent from property which has a mortgage with certain language in it. It may include money from the sale of inventory if the inventory secures a debt to the supplier or a bank and the paperwork has certain language in it. This may include any money in the debtor's possession if the debtor is facing a tax lien. The rule is strictly enforced by the Court. Any unauthorized use of this restricted money could cause the case to be dismissed or converted to Chapter 7. If you think you have cash collateral in your case, please discuss this with the lawyer BEFORE you use the funds.

There are two (and only two) ways to get permission to use cash collateral. First is if the Court approves that use. This requires your lawyers to file papers with the Court and request permission to use the cash collateral. Second is if the other

**0038**

party involved, a lender or a tax agency, agrees to let you use the money. But even that type of agreement requires approval by the Court. In an emergency situation (which happens at the beginning of every case), the Court can and will consider a request to use cash collateral within 3 or 4 business days after being asked.

## Office of the United States Trustee

The United States Department of Justice has an office which supervises the status of bankruptcy cases - including Chapter 11 cases. This office is called the Office of the United States Trustee. Each Chapter 11 case is assigned to a team which includes a lawyer, a paralegal and an accountant. Their job is to make sure that the case is moving along at a fair speed and that the debtor is acting appropriately in managing the case.

This office requires all debtors to provide certain information within 7 days after a case is filed. We will provide you with that list. If you have any questions about items on the list, please call the office to discuss them.

This office also requires debtors to provide specialized monthly financial reports. You can prepare them yourself or you can have your accountant prepare them, but our experience leads us to recommend someone who has prepared these reports for years and knows how to prepare them on a cost effective basis. If the reports are not prepared and filed when they are due, or if the reports contain serious mistakes, this could cause the Office of the United States Trustee to ask the Court to dismiss the case, convert the case to Chapter 7 or appoint a professional bankruptcy trustee to take over the management of the case. We want to avoid these motions because the money is better spent in other ways.

## Operating Your Business

Except for the cash collateral rules (see above), the bankruptcy laws generally allow you to continue to operate or manage your business in the normal way. You can continue to do those things which you "normally" do on a regular daily or even monthly basis. Things you do regularly are called "ordinary course" transactions. You do NOT need court approval to do ordinary course transactions.

On the other hand, if you want to do something unusual or extraordinary, this type of transaction does require ADVANCED court approval. We generally need about 30 days to get this approval. Some examples of things not done on a regular basis include relocating the business, buying a large piece of

equipment which is expected to last for months or years, settling legal disputes.  In an emergency, this can be done more quickly, but it means additional legal fees, so we recommend that you think and plan ahead.

<u>The Automatic Stay - Bankruptcy Protection</u>

One of the fundamental benefits of a bankruptcy filing is the law which freezes creditors from taking action against you. This is generally known as the "automatic stay".  It is quite effective, but does not apply in EVERY situation.  Let us know if you suspect that a creditor is violating this rule.

Also, if a creditor is violating this rule, we need to have proof or "evidence" to show the Court.  The Court will not take action unless you can prove that the rule has been violated. Keep text messages, phone messages, emails and other evidence to show that the rule is being ignored or broken.

7.    <u>Conclusion</u>

Chapter 11 is not easy - that is why you are hiring an experienced attorney.  Make sure you ask questions, but at the same time, remember that you pay for your attorney's time by the hour.  Try not to ask the same question more than once - and take notes.

We want to make your case a success - but this is YOUR case, not the attorney's case.  Please help us to help you - follow the rules and ask questions if you are not sure about something.

**"EXHIBIT 3"**

Exhibit 3

<u>Associate Attorneys (continued)</u>
Patrick M. Hunter                    $325.00

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING DEBTOR IN POSSESSION TO EMPLOY GENERAL BANKRUPTCY COUNSEL [11 U.S.C. § 327(a), LBR 2014-1];  AND TO FILE INTERIM FEE APPLICATIONS USING LBR 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/27/2019_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 03/27/2019_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert Kwan: United States Bankruptcy Court, 255 E. Temple Street, Suite 1682, Los Angeles, CA 90012

David Lee: 840 Dunsmuir Ave., Los Angeles, CA 90036

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.


☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


| 03/27/2019 | Malissa Murguia | /s/Malissa Murguia |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |


This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                    Page 9              **F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL**
0043

**ECF Service:**

- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Todd S Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Nichole Glowin**   nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- **Renee E Sanders**   reneesandlaw@gmail.com, opmanago@omanago.com
- **Valerie Smith**   claims@recoverycorp.com
- **Edward A Treder**   cdcaecf@bdfgroup.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**   hatty.yip@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                     **F 9013-3.1.PROOF SERVICE**

GREEN TREE MORTGAGE LOAN TRUST 1 / BNYS BANK
Wright, Finlay & Zak, LLP
c/o Nichole L. Glowin
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660-1811


AMER ASSIST ar solutions inc
PO Box 26095
Columbus OH 43226-0095

Aldridge Pite, LLP
5375 Jutland Dr Ste 200
San Diego CA 92101

BSI Financial Services
314 S Franklin St Fl 2
Titusville PA 16354-2168


COMENITY-Total Rewards Visa
PO Box 659450
San Antonio, TX 78265-9450

COMENITY-TotalRewards Visa
PO Box 659450
San Antonio, TX 78265-9450

COMENTTY-Total Rewards Visa
PO Box 659450
San Antonio, TX 78265-9450


Chase
PO Box 901076
Ft Worth TX 76101-2076

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025
8 43054-3025


Discover Card
PO Box 51908
Los Angeles, CA  90051-6208

Discover it Miles Card
PO Box  51908
Los Angeles, CA 90051-6208

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952


First National Bank
PO Box 2557
Omaha, NE  68103-2557

Franchise Tax Board
PO Box 942840
Sacramento, CA 94240-0001

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-1191
Phoenix AZ 85038-9505

L A  DWP
111 N. Hope St
Los Angeles, CA 90012-2607

LA County Treasurer and Tax Collector
PO Box 54110
Los Angeles, CA  90054-0110


LOANCARE A Service link Company
PO Box 8068
Virginia Beach, VA 23450-8068

LOS ANGELES COUNTY TREASURER & TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


Law Offices of Baruch C. Cohen
4929 Wilshire Blvd Ste 940
Los Angeles CA 90010-3889

Mercury Payments Services LLC
Card Services
PO Box 70168
Philadelphia PA 19176-0168

ORBITZ
PO Box 659450
San Antonio TX 78265-9450


Pacific Private Money Inc
1555 Grant Ave
Novato CA 94945-3120

Pentagon Federal Credit Union
9494 Miramar Rd
San Diego, CA      92126-4417

(p)PENTAGON FEDERAL CREDIT UNION
ATTN BANKRUPTCY DEPARTMENT
P O BOX 1432
ALEXANDRIA VA 22313-1432

**0045**

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788


Synchrony Bank
Amazon Store Card
170 W Election Rd Ste 125
Draper UT 84020-6425

Synchrony Bank
PRA Receivables Management LLC
PO BOX 41021
Norfolk VA 23541-1021

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021


Target REDcard
PO Box 5332
Sioux Falls, SD 57117-5332

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U S BANK Home Mortgage
4601 Frederica St
Owensboro, KY 42301-7439


U S BANK Home Mortgage
4601 Frederica St
Owensboro, KY 42301-7439
Virgin America
PO Box 659450
San Antonio, TX 78265-9450

Virgin America
PO BOX 659450
San Antonio TX 78265-9450


YCCS LLC
a Hawaiian Limited Liability Co.
c/o Baruch C Cohen Esq
4929 Wilshire Blvd #940
Los Angeles, CA 90010-3889

David Lee
840 Dunsmuir Avenue
Los Angeles, CA 90036-4732

Renee E Sanders
Law Offices of Renee Estelle Sanders
3450 Wilshire Blvd Ste 1214
Los Angeles, CA 90010-2208

**0046**

**"EXHIBIT 2"**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David A. Tilem<br>Law Offices of David A. Tilem<br>206 N. Jackson St., #201<br>Glendale, CA 91206<br>Tel: 888-257-7648    818-507-6000<br>Fax: 818-507-6000<br>davidtilem@tilemlaw.com | **FILED & ENTERED**<br><br>**MAY 01 2019**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bakchell  DEPUTY CLERK |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br><br>David Lee<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-10119-RK<br><br>CHAPTER: 11<br><br>**ORDER RE MOTION IN INDIVIDUAL CHAPTER 11 CASE TO AUTHORIZE DEBTOR-IN-POSSESSION TO EMPLOY GENERAL COUNSEL**<br><br>**[11 U.S.C. § 327, LBR 2014-1]**<br><hr>☐ **No Hearing: LBR 9013-1(o)(3)**<br>☒ **Hearing Information:**<br>DATE: 04/30/2019<br>TIME: 2:30 p.m.<br>COURTROOM: 1675<br>ADDRESS: 255 E. Temple Street<br>           Los Angeles, CA 90012 |

1.  The court has considered the Notice of Motion and Motion In Individual Chapter 11 Case for Order Authorizing Debtor-in-Possession to Employ General Counsel and File Interim Fee Applications using procedure in LBR 9013-1(o).

2.  The Motion was:        ☐ Opposed        ☒ Unopposed        ☐ Settled by stipulation

3.  Based upon the motion and supporting documents, and the findings and conclusions made at the hearing if a hearing was held, IT IS ORDERED THAT:

    a.  ☒  The Motion is granted pursuant to 11 U.S.C. § 327 and the Debtor-in-Possession is authorized to employ: <u>The Law Offices of David A. Tilem</u> (General Counsel) effective on (*date*) <u>3/26/2019</u>.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

b.   General Counsel will seek compensation pursuant to 11 U.S.C. ☐ § 328 or ☒ § 330

c.   ☐   The Motion is denied.

4.   ☒   Notwithstanding 11 U.S.C. § 331, General Counsel may file interim fee applications in this case 120 days apart;

5.   ☒   General Counsel may use the procedures set forth in LBR 9013-1(o) regarding Notice of Opportunity to Request Hearing when requesting approval of interim fee applications in this case; and

6.   ☐   Other (*specify*):

###

Date: May 1, 2019

_____
Robert Kwan
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                    Page 2                    F 2081-2.5.ORDER.EMPLOY.GEN.COUNSEL
0049

**"EXHIBIT 3"**

Attorney or Professional Name, Address, Telephone and FAX

David A. Tilem (SBN 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
     Fax:(818) 507-6800
DavidTilem@TilemLaw.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

David Lee

                                Debtor

Chapter 11 Case Number
**2:19-bk-10119-RK**

**Professional Fee Statement**

Number: **1**
Month of: March 2019

| | |
|---|---|
| 1.  Name of Professional: | Law Offices of David A. Tilem |
| 2.  Date of entry of order approving employment of the professional: | Pending |
| 3.  Total amount of pre-petition payments received by the professional: | $ |
| 4.  Less: Total amount of pre-petition services rendered and expenses: | -$ |
| 5.  Balance of funds remaining on date of filing of petition: | $ 10,000 |
| 6.  Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | -$ |
| 7.  Less: Total amount of services and expenses this reporting period: | -$4,135.00 |
| 8.  Balance of funds remaining for next reporting period: | $5,865.00 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED
DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE.  A COPY OF THE
DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST.  FEES
AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE
UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED
ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9.  Total number of pages attached hereto: 16 | |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: 4/4/19

David A.Tilem,

Type Name of Professional

Type Name of Attorney for Professional (if applicable)

Signature of Professional

Signature of Attorney for Professional (if applicable)

Attorney or Professional Name, Address, Telephone and FAX

David A. Tilem (SBN 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
       Fax:(818) 507-6800
DavidTilem@TilemLaw.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

David Lee

Debtor

Chapter 11 Case Number

**2:19-bk-10119-RK**

**Professional Fee Statement**

Number:  **1**
Month of:  March 2019

| | |
|---|---|
| 1. Name of Professional: | Law Offices of David A. Tilem |
| 2. Date of entry of order approving employment of the professional: | May 1, 2019 |
| 3. Total amount of pre-petition payments received by the professional: | $ |
| 4. Less: Total amount of pre-petition services rendered and expenses: | -$ |
| 5. Balance of funds remaining on date of filing of petition: | $ 10,000 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | -$ |
| 7. Less: Total amount of services and expenses this reporting period: | -$4,135.00 |
| 8. Balance of funds remaining for next reporting period: | $5,865.00 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE.  A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9. Total number of pages attached hereto: 14 | |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: 5/2/19

David A.Tilem,

Type Name of Professional

Type Name of Attorney for Professional (if applicable)

Signature of Professional

Signature of Attorney for Professional (if applicable)

Attorney or Professional Name, Address, Telephone and FAX

David A. Tilem (SBN 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
      Fax:(818) 507-6800
DavidTilem@TilemLaw.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

David Lee

Debtor

Chapter 11 Case Number
**2:19-bk-10119-RK**

**Professional Fee Statement**

Number:  **2**
Month of:  April 2019

| | |
|---|---|
| 1. Name of Professional: | Law Offices of David A. Tilem |
| 2. Date of entry of order approving employment of the professional: | May 1, 2019 |
| 3. Total amount of pre-petition payments received by the professional: | $ |
| 4. Less: Total amount of pre-petition services rendered and expenses: | -$ |
| 5. Balance of funds remaining on date of filing of petition: Additional $15,000 received during April as agreed | $ 25,000 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | -$4,135.00 |
| 7. Less: Total amount of services and expenses this reporting period: | -$8,802.70 |
| 8. Balance of funds remaining for next reporting period: | $12,062.30 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

9. Total number of pages attached hereto: 17

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.
Dated: 5/2/19
David A.Tilem,

Type Name of Professional

Signature of Professional

Type Name of Attorney for Professional (if applicable)

Signature of Attorney for Professional (if applicable)

Attorney or Professional Name, Address, Telephone and FAX

David A. Tilem (SBN 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
      Fax:(818) 507-6800
DavidTilem@TilemLaw.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

David Lee

Debtor

Chapter 11 Case Number
**2:19-bk-10119-RK**

**Professional Fee Statement**

Number: **3**
Month of: May 2019

| | |
|---|---|
| 1. Name of Professional: | Law Offices of David A. Tilem |
| 2. Date of entry of order approving employment of the professional: | May 1, 2019 |
| 3. Total amount of pre-petition payments received by the professional: | $ |
| 4. Less: Total amount of pre-petition services rendered and expenses: | -$ |
| 5. Balance of funds remaining on date of filing of petition: Additional $15,000 received during April as agreed | $ 25,000 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | -12,937.70 |
| 7. Less: Total amount of services and expenses this reporting period: | -$11,270.45 |
| 8. Balance of funds remaining for next reporting period: | $791.85 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| 9. Total number of pages attached hereto: 28 | |
|---|---|

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.
Dated: 6/6/19

David A.Tilem,

Type Name of Professional

Type Name of Attorney for Professional (if applicable)

Signature of Professional

Signature of Attorney for Professional (if applicable)

Revised February 2002          PROFESSIONAL FEE STATEMENT (Page 1 of 2)          USTLA-6

**0054**

Attorney or Professional Name, Address, Telephone and FAX

David A. Tilem (SBN 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
        Fax:(818) 507-6800
DavidTilem@TilemLaw.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

David Lee

Debtor

Chapter 11 Case Number
**2:19-bk-10119-RK**

**Professional Fee Statement**

Number: **4**
Month of: June 2019

| | |
|---|---|
| 1. Name of Professional: | Law Offices of David A. Tilem |
| 2. Date of entry of order approving employment of the professional: | May 1, 2019 |
| 3. Total amount of pre-petition payments received by the professional: | $ |
| 4. Less: Total amount of pre-petition services rendered and expenses: | -$ |
| 5. Balance of funds remaining on date of filing of petition: Additional $15,000 received during April as agreed | $ 25,000 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | -24,208.15 |
| 7. Less: Total amount of services and expenses this reporting period: | -$8,033.15 |
| 8. Balance of funds remaining for next reporting period: | $ (7,241.30) |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED
DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE
DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES
AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE
UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED
ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9. Total number of pages attached hereto: 27 | |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.
Dated: 8/7/19

David A.Tilem,

Type Name of Professional

Signature of Professional

Type Name of Attorney for Professional (if applicable)

Signature of Attorney for Professional (if applicable)

**"EXHIBIT 4"**

# LAW OFFICES OF
## DAVID A. TILEM
**206 N.  JACKSON STREET, SUITE  201**
**GLENDALE, CA 91206**
**TELEPHONE: (818) 507-6000**
**FACSIMILE: (818) 507-6800**

OCTOBER 1, 2019

David Lee                                                     OUR FILE:  03062
DLCPAS@gmail.com

SUMMARY OF ACCOUNT

_____

NEW CHARGES PER ATTACHED STATEMENT(S)

| Matter | Balance Forward | Payments & Credits | Total New Charges | Balance Due |
|---|---|---|---|---|
| 01-A-General | 0.00 | 6,624.90 | 7,139.90 | 515.00 |
| 01-B-Firm Employment & Compensation | 0.00 | 1,437.95 | 1,937.75 | 499.80 |
| 01-C-United States Trustee Matters | 0.00 | 2,303.66 | 3,300.00 | 996.34 |
| 01-F-Creditor Claims | 0.00 | 4,705.03 | 5,649.75 | 944.72 |
| 01-G-Other Prof Employ & Comp | 0.00 | 1,108.96 | 3,895.00 | 2,786.04 |
| 01-I-Cash Collateral Matters | 0.00 | 2,100.00 | 2,100.00 | 0.00 |
| 01-K-Borrowing | 0.00 | 905.91 | 6,450.00 | 5,544.09 |
| 01-L01-Car - Relief Fom Stay | 0.00 | 136.03 | 2,015.00 | 1,878.97 |
| 01-L02-Dunsmuir Relief From Stay Motion | 0.00 | 0.00 | 4,330.00 | 4,330.00 |
| 01-L03-Vista Terrace Relief from Stay Motion | 0.00 | 0.00 | 3,770.00 | 3,770.00 |
| 01-L04-Avalon | 0.00 | 0.00 | 3,515.00 | 3,515.00 |
| 01-M-Property of the Estate | 0.00 | 4,280.67 | 9,254.44 | 4,973.77 |
| 01-P-Outside Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 01-T-Plan and Disclosure Statement | 0.00 | 1,396.89 | 2,160.00 | 763.11 |
| TOTAL | 0.00 | 25,000.00 | 55,516.84 | 30,516.84 |

_____

**0057**

| TOTAL BALANCE DUE | $ 30,516.84 |
| --- | --- |

# LAW OFFICES OF

**DAVID A. TILEM**
**206 N.  JACKSON STREET, SUITE  201**
**GLENDALE, CA 91206**
**TELEPHONE: (818) 507-6000**
**FACSIMILE: (818) 507-6800**

OCTOBER 1, 2019

DAVID LEE                                                         OUR FILE:  03062.01-A
DLCPAS@GMAIL.COM

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019

RE:    GENERAL

PREVIOUS BALANCE DUE                                            $    0.00

PROFESSIONAL SERVICES

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 03/21/19 | DAT | INITIAL CALL WITH CLIENT REGARDING CASE BACKGROUND.  (1646) | 0.70 | 600 | 420.00 |
| 03/26/19 | DAT | START TO REVIEW DOCKET AND STATUS OF CASE. (0820) | 0.30 | 600 | 180.00 |
| 03/26/19 | DAT | TELEPHONE CALL FROM CLIENT REGARDING SCHEDULES AND OTHER URGENT WORK.  (0845) | 0.30 | 600 | 180.00 |
| 03/26/19 | DAT | OPEN NEW FILES FOR THIS CLIENT.  (1055) NO CHARGE | 0.20 | | N/C |
| 03/28/19 | DAT | REVIEW STATUS OF CASE AND E-MAIL TO CLIENT REGARDING STATUS OF CASE. (0752) | 0.20 | 600 | 120.00 |
| 03/29/19 | DAT | REVIEW CORRECTIONS TO SCHEDULES PROVIDED BY CLIENT. (1407) | 0.40 | 600 | 240.00 |
| 03/29/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING PREPARATION OF SCHEDULES.  (1506) | 0.30 | 600 | 180.00 |
| 03/29/19 | DLC | PREPARE SCHEDULES. | 1.40 | 150 | 210.00 |
| 04/02/19 | JJF | E-MAIL TO CLIENT REGARDING AMENDED SCHEDULES. | 0.10 | 150 | 15.00 |
| 04/03/19 | DAT | CASE STATUS CONFERENCE. (1116) | 0.40 | 600 | 240.00 |
| 04/03/19 | DAT | TELEPHONE CALL TO CLIENT REGARDING AMENDING SCHEDULES.  (1250) | 1.50 | 600 | 900.00 |

**0059**

PAGE TWO
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-A

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/04/19 | JJF | CONFER WITH ATTORNEY TILEM REGARDING UDPATES TO AMENDED SCHEDULES. | 0.40 | 150 | 60.00 |
| 04/05/19 | DAT | CONFER WITH PARALEGAL CHAU REGARDING REVISIONS REQUIRED TO SCHEDULES PER REVIEW OF E-MAIL FROM CLIENT. (0924) | 0.30 | 600 | 180.00 |
| 04/05/19 | DLC | REVISE AND PREPARE SCHEDULES. | 1.00 | 150 | 150.00 |
| 04/05/19 | DLC | REVIEW AND REVISE AMENDED SCHEDULES. | 0.70 | 150 | 105.00 |
| 04/08/19 | DAT | E-MAIL TO CLIENT REGARDING PREPARATION OF STATUS CONFERENCE REPORT.  (1545) | 0.10 | 600 | 60.00 |
| 04/08/19 | DAT | TELEPHONE CALL TO CLIENT REGARDING CASE BACKGROUND.  (1743) | 0.30 | 600 | 180.00 |
| 04/08/19 | DAT | PREPARE DRAFT OF STATUS REPORT AND FORWARD TO CLIENT FOR APPROVAL. (1937) | 0.90 | 600 | 540.00 |
| 04/09/19 | DAT | REVIEW AND REVISE STATUS REPORT AND FORWARD TO CLIENT FOR REVIEW. (0922) | 0.20 | 600 | 120.00 |
| 04/09/19 | DAT | REVIEW PROPOSED CHANGES TO STATEMENT OF FINANCIAL AFFAIRS PROVIDED BY CLIENT AND FOWARD TO PARALEGAL FIDELSON WITH COMMENTS. (1116) | 0.20 | 600 | 120.00 |
| 04/10/19 | JJF | E-MAIL TO CLIENT REGARDING AMENDED STATEMENT OF FINANCIAL AFFAIRS. | 0.10 | 150 | 15.00 |
| 04/12/19 | DAT | REVIEW NOTICE OF DISSOLUTION OF DPE INVESTMENTS, INC. FORWARDED BY CLIENT.  REPLY WITH INSTRUCTIONS TO CLIENT ABOUT TRANSFERRING REAL PROPERTY AND INSTRUCTIONS TO PARALEGAL ABOUT AMENDING SCHEDULES, PREPARATION OF REAL PROPERTY QUESTIONNAIRE AND MORE. (1350) | 0.20 | 600 | 120.00 |
| 04/28/19 | DAT | REVIEW AND REVISE STATUS REPORT AND ISSUE INSTRUCTIONS TO PARALEGALS REGARDING SAME.  (1206) | 0.30 | 600 | 180.00 |
| 04/30/19 | MLM | EMAIL TO CLIENT FOLLOWING UP REGARDING EXHIBIT NEEDED FOR STATUS CONFERENCE REPORT. | 0.20 | 200 | 40.00 |
| 05/01/19 | DAT | TELEPHONE CALL TO CLIENT REGARDING CASH FLOW BUDGET PROVIDED BY CLIENT | 0.20 | 600 | 120.00 |

**0060**

PAGE THREE
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-A

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | FOR STATUS REPORT.  (0952) | | | |
| 05/01/19 | DAT | REVIEW AND REVISE CASH FLOW PROJECTION BEFORE AND AFTER CALLING CLIENT FOR CLARIFICATION OF CERTAIN ENTRIES.  (1001) | 0.60 | 600 | 360.00 |
| 05/01/19 | DAT | REVIEW AND REVISE STATUS CONFERENCE REPORT.  (1132) | 0.20 | 600 | 120.00 |
| 05/01/19 | DAT | COMPLETE STATUS REPORT.  (1136) | 0.20 | 600 | 120.00 |
| 05/07/19 | DAT | REVIEW AND SIGN STATUS CONFERENCE REPORT.  CONFER WITH PARALEGAL FIDELSON REGARDING FILING SAME.  (1629) | 0.10 | 600 | 60.00 |
| 05/09/19 | DAT | E-MAIL TO CLIENT REGARDING STATUS OF CASE. (0827) | 0.10 | 600 | 60.00 |
| 05/09/19 | DAT | E-MAIL TO CLIENT REGARDING VARIOUS ISSUES INCLUDING LAST CONVERSATION WITH COUNSEL FOR AZTEC FINANCIAL, EMPLOYMENT OF APPRAISER AND OTHER TOPICS.  (1034) | 0.10 | 600 | 60.00 |
| 05/15/19 | DAT | STATUS CONFERENCE.  (1125) | 0.50 | 600 | 300.00 |
| 05/15/19 | DAT | MEMO TO FILE REGARDING STATUS CONFERENCE. (1130) | 0.10 | 600 | 60.00 |
| 05/28/19 | DAT | E-MAIL TO CLIENT WITH LIST OF THINGS TO BE DONE.  (1905) | 0.20 | 600 | 120.00 |
| 06/03/19 | DAT | TELEPHONE CALL TO CLIENT REGARDING VARIOUS ISSUES INCLUDING MOTIONS TO UPSTREAM REAL PROPERTY, EMPLOYMENT OF PROFESSIONALS, RELOCATION, AND OTHER ISSUES. | 0.30 | 600 | 180.00 |
| 06/04/19 | DAT | E-MAIL TO CLIENT REGARDING STATUS OF CASE.  (1226) | 0.10 | 600 | 60.00 |
| 06/04/19 | DAT | TELEPHONE CALL FROM CLIENT REVIEWING ALL CURRENTLY OUTSTANDING ISSUES IN CHAPTER 11 CASE.  (1412) | 0.40 | 600 | 240.00 |
| 08/02/19 | DAT | REVIEW FILE FOR STATUS OF VARIOUS LOANS.  MEMO TO FILE REGARDING SAME.  (1041) | 0.20 | 600 | 120.00 |
| 08/02/19 | DAT | TELEPHONE CALL TO ATTORNEY LOFTUS REGARDING 3 LOANS AND PROPOSED PLAN TREATMENT STIPS.  (1046) | 0.10 | 600 | 60.00 |
| 09/11/19 | DAT | STATUS CONFERENCE.  (1112) | 0.30 | 600 | 180.00 |
| 09/24/19 | DAT | TELEPHONE CALL TO CLIENT REGARDING STATUS OF CASE AND MOVING FORWARD ON REFINANCING FOR VARIOUS | 0.20 | 600 | 120.00 |

**0061**

PAGE FOUR
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-A

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| | | PROPERTIES.  (1155) | | | |

SUMMARY OF SERVICES

| | | | | | | |
|------|-----|----------------------|-----------|---------|-----|----------|
| DLC | DIANA CHAU | | 3.10 hrs | @ 150.00 | $ | 465.00 |
| JJF | JOAN J. FIDELSON | | 0.60 hrs | @ 150.00 | $ | 90.00 |
| MLM | MALISSA L. MURGUIA | | 0.20 hrs | @ 200.00 | $ | 40.00 |
| DAT | DAVID A. TILEM | | 10.50 hrs | @ 600.00 | $ | 6,300.00 |
| DAT | DAVID A. TILEM | | 0.20 hrs | @ 0.00 | | N/C |

|  | | | |
|---|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | 14.40 | $  6,895.00 |

COSTS AND DISBURSEMENTS

| 04/03/19 | CC | COURTCALL FEE FOR STATUS CONFERENCE.  INV. 9706336. | 35.00 |
|----------|-----|----------------------------------------------------|-------|
| 04/05/19 | FF | FILING FEE FOR AMENDED SCHEDULES. | 31.00 |
| 04/05/19 | PG | POSTAGE FOR AMENDED SCHEDULES. | 13.50 |
| 04/05/19 | CP | COPIES OF AMENDED SCHEDULES. | 39.60 |
| 05/02/19 | CP | COPIES OF STATUS REPORT. | 31.00 |
| 05/02/19 | PG | POSTAGE FOR STATUS REPORT. | 24.80 |
| 05/17/19 | CC | COURTCALL INVOICE 9797761.  HEARING 20190515. | 35.00 |
| 09/12/19 | CC | COURTCALL FOR HEARING 9/11/19 (INVOICE 10045235). | 35.00 |

|  | |
|---|---|
| TOTAL COSTS AND DISBURSEMENTS | $   244.90 |

TOTAL NEW CHARGES                                                                    $ 7,139.90

PAYMENTS AND CREDITS

| 05/14/19 | RETAINER TRANSFER TO PAY MATTER 01-A BALANCE DUE PER BILLING STATEMENT. | 4,674.10CR |
|----------|------------------------------------------------------------------------|------------|
| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-A BALANCE DUE PER BILLING STATEMENT. | 1,950.80CR |

|  | |
|---|---|
| TOTAL PAYMENTS AND CREDITS | $  6,624.90CR |

**0062**

PAGE FIVE
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-A

---

SUMMARY OF ACCOUNT

| | |
|---|---:|
| BALANCE FORWARD | $    0.00 |
| TOTAL NEW CHARGES | 7,139.90 |
| PAYMENTS AND CREDITS | 6,624.90CR |

| | |
|---|---:|
| **TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT **** | **$   515.00** |

RETAINER

| | |
|---|---:|
| RETAINER BALANCE FORWARD | $    0.00 |

| | | |
|---|---|---:|
| 03/19/19 | WIRE TRANSFER FROM DAVID LEE - WELLS FARGO BANK | 10,000.00 |
| 04/27/19 | CASHIER'S CHECK FROM DAVID LEE, CHECK NO. 1271501596 DATED 04/27/19. | 15,000.00 |
| 05/14/19 | RETAINER TRANSFER TO PAY MATTER 01-A BALANCE DUE PER BILLING STATEMENT. | -4,674.10 |
| 05/14/19 | RETAINER TRANSFER TO PAY MATTER 01-B BALANCE DUE PER BILLING STATEMENT. | -1,217.55 |
| 05/14/19 | RETAINER TRANSFER TO PAY MATTER 01-C BALANCE DUE PER BILLING STATEMENT. | -1,680.00 |
| 05/14/19 | RETAINER TRANSFER TO PAY MATTER 01-F BALANCE DUE PER BILLING STATEMENT. | -1,440.00 |
| 05/14/19 | RETAINER TRANSFER TO PAY MATTER 01-I BALANCE DUE PER BILLING STATEMENT. | -1,980.00 |
| 05/14/19 | RETAINER TRANSFER TO PAY MATTER 01-M BALANCE DUE PER BILLING STATEMENT. | -1,286.05 |
| 05/14/19 | RETAINER TRANSFER TO PAY MATTER 01-T BALANCE DUE PER BILLING STATEMENT. | -660.00 |
| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-A BALANCE DUE PER BILLING STATEMENT. | -1,950.80 |
| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-B BALANCE DUE PER BILLING STATEMENT. | -207.30 |
| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-C BALANCE DUE PER BILLING STATEMENT. | -600.00 |
| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-F BALANCE DUE PER BILLING STATEMENT. | -3,240.00 |
| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-G BALANCE DUE PER BILLING STATEMENT. | -960.00 |
| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-I BALANCE DUE PER BILLING STATEMENT. | -120.00 |
| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-K BALANCE DUE PER BILLING STATEMENT. | -900.00 |
| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-M BALANCE DUE PER BILLING STATEMENT. | -2,632.35 |

**0063**

PAGE SIX
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-A

| | | |
|---|---|---:|
| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-T BALANCE DUE PER BILLING STATEMENT. | -660.00 |
| 08/30/19 | DAVID LEE, CHECK NO. 120 DATED 8/30/19. | 8,033.15 |
| 09/17/19 | RETAINER TRANSFER TO PAY MATTER 01-B BALANCE DUE PER BILLING STATEMENT. | -13.10 |
| 09/17/19 | RETAINER TRANSFER TO PAY MATTER 01-C BALANCE DUE PER BILLING STATEMENT. | -23.66 |
| 09/17/19 | RETAINER TRANSFER TO PAY MATTER 01-F BALANCE DUE PER BILLING STATEMENT. | -25.03 |
| 09/17/19 | RETAINER TRANSFER TO PAY MATTER 01-G BALANCE DUE PER BILLING STATEMENT. | -148.96 |
| 09/17/19 | RETAINER TRANSFER TO PAY MATTER 01-K BALANCE DUE PER BILLING STATEMENT. | -5.91 |
| 09/17/19 | RETAINER TRANSFER TO PAY MATTER 01-L01 BALANCE DUE PER BILLING STATEMENT. | -136.03 |
| 09/17/19 | RETAINER TRANSFER TO PAY MATTER 01-M BALANCE DUE PER BILLING STATEMENT. | -362.27 |
| 09/17/19 | RETAINER TRANSFER TO PAY MATTER 01-T BALANCE DUE PER BILLING STATEMENT. | -76.89 |

RETAINER ACCOUNT BALANCE                                          $  8,033.15

**0064**

# LAW OFFICES OF
## DAVID A. TILEM
### 206 N.  JACKSON STREET, SUITE  201
### GLENDALE, CA 91206
### TELEPHONE: (818) 507-6000
### FACSIMILE: (818) 507-6800

OCTOBER 1, 2019

DAVID LEE                                                    OUR FILE:  03062.01-B
DLCPAS@GMAIL.COM

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019

RE:    FIRM EMPLOYMENT & COMPENSATION

PREVIOUS BALANCE DUE                                                    $    0.00

PROFESSIONAL SERVICES

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 03/22/19 | DAT | PREPARATION OF RETAINER LETTER.  (1253) NO CHARGE | 0.50 | | N/C |
| 03/26/19 | DAT | REVIEW MOTION TO EMPLOY COUNSEL. (1141) | 0.20 | 600 | 120.00 |
| 03/26/19 | DAT | REVIEW STATEMENT OF DISINTERESTEDNESS AND SUBSTITUTION OF ATTORNEYS.  (1144) | 0.10 | 600 | 60.00 |
| 03/26/19 | DAT | E-MAIL TO CLIENT REGARDING SUBSTITUTION OF ATTORNEYS. | 0.10 | 600 | 60.00 |
| 03/26/19 | DAT | E-MAIL TO ATTORNEY SANDERS REGARDING SUBSTITUTION OF ATTORNEYS. | 0.10 | 600 | 60.00 |
| 03/26/19 | DAT | TELEPHONE CALL TO ATTORNEY SANDERS REGARDING SUBSTITUTION OF ATTORNEYS.  (1228) | 0.20 | 600 | 120.00 |
| 03/26/19 | DAT | REVIEW AND RESPOND TO EMAIL FROM CLIENT REGARDING EMPLOYMENT DOCUMENTS AND SUBSTITUTION OF ATTORNEY.  (1350) | 0.10 | 600 | 60.00 |
| 03/26/19 | DAT | RECEIVE EMAIL WITH SIGNATURE FOR SUBSTITUTION OF ATTORNEYS FROM PRIOR COUNSEL.  ADD SIGNATURE AND FORWARD TO PARALEGAL FIDELSON FOR | 0.10 | 600 | 60.00 |

**0065**

PAGE TWO
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-B

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| | | PROCESSING.  (1619) | | | |
| 03/26/19 | MLM | PREPARE MOTION TO EMPLOY AND STATEMENT OF DISINTERESTEDNESS. | 0.40 | 200 | 80.00 |
| 03/26/19 | MLM | PREAPRE SUBSTITUTION OF ATTORNEY. | 0.20 | 200 | 40.00 |
| 03/26/19 | MLM | EMAIL TO CLIENT REGARDING MOTION TO EMPLOY AND SUBSTITUTION OF ATTORNEY FOR SIGNATURE. | 0.20 | 200 | 40.00 |
| 03/27/19 | DAT | REVIEW AND SIGN STATEMENT OF DISINTERESTEDNESS AND EMPLOYMENT MOTION.  (1000) | 0.10 | 600 | 60.00 |
| 03/28/19 | DAT | TELEPHONE CALL FROM COURT CLERK REGARDING HEARING ON EMPLOYMENT MOTION NEEDS TO BE RE-SET.  ADVISE PARALEGAL ACCORDINGLY.  (1221) | 0.20 | 600 | 120.00 |
| 03/28/19 | MLM | PREPARE AMENDED NOTICE OF MOTION REGARDING FIRM EMPLOYMENT MOTION. | 0.20 | 200 | 40.00 |
| 04/04/19 | DAT | REVIEW AND SIGN PROFESSIONAL FEE STATEMENT 1.  (0923) | 0.10 | 600 | 60.00 |
| 04/04/19 | MLM | PREPARE PROFESSIONAL FEE STATMENT NO. 1. | 0.20 | 200 | 40.00 |
| 04/30/19 | MLM | PREPARE ORDER GRANTING OUR MOTION TO EMPLOY. | 0.20 | 200 | 40.00 |
| 05/02/19 | DAT | REVIEW AND APPROVE PROF. FEE STMT FOR MARCH, 2019.  (1011) | 0.10 | 600 | 60.00 |
| 05/02/19 | DAT | REVIEW AND APPROVE PROF. FEE STMT FOR APRIL, 2019.  (1105) | 0.10 | 600 | 60.00 |
| 05/02/19 | JJF | PREPARE PROFESSIONAL FEE STATEMENT #1. | 0.20 | 150 | 30.00 |
| 05/02/19 | JJF | PREPARE PROFESSIONAL FEE STATEMENT #2. | 0.10 | 150 | 15.00 |
| 06/06/19 | DAT | REVIEW PROFESSIONAL FEE STATEMENT AND APPROVE FOR FILING AND SERVICE.  (10123) | 0.10 | 600 | 60.00 |
| 06/06/19 | MLM | PREPARE PROFESSIOANAL FEE STATEMENT NO. 3. | 0.20 | 200 | 40.00 |
| 08/07/19 | MLM | PREPARE PROFESSIONAL FEE STATEMENT NO. 4 | 0.20 | 200 | 40.00 |
| 09/18/19 | MLM | START PREPARING INTERIM FEE APPLICATION. | 1.20 | 200 | 240.00 |
| 09/24/19 | MLM | FINISH PREPARING INTERIM FEE APPLICATION. | 0.50 | 200 | 100.00 |

**0066**

PAGE THREE
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-B

### SUMMARY OF SERVICES

| | | | | |
|---|---|---|---|---|
| JJF | JOAN J. FIDELSON | 0.30 hrs @ 150.00 | $ | 45.00 |
| MLM | MALISSA L. MURGUIA | 3.50 hrs @ 200.00 | $ | 700.00 |
| DAT | DAVID A. TILEM | 0.50 hrs @ 0.00 | | N/C |
| DAT | DAVID A. TILEM | 1.60 hrs @ 600.00 | $ | 960.00 |

|  | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | 5.40 | $ 1,705.00 |

### COSTS AND DISBURSEMENTS

| | | | |
|---|---|---|---|
| 03/27/19 | CP | COPIES OF MOTION TO EMPLOY. | 49.80 |
| 03/27/19 | PG | POSTAGE FOR MOTION TO EMPLOY. | 35.80 |
| 03/28/19 | CP | COPIES OF AMENDED NOTICE OF MOTION REGARDING FIRM EMPLOYMENT MOTION. | 17.80 |
| 03/28/19 | PG | POSTAGE FOR AMENDED NOTICE OF MOTION REGARDING FIRM EMPLOYMENT MOTION. | 21.60 |
| 04/04/19 | CP | COPIES OF PROFESSIONAL FEE STATMENT NO. 1. | 11.60 |
| 04/04/19 | PG | POSTAGE FOR PROFESSIONAL FEE STATMENT NO. 1. | 20.95 |
| 05/02/19 | CP | COPIES OF PROFESSIONAL FEE STATEMENT 94.001 & 94.002. | 18.80 |
| 05/02/19 | PG | POSTAGE FOR PROFESSIONAL FEE STATEMENT 0.001 & 0.002. | 23.50 |
| 06/06/19 | CP | COPIES OF PROFESSIONAL FEE STATEMENT NO. 3. | 9.40 |
| 06/06/19 | PG | POSTAGE FOR PROFESSIONAL FEE STATEMENT NO. 3. | 23.50 |

| | |
|---|---|
| TOTAL COSTS AND DISBURSEMENTS | $  232.75 |

| | |
|---|---|
| TOTAL NEW CHARGES | $ 1,937.75 |

### PAYMENTS AND CREDITS

| | | |
|---|---|---|
| 05/14/19 | RETAINER TRANSFER TO PAY MATTER 01-B BALANCE DUE PER BILLING STATEMENT. | 1,217.55CR |
| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-B BALANCE DUE PER BILLING STATEMENT. | 207.30CR |
| 09/17/19 | RETAINER TRANSFER TO PAY MATTER 01-B BALANCE DUE PER BILLING STATEMENT. | 13.10CR |

| | |
|---|---|
| TOTAL PAYMENTS AND CREDITS | $ 1,437.95CR |

PAGE FOUR
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-B

---

SUMMARY OF ACCOUNT

| | |
|---|---:|
| BALANCE FORWARD | $     0.00 |
| TOTAL NEW CHARGES | 1,937.75 |
| PAYMENTS AND CREDITS | 1,437.95CR |

| | |
|---|---:|
| TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT ** | $   499.80 |

**0068**

# LAW OFFICES OF
**DAVID A. TILEM**
**206 N.  JACKSON STREET, SUITE  201**
**GLENDALE, CA 91206**
**TELEPHONE: (818) 507-6000**
**FACSIMILE: (818) 507-6800**

OCTOBER 1, 2019

DAVID LEE
DLCPAS@GMAIL.COM

OUR FILE:  03062.01-C

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019

RE:   UNITED STATES TRUSTEE MATTERS

---

PREVIOUS BALANCE DUE $   0.00

---

PROFESSIONAL SERVICES

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 03/26/19 | DAT | E-MAIL TO OFFICE OF THE UNITED STATES TRUSTEE REGARDING ANTICIPATED SUBSTITUTION INTO THE CASE.  (0907) | 0.10 | 600 | 60.00 |
| 03/26/19 | DAT | TELEPHONE CALL TO MONTHLY OPERATING REPORT PREPARER REGARDING STATUS OF CASE. (0925) | 0.10 | 600 | 60.00 |
| 03/26/19 | DAT | E-MAIL TO OFFICE OF THE UNITED STATES TRUSTEE REPRESENTATIVES REGARDING SUBSTITUTION INTO CASE.  (1203) | 0.10 | 600 | 60.00 |
| 03/26/19 | DAT | TELEPHONE CALL TO OFFICE OF THE UNITED STATES TRUSTEE ATTORNEY HATTY YIP REGARDING STATUS OF CASE. (1757) | 0.30 | 600 | 180.00 |
| 03/26/19 | DAT | E-MAIL TO CLIENT REGARDING TELEPHONE CALL TO ATTORNEY YIP. (1721) | 0.20 | 600 | 120.00 |
| 04/19/19 | DAT | CONFERENCE CALL WITH CLIENT AND MONTHLY OPERATING REPORT PREPARER REGARDING AMENDING MONTHLY OPERATING REPORTS.  (1800) | 0.90 | 600 | 540.00 |
| 04/22/19 | DAT | EXCHANGE MESSAGES WITH MONTHLY OPERATING REPORT PREPARER REGARDING MONTHLY OPERATING REPORT TREATMENT OF FIRST DAY | 0.10 | 600 | 60.00 |

**0069**

PAGE TWO
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-C

_____

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| | | DISBURSEMENTS.  (1043) | | | |
| 04/25/19 | DAT | REVIEW AND RESPOND TO EMAIL FROM MONTHLY OPERATING REPORT PREPARER WITH RESPONSES TO QUESTIONNAIRE FOR MARCH MONTHLY OPERATING REPORT. (1746) | 0.20 | 600 | 120.00 |
| 04/30/19 | DAT | REVIEW AMENDED MONTHLY OPERATING REPORTS FOR JANUARY AND FEBRUARY. (1200) | 0.30 | 600 | 180.00 |
| 04/30/19 | DAT | CONFER WITH MONTHLY OPERATING REPORT PREPARER REGARDING MARCH 2019 MONTHLY OPERATING REPORT E-MAIL TO CLIENT REGARDING ISSUES GOING FORWARD.  (1512) | 0.50 | 600 | 300.00 |
| 05/02/19 | DAT | REVIEW AND RESPOND TO EMAIL FROM ATTORNEY YIP REGARDING PRE-PETITION BANK ACCOUNTS STILL OPEN.  (1434) | 0.10 | 600 | 60.00 |
| 05/03/19 | DAT | REVIEW AND RESPOND TO EMAIL FROM HATTY YIP REGARDING CLOSING PRE-PETITION ACCOUNTS.  (1208) | 0.10 | 600 | 60.00 |
| 05/07/19 | DAT | REVIEW AND RESPOND TO EMAIL FROM ATTORNEY YIP REGARDING PRE-PETITION ACCOUNT.  (1359) | 0.10 | 600 | 60.00 |
| 05/30/19 | DAT | REVIEW AND RESPOND TO EMAIL FROM GARY BADDIN REGARDING APRIL MONTHLY OPERATING REPORT. (0948) | 0.10 | 600 | 60.00 |
| 05/30/19 | DAT | REVIEW MONTHLY BILLING FOR APRIL AND ASSIST IN PREPARATION OF QUESTIONNAIRE FOR APRIL MONTHLY OPERATING REPORT.  (1025) | 0.30 | 600 | 180.00 |
| 05/30/19 | DAT | REVIEW APRIL MONTHLY OPERATING REPORT AND PROVIDE COMMENTS TO CLIENT AND MONTHLY OPERATING REPORT PREPARER.  (1259) | 0.20 | 600 | 120.00 |
| 05/30/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING BANK ACCOUNT INFORMATION RELATED TO MONTHLY OPERATING REPORTS.  (1351) | 0.10 | 600 | 60.00 |
| 06/07/19 | DAT | REVIEW AND RESPOND TO EMAIL FROM MONTHLY OPERATING REPORT PREPARER REGARDING MONTHLY QUESTIONNAIRE FOR MONTHLY OPERATING REPORT. (1256) | 0.20 | 600 | 120.00 |
| 06/11/19 | DAT | REVIEW MONTHLY OPERATING REPORT FOR FILING.  (1138) | 0.20 | 600 | 120.00 |

**0070**

PAGE THREE
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE: 03062.01-C

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 07/12/19 | DAT | PREPARATION OF QUESTIONNAIRE RESPONSES FOR JUNE MONTHLY OPERATING REPORT. (1326) | 0.20 | 600 | 120.00 |
| 07/16/19 | DAT | REVIEW MONTHLY OPERATING REPORT FOR JUNE, 2019. (1333) | 0.20 | 600 | 120.00 |
| 08/28/19 | DAT | REVIEW AND RESPOND TO EMAIL FROM MONTHLY OPERATING REPORT PREPARER TO PROVIDE RESPONSES TO MONTHLY OPERATING REPORT QUESTIONNAIRE FOR JULY. (1354) | 0.20 | 600 | 120.00 |
| 08/30/19 | DAT | TELEPHONE CALL FROM CLIENT REGARDING JULY MONTHLY OPERATING REPORT AND OTHER ISSUES RELATED TO ONE OF THE RELIEF FROM STAY MATTERS. (1335)  NO CHARGE | 0.10 | | N/C |
| 08/30/19 | DAT | REVIEW AND RESPOND TO EMAIL FROM MONTHLY OPERATING REPORT PREPARER REGARDING JULY MONTHLY OPERATING REPORT. (1557) | 0.10 | 600 | 60.00 |
| 09/27/19 | DAT | REVIEW AND RESPOND TO EMAIL FROM GARY BADDIN REGARDING STATUS OF MONTHLY OPERATING REPORT FOR AUGUST. (0956) | 0.10 | 600 | 60.00 |
| 09/27/19 | DAT | REVIEW AND RESPOND TO EMAIL FROM MONTHLY OPERATING REPORT PREPARER REGARDING PREPARATION OF AUGUST MONTHLY OPERATING REPORT. (1346) | 0.20 | 600 | 120.00 |
| 09/27/19 | DAT | REVIEW AND RESPOND TO EMAIL FROM GARY BADDIN REGARDING INSURANCE AND FORWARD TO CLIENT AND MONTHLY OPERATING REPORT PREPARER FOR FOLLOW UP. (1350) | 0.10 | 600 | 60.00 |
| 09/30/19 | DAT | REVIEW MONTHLY OPERATING REPORT FOR AUG 2019. (0922) | 0.20 | 600 | 120.00 |

SUMMARY OF SERVICES

| | | | | |
|---|---|---|---|---|
| DAT | DAVID A. TILEM | 5.50 hrs | @ 600.00 | $  3,300.00 |
| DAT | DAVID A. TILEM | 0.10 hrs | @ 0.00 | N/C |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | 5.50 | $ 3,300.00 |

**0071**

PAGE FOUR
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-C

---

| | |
|---|---|
| COSTS AND DISBURSEMENTS | $    0.00 |

---

| | |
|---|---|
| TOTAL NEW CHARGES | $ 3,300.00 |

---

PAYMENTS AND CREDITS

| | | |
|---|---|---|
| 05/14/19 | RETAINER TRANSFER TO PAY MATTER 01-C BALANCE DUE PER BILLING STATEMENT. | 1,680.00CR |
| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-C BALANCE DUE PER BILLING STATEMENT. | 600.00CR |
| 09/17/19 | RETAINER TRANSFER TO PAY MATTER 01-C BALANCE DUE PER BILLING STATEMENT. | 23.66CR |
| | TOTAL PAYMENTS AND CREDITS | $ 2,303.66CR |

---

SUMMARY OF ACCOUNT

| | |
|---|---|
| BALANCE FORWARD | $    0.00 |
| TOTAL NEW CHARGES | 3,300.00 |
| PAYMENTS AND CREDITS | 2,303.66CR |
| TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT ** | $   996.34 |

**0072**

**LAW OFFICES OF**
**DAVID A. TILEM**
**206 N.  JACKSON STREET, SUITE  201**
**GLENDALE, CA 91206**
**TELEPHONE: (818) 507-6000**
**FACSIMILE: (818) 507-6800**

OCTOBER 1, 2019

DAVID LEE                                                    OUR FILE:  03062.01-F
DLCPAS@GMAIL.COM

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019

RE:    <u>CREDITOR CLAIMS</u>

---

PREVIOUS BALANCE DUE                                                    $    0.00

---

PROFESSIONAL SERVICES

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 03/29/19 | DAT | REVIEW FEDERAL TAX TRANSCRIPTS AND SEND E-MAIL TO CLIENT REGARDING FILING 2016, 2017 RETURNS ASAP.  (1325) | 0.20 | 600 | 120.00 |
| 04/09/19 | DAT | SENT EMAILS TO 3 ATTORNEYS WHO FILED REQUESTS FOR NOTICE AND LEFT VOICEMAIL FOR ANOTHER TRYING TO IDENTIFY WHICH ATTORNEYS BELONG TO WHICH CREDITORS.  (1750) | 0.20 | 600 | 120.00 |
| 04/10/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM ATTORNEY GLOWIN REGARDING IDENTITY OF HER CLIENT.  (0820) | 0.10 | 600 | 60.00 |
| 04/10/19 | DAT | TELEPHONE CALL TO ATTORNEY GLOWIN REGARDING USE OF CASH COLLATERAL AND POSSIBLE PLAN TREATMENT STIPULATION.  (0928) | 0.20 | 600 | 120.00 |
| 04/10/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM ATTORNEY GARAN REGARDING IDENTITY OF CLIENT.  (0951) | 0.10 | 600 | 60.00 |
| 04/10/19 | DAT | E-MAIL TO ATTORNEY TREDER REQUESTING NAMES OF CLIENTS.  (1232) | 0.20 | 600 | 120.00 |
| 04/10/19 | DAT | REVIEW LOAN DOCUMENTS RELATED TO RESIDENCE 2ND MORTGAGE.  (1308) | 0.20 | 600 | 120.00 |
| 04/10/19 | DAT | TELEPHONE CALL TO NEW LOAN SERVICER | 0.20 | 600 | 120.00 |

**0073**

PAGE TWO
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-F

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| | | REGARDING LOAN PAYMENT AMOUNT. REQUIRED TO SEND LETTER REGARDING REPRESENTATION.  ADVISED CLIENT ACCORDINGLY.  (1459) | | | |
| 04/10/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING RESIDENCE 2ND MORTGAGE. | 0.10 | 600 | 60.00 |
| 04/11/19 | DAT | REVIEW INTERNAL REVENUE SERVICE PROOF OF CLAIM AND FORWARD TO CLIENT WITH COMMENTS.  (0836) | 0.20 | 600 | 120.00 |
| 04/11/19 | DAT | START TO REVIEW FILED CLAIMS.  (0857) | 0.40 | 600 | 240.00 |
| 04/11/19 | DAT | E-MAIL TO CLIENT REGARDING HOME MORTGAGE PROOF OF CLAIM AND STATUS OF LOAN.  (0904) | 0.10 | 600 | 60.00 |
| 04/11/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING HOME MORTGAGE LENDER.  (1247) | 0.10 | 600 | 60.00 |
| 04/22/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT'S FORMER ATTORNEY REGARDING RESCHEDULED FORECLOSURE SALE. FORWARD TO CLIENT WITH NOTE.  (1241) | 0.10 | 600 | 60.00 |
| 05/02/19 | DAT | TELEPHONE CALL TO ATTORNEY COHEN (2ND DEED OF TRUST ON RESIDENCE) ABOUT POSSIBLE PLAN TREATMENT STIPULATION. (1051) | 0.10 | 600 | 60.00 |
| 05/02/19 | DAT | E-MAIL TO CLIENT REGARDING EFFORTS TO REACH OUT TO ATTORNEY FOR SECOND MORTGAGE HOLDER ON RESIDENCE.  (1151) | 0.10 | 600 | 60.00 |
| 05/07/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM ATTORNEY BARUCH COHEN (RESIDENCE - 2ND MORTGAGE).  (1517) | 0.20 | 600 | 120.00 |
| 05/07/19 | DAT | E-MAIL TO CLIENT REGARDING NEGOTIATIONS WITH HOLDER OF SECOND MORTGAGE ON RESIDENCE.  (1525) | 0.20 | 600 | 120.00 |
| 05/09/19 | DAT | MEMO TO FILE REGARDING TELEPHONE CALL FROM ATTORNEY ESTLE REGARDING AVALON REAL PROPERTY AND AZTEC FINANCIAL LOAN.  (1024) | 0.10 | 600 | 60.00 |
| 05/10/19 | DAT | CONFERENCE CALL WITH CLIENT AND RESIDENCE MORTGAGE REPRESENTATIVES TO GET INFORMATION ABOUT STATUS OF MORTGAGE. (0853) | 0.60 | 600 | 360.00 |
| 05/10/19 | DAT | TELEPHONE CALL TO ATTORNEY FERRY REGARDING ADEQUATE PROTECTION | 0.20 | 600 | 120.00 |

**0074**

PAGE THREE
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-F

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| | | ORDER AND PLAN TREATMENT STIPULATION   VOICEMAIL. (0903) | | | |
| 05/10/19 | DAT | TELEPHONE CALL TO ATTORNEY RICHEY REGARDING 120TH ST REAL PROPERTY MORTGAGE.  VOICEMAIL. (0907) | 0.10 | 600 | 60.00 |
| 05/10/19 | DAT | TELEPHONE CALL TO ATTORNEY GLOWIN REGARDING CASH COLLATERAL, ADEQUATE PROTECTION ORDER AND PLAN TREATMENT STIPULATION FOR REAL PROPERTY AT GRAPE ST.  (0916) | 0.00 | | 0.00 |
| 05/10/19 | DAT | MEMO TO FILE REGARDING EFFORTS TO REACH LENDERS.  (0919) | 0.10 | 600 | 60.00 |
| 05/10/19 | DAT | PREPARATION OF EMAILS TO COUNSEL FOR 3 LENDERS REQUESTING CALL BACKS TO ARRANGE FOR USE OF CASH COLLATERAL, ADEQUATE PROTECTION ORDERS AND PLAN TREATMENT STIPULATIONS.  (0929) | 0.20 | 600 | 120.00 |
| 05/10/19 | DAT | REVIEW LOAN DOCUMENTS RELATED TO AVALON LOAN. (0942) | 0.10 | 600 | 60.00 |
| 05/10/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM ATTORNEY FOR 120TH ST. LENDER REGARDING ADEQUATE PROTECTION ORDER, CASH COLLATERAL USAGE AND PLAN TREATMENT STIPULATION. (1002) | 0.10 | 600 | 60.00 |
| 05/10/19 | DAT | TELEPHONE CALL TO ATTORNEY FOR 120TH ST. LENDER REGARDING ADEQUATE PROTECTION ORDER, CASH COLLATERAL USAGE AND PLAN TREATMENT STIPULATION.  (1018) | 0.30 | 600 | 180.00 |
| 05/10/19 | DAT | TELEPHONE CALL TO CLIENT REGARDING POSSIBLE SETTLEMENT WITH LENDER ON 120TH ST.  UNABLE TO REACH CLIENT, SUMMARIZED PROPOSED SETTLEMENT IN EMAIL.  (1032) | 0.20 | 600 | 120.00 |
| 05/10/19 | DAT | E-MAIL FROM CLIENT REGARDING ADEQUATE PROTECTION ORDER, CASH COLLATERAL, PLAN TREATMENT STIPULATION. E-MAIL TO ATTORNEY FOR LENDER WITH RELEVANT TERMS FOR HER TO DRAFT STIPULATION. (1137) | 0.10 | 600 | 60.00 |
| 05/15/19 | DAT | E-MAIL TO ATTORNEY COHEN REGARDING TREATMENT OF HIS CLIENT'S CLAIM.  (1145) | 0.20 | 600 | 120.00 |
| 05/15/19 | DAT | E-MAIL TO ATTORNEY RICHEY REGARDING ADEQUATE PROTECTION AND PLAN | 0.10 | 600 | 60.00 |

**0075**

PAGE FOUR
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-F

---

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| | | TREATMENT STIPULATION.  (1505) | | | |
| 05/15/19 | DAT | E-MAIL TO ATTORNEY GLOWIN REGARDING CASH COLLATERAL, ADEQUATE PROTECTION, PLAN TREATMENT STIPULATION.  (1527) | 0.10 | 600 | 60.00 |
| 05/15/19 | DAT | TELEPHONE CALL FROM ATTORNEY SCHLECTER REGARDING POSSIBLE CONFLICT OF INTEREST.  (1704) | 0.10 | 600 | 60.00 |
| 05/16/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM ATTORNEY GLOWIN REGARDING AGREEMENT ON ADEQUATE PROTECTION, CASH COLLATERAL AND PLAN TREATMENT.  (0836) | 0.20 | 600 | 120.00 |
| 05/16/19 | DAT | E-MAIL TO ATTORNEY SCHLECTER REGARDING POTENTIAL CONFLICT OF INTEREST.  (0906) | 0.10 | 600 | 60.00 |
| 05/17/19 | DAT | REVIEW AND REVISE STIPULATION PROPOSED BY ATTORNEY FOR LENDER ON 120TH ST. REAL PROPERTY.  (0935) | 1.30 | 600 | 780.00 |
| 05/17/19 | DAT | COMPLETE REVISIONS TO PROPOSED OMNIBUS STIPULATION (ADEQUATE PROTECTION, CASH COLLATERAL, PLAN TREATMENT).  (1116) | 0.20 | 600 | 120.00 |
| 05/22/19 | DAT | E-MAILS TO COUNSEL FOR 2 LENDERS REGARDING CASH COLLATERAL, ADEQUATE PROTECTION AND PLAN TREATMENT STIPS. (1851) | 0.10 | 600 | 60.00 |
| 05/31/19 | DAT | E-MAIL TO CLIENT REGARDING TELEPHONE CALL FROM ATTORNEY FOR AVALON LENDER. (1120) | 0.20 | 600 | 120.00 |
| 05/31/19 | DAT | EXCHANGE EMAILS WITH CLIENT ABOUT CREDITOR INSPECTION OF AVALON REAL PROPERTY.  (1636) | 0.10 | 600 | 60.00 |
| 06/07/19 | DAT | TELEPHONE CALL FROM ATTORNEY RICHEY REGARDING STATUS OF STIPULATION TO RESOLVE CASH COLLATERAL, ADEQUATE PROTECTION, PLAN TREATMENT.  (1223) | 0.10 | 600 | 60.00 |
| 06/07/19 | DAT | E-MAIL TO CLIENT REGARDING TELEPHONE CALL FROM ATTORNEY FOR LENDER ON 120TH ST. REAL PROPERTY. (1225) | 0.10 | 600 | 60.00 |
| 06/26/19 | MLM | PREPARE CLAIMS BAR DATE MOTION. | 0.40 | 200 | 80.00 |
| 07/15/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING YCCS CLAIM.  (1057) | 0.10 | 600 | 60.00 |

**0076**

PAGE FIVE
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE: 03062.01-F

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 07/17/19 | MLM | PREPARE DECLARATION OF NON OPPOSITION REGARDING CLAIMS BAR DATE MOTION. | 0.20 | 200 | 40.00 |
| 07/17/19 | MLM | PREPARE ORDER GRANTING CLAIMS BAR DATE MOTION. | 0.20 | 200 | 40.00 |
| 07/22/19 | DAT | CONFER WITH PARALEGAL TO PREPARE ORDER ON MOTION TO SET CLAIMS BAR DATE. (1000) | 0.10 | 600 | 60.00 |
| 08/13/19 | DAT | REVIEW PROOF OF CLAIM FILED BY DWP AND FORWARD TO CLIENT WITH QUESTION. (0839) | 0.10 | 600 | 60.00 |
| 09/13/19 | DAT | E-MAIL TO CLIENT REGARDING OBJECTIONS TO CLAIMS. (1048) | 0.10 | 600 | 60.00 |
| 09/18/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM ATTORNEY GLOWIN REGARDING THE LOAN SECURED BY THE GRAPE STREET PROPERTY.  (1306) | 0.10 | 600 | 60.00 |
| 09/18/19 | DAT | TELEPHONE CALL TO ATTORNEY GLOWIN REGARDING EMAIL LOAN PROPOSAL. (1312) | 0.20 | 600 | 120.00 |
| 09/18/19 | DAT | REVIEW FILE TO ASCERTAIN RELATIONSHIPS BETWEEN THE PARTIES AND LAW FIRMS.  REVIEW LOAN TERMS AND SEND EMAIL TO ATTORNEYS IN BOTH LAW FIRMS REGARDING COUNTER-OFFER WHICH APPEARS IN EMAIL FROM ATTORNEY GLOWIN. (1353) | 0.30 | 600 | 180.00 |

SUMMARY OF SERVICES

| | | | | | |
|---|---|---|---|---|---|
| MLM | MALISSA L. MURGUIA | 0.80 hrs | @ 200.00 | $ | 160.00 |
| DAT | DAVID A. TILEM | 9.00 hrs | @ 600.00 | $ | 5,400.00 |
| DAT | DAVID A. TILEM | 0.00 hr | @ 0.00 | | N/C |

|  | TOTAL PROFESSIONAL SERVICES | 9.80 | $ 5,560.00 |
|---|---|---|---|

COSTS AND DISBURSEMENTS

| 06/27/19 | CP | COPIES OF CLAIMS BAR DATE MOTION. | 20.80 |
|----------|----|-----------------------------------|-------|
| 06/27/19 | PG | POSTAGE FOR CLAIMS BAR DATE MOTION AND BROKER EMPLOYMENT MOTION. | 33.10 |
| 07/22/19 | CP | COPIES OF NOTICE OF BAR DATE FOR FILING PROOFS OF | 11.20 |

**0077**

PAGE SIX
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-F

| DATE | | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 07/22/19 | PG | CLAIM IN A CHAPTER 11 CASE.<br>POSTAGE FOR NOTICE OF BAR DATE FOR FILING<br>PROOFS OF CLAIM IN A CHAPTER 11 CASE. | 24.65 |
| | | TOTAL COSTS AND DISBURSEMENTS | $    89.75 |

| | |
|---|---|
| TOTAL NEW CHARGES | $ 5,649.75 |

PAYMENTS AND CREDITS

| | | |
|------|-------------|--------|
| 05/14/19 | RETAINER TRANSFER TO PAY MATTER 01-F BALANCE DUE PER<br>BILLING STATEMENT. | 1,440.00CR |
| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-F BALANCE DUE PER<br>BILLING STATEMENT. | 3,240.00CR |
| 09/17/19 | RETAINER TRANSFER TO PAY MATTER 01-F BALANCE DUE PER<br>BILLING STATEMENT. | 25.03CR |
| | TOTAL PAYMENTS AND CREDITS | $ 4,705.03CR |

SUMMARY OF ACCOUNT

| | |
|---|---|
| BALANCE FORWARD | $    0.00 |
| TOTAL NEW CHARGES | 5,649.75 |
| PAYMENTS AND CREDITS | 4,705.03CR |
| TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT ** | $   944.72 |

**0078**

# LAW OFFICES OF
## DAVID A. TILEM
### 206 N.  JACKSON STREET, SUITE  201
### GLENDALE, CA 91206
### TELEPHONE: (818) 507-6000
### FACSIMILE: (818) 507-6800

OCTOBER 1, 2019

DAVID LEE                                                          OUR FILE:  03062.01-G
DLCPAS@GMAIL.COM

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019

RE:    OTHER PROF EMPLOY & COMP

---

PREVIOUS BALANCE DUE                                                    $    0.00

---

PROFESSIONAL SERVICES

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 05/11/19 | DAT | REVIEW DOCUMENTS PROVIDED BY CLIENT REGARDING EMPLOYMENT OF ACCOUNTANT.  (1943) | 0.10 | 600 | 60.00 |
| 05/17/19 | DAT | PREPARATION OF STIPULATION REGARDING CASH COLLATERAL, ADEQUATE PROTECTION, PLAN TREATMENT REGARDING GRAPE STREET REAL PROPERTY. (1723) | 0.70 | 600 | 420.00 |
| 05/24/19 | DAT | DOWNLOAD AND REVIEW RESUME INFORMATION FOR COMMERCIAL AND RESIDENTIAL APPRAISERS.  (0945) | 0.10 | 600 | 60.00 |
| 05/31/19 | DAT | E-MAIL TO PARALEGALS TO PREPARE EMPLOYMENT MOTION FOR RESIDENTIAL PROPERTY APPRAISER. (1324) | 0.10 | 600 | 60.00 |
| 05/31/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING EMPLOYMENT OF PROFESSIONALS AND MOTION TO RELOCATE.  (1343) | 0.30 | 600 | 180.00 |
| 05/31/19 | DAT | REVIEW REAL PROPERTY AGENT'S RESUME. (1535) | 0.10 | 600 | 60.00 |
| 05/31/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING STATEMENT OF DISINTERESTEDNESS.  (1553) | 0.20 | 600 | 120.00 |

**0079**

PAGE TWO
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-G

---

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/05/19 | DAT | REVIEW AND REVISE MOTION TO EMPLOY RESIDENTIAL PROPERTY APPRAISER.  (1025) | 0.20 | 600 | 120.00 |
| 06/05/19 | DAT | REVIEW AND REVISE MOTION TO EMPLOY COMMERCIAL REAL PROPERTY APPRAISER. (1711) | 0.20 | 600 | 120.00 |
| 06/05/19 | DAT | REVIEW AND REVISE MOTION TO EMPLOY RESIDENTIAL REAL PROPERTY APPRAISER. (1714) | 0.10 | 600 | 60.00 |
| 06/05/19 | MLM | PREPARE EMPLOYMENT MOTION FOR DALIDA SANFRANSCISO AS RESIDENTIAL REAL ESTATE APPRAISER. | 0.50 | 200 | 100.00 |
| 06/05/19 | MLM | EMAIL TO CLIENT REGARDING BROKER DALIDA SANFRANCISCO'S EMPLOYMENT MOTION FOR REVIEW AND SIGNATURE. | 0.20 | 200 | 40.00 |
| 06/05/19 | MLM | EMAIL TO BROKER DALIDA SANFRANCISCO HER DECLARATION AND STATMENT OF DISINTERESTEDNESS FOR SIGNATURE REGARDING EMPLOYMENT MOTION. | 0.20 | 200 | 40.00 |
| 06/05/19 | MLM | PREPARE MOTION TO EMPLOY JED WILTCHICK AS COMMERCIAL APPRAISER. | 0.50 | 200 | 100.00 |
| 06/06/19 | DAT | CONFER WITH PARALEGAL MURGUIA REGARDING LISTING AGREEMENT FOR BROKER DALIDA.  (1420) | 0.10 | 600 | 60.00 |
| 06/06/19 | DAT | E-MAIL TO CLIENT REGARDING INCOMPLETE LISTING AGREEMENT.  (0428) | 0.10 | 600 | 60.00 |
| 06/12/19 | MLM | START PREPARING MOTION TO EMPLOY BROKER ALEXIS HILTON. | 0.50 | 200 | 100.00 |
| 06/13/19 | MLM | FINISH PREPARING MOTION TO EMPLOY BROKER ALEXIS HILTON. | 0.20 | 200 | 40.00 |
| 06/18/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING EMPLOYMENT OF APPRAISER TO HELP WITH REAL PROPERTY TAX REASSESSMENT.  (1149)  NO CHARGE | 0.10 | | N/C |
| 06/18/19 | DAT | REVIEW AND REVISE MOTION TO EMPLOY THE RENTAL GIRL.  (1220) | 0.20 | 600 | 120.00 |
| 06/18/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING NEED TO HIRE APPRAISER REGARDING POSSIBLE REAL PROPERTY TAX ASSESSMENT.  (1233) | 0.10 | 600 | 60.00 |
| 06/25/19 | MLM | EMAIL ALEXIS HILTON EMPLOYMENT MOTION TO CLIENT FOR SIGNATURE. | 0.20 | 200 | 40.00 |
| 06/26/19 | DAT | E-MAIL TO CLIENT REGARDING SIGNATURES NEEDED TO FILE VARIOUS EMPLOYMENT MOTIONS.  (0841) | 0.10 | 600 | 60.00 |

PAGE THREE
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-G

---

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 06/26/19 | DAT | CONFER WITH PARALEGAL MURGUIA REGARDING STATUS OF CASE AND THE FILING OF VARIOUS EMPLOYMENT MOTIONS.  (0843) | 0.20 | 600 | 120.00 |
| 07/05/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING APPRAISAL ON RESIDENCE.  (1254) | 0.10 | 600 | 60.00 |
| 07/16/19 | MLM | PREPARE DECLARATION NON OPPOSITION REGARDING DALIDA SANFRANCISCO'S EMPLOYMENT MOTION AS APPRAISER TO THE ESTATE. | 0.20 | 200 | 40.00 |
| 07/16/19 | MLM | PREPARE ORDER GRANTING DALIDA SANFRANCISCO'S EMPLOYMENT MOTION AS APPRAISER TO THE ESTATE. | 0.20 | 200 | 40.00 |
| 07/16/19 | MLM | PREPARE DECLARATION OF NON OPPOSITION REGARDING JED WILTCHIK'S EMPLOYMENT MOTION AS APPRAISER TO THE ESTATE. | 0.20 | 200 | 40.00 |
| 07/16/19 | MLM | PREPARE ORDER GRANTING JED WILTCHIK'S EMPLOYMENT MOTION AS APPRAISER TO THE ESTATE. | 0.20 | 200 | 40.00 |
| 07/17/19 | MLM | PREPARE DECLARATION OF NON OPPOSITION REGARDING ALEXIS HILTON'S EMPLOYMENT MOTION AS BROKER. | 0.20 | 200 | 40.00 |
| 07/17/19 | MLM | PREPARE ORDER GRANTING ALEXIS HILTON'S EMPLOYMENT MOTION AS BROKER. | 0.20 | 200 | 40.00 |
| 07/18/19 | DAT | REVIEW FILE TO CONFIRM THAT PROPOSED ORDERS ARE LODGED.  E-MAIL TO CLIENT TO PREPARE HIM FOR ORDERS SO THAT APPRAISERS CAN START WORK ASAP.  (1138) | 0.10 | 600 | 60.00 |
| 07/20/19 | DAT | REVIEW COURT ORDERS AUTHORIZING EMPLOYMENT OF DALIDA AND WILTCHIK. E-MAIL TO CLIENT REGARDING SAME. (0905) | 0.20 | 600 | 120.00 |
| 07/20/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING MOTION TO EMPLOY LEASING AGENT AND MOTION TO RELOCATE.  (1307) | 0.10 | 600 | 60.00 |
| 07/25/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING EMPLOYMENT OF LOAN BROKER.  (1423) | 0.10 | 600 | 60.00 |
| 07/25/19 | DAT | E-MAIL TO LOAN BROKER REGARDING | 0.10 | 600 | 60.00 |

**0081**

PAGE FOUR
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-G

---

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| | | DOCUMENTS NEEDED FOR MOTION TO EMPLOY. (1513) | | | |
| 07/25/19 | DAT | REVIEW AND RESPOND TO EMAIL FROM LOAN BROKER AND FORWARD TO PARALEGAL FOR PREPARATION OF EMPLOYMENT MOTION.  (1539) | 0.10 | 600 | 60.00 |
| 07/25/19 | MLM | START PREPARING MOTION TO EMPLOY LOAN BROKER DANIEL RAUCH. | 0.50 | 200 | 100.00 |
| 07/26/19 | DAT | E-MAIL TO DANIEL RAUCH REQUESTING EMPLOYMENT AGREEMENT FOR USE IN MOTION TO EMPLOY.  (1426) | 0.10 | 600 | 60.00 |
| 07/31/19 | DAT | E-MAIL TO BROKER RAUCH REGARDING TERMS OF EMPLOYMENT.  (1315) | 0.10 | 600 | 60.00 |
| 07/31/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING LOAN BROKER FEES. (1555) | 0.10 | 600 | 60.00 |
| 07/31/19 | DAT | REVIEW AND REVISE MOTION TO EMPLOY LOAN BROKER RAUCH.  (1647) | 0.20 | 600 | 120.00 |
| 07/31/19 | MLM | FINISH PREPARING MOTION TO EMPLOY DANIEL RAUCH AS MORTGAGE BROKER. | 0.30 | 200 | 60.00 |
| 08/01/19 | DAT | REVIEW, APPROVE AND SIGN APPLICATION TO EMPLOY LOAN BROKER.  (1324) | 0.10 | 600 | 60.00 |
| 08/02/19 | DAT | CONFER WITH PARALEGAL CHAU REGARDING MOTION TO EMPLOY LOAN BROKER.  (1424) | 0.20 | 600 | 120.00 |

SUMMARY OF SERVICES

| | | | | |
|-----|---------------------|-------------------|-----|----------|
| MLM | MALISSA L. MURGUIA | 4.30 hrs  @ 200.00 | $ | 860.00 |
| DAT | DAVID A. TILEM | 4.50 hrs  @ 600.00 | $ | 2,700.00 |
| DAT | DAVID A. TILEM | 0.10 hrs  @ 0.00 | | N/C |

|  TOTAL PROFESSIONAL SERVICES | 8.80 | $ 3,560.00 |
|------------------------------|------|------------|

---

COSTS AND DISBURSEMENTS

| | | | |
|----------|-----|------------------------------------------------------------------------------------------------------------------------|-------|
| 06/26/19 | PG | POSTAGE FOR MOTIONS TO RELOCATE, DALIDA EMPLOYMENT MOTION AS AN APPRAISER AND WILTCHIK EMPLOYMENT MOTION AS AN APPRAISER. | 52.95 |
| 06/26/19 | CP | COPIES OF DALIDA EMPLOYMENT MOTION AS AN APPRAISER. | 72.80 |

**0082**

PAGE FIVE
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-G

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 06/26/19 | CP | COPIES OF WILTCHIK EMPLOYMENT MOTION AS AN APPRAISER. | 72.60 |
| 06/27/19 | CP | COPIES OF BROKER EMPLOYMENT MOTION. | 72.80 |
| 08/02/19 | CP | COPIES OF MOTION TO EMPLOY DANIEL RAUCH. | 38.40 |
| 08/02/19 | PG | POSTAGE FOR MOTION TO EMPLOY DANIEL RAUCH. | 25.45 |
| | | TOTAL COSTS AND DISBURSEMENTS | $   335.00 |

TOTAL NEW CHARGES                                                                    $ 3,895.00

PAYMENTS AND CREDITS

| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-G BALANCE DUE PER BILLING STATEMENT. | 960.00CR |
|---|---|---|
| 09/17/19 | RETAINER TRANSFER TO PAY MATTER 01-G BALANCE DUE PER BILLING STATEMENT. | 148.96CR |
| | TOTAL PAYMENTS AND CREDITS | $ 1,108.96CR |

SUMMARY OF ACCOUNT

| BALANCE FORWARD | $      0.00 |
|---|---|
| TOTAL NEW CHARGES | 3,895.00 |
| PAYMENTS AND CREDITS | 1,108.96CR |
| TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT ** | $ 2,786.04 |

**0083**

# LAW OFFICES OF

**DAVID A. TILEM**
**206 N.  JACKSON STREET, SUITE  201**
**GLENDALE, CA 91206**
**TELEPHONE: (818) 507-6000**
**FACSIMILE: (818) 507-6800**

OCTOBER 1, 2019

DAVID LEE                                                        OUR FILE:  03062.01-I
DLCPAS@GMAIL.COM

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019

RE:    <u>CASH COLLATERAL MATTERS</u>

---

PREVIOUS BALANCE DUE                                                    $    0.00

---

PROFESSIONAL SERVICES

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 03/28/19 | DAT | REVIEW FILE REGARDING MOTION FOR USE OF CASH COLLATERAL SET FOR HEARING ON APRIL 3 AND SEND E-MAIL TO CLIENT REQUESTING ADDITIONAL INFORMATION RELATED TO MOTION.  (1715) | 0.70 | 600 | 420.00 |
| 03/28/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING RESPONSES TO MY QUESTIONS.  (2108) | 0.10 | 600 | 60.00 |
| 03/29/19 | DAT | E-MAIL TO CLIENT REGARDING DISPOSITION OF PENDING CASH COLLATERAL MOTION.  (0808) | 0.30 | 600 | 180.00 |
| 03/29/19 | DAT | E-MAIL TO HATTY YIP REGARDING MOTION FOR USE OF CASH COLLATERAL.  (1312) | 0.10 | 600 | 60.00 |
| 03/29/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING WITHDRAWING MOTION FOR USE OF CASH COLLATERAL. EMAIL TO ATTORNEY YIP AT OFFICE OF THE UNITED STATES TRUSTEE REGARDING SAME. (1314) | 0.10 | 600 | 60.00 |
| 03/29/19 | DAT | CONFER WITH PARALEGAL MURGUIA REGARDING WITHDRAWING MOTION FOR USE OF CASH COLLATERAL.   (1318) | 0.10 | 600 | 60.00 |
| 04/09/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM | 0.20 | 600 | 120.00 |

**0084**

PAGE TWO
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-I

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| | | CLIENT REGARDING CASH FLOW PROJECTED BUDGET.  PROVIDE COMMENTS TO CLIENT.  (1057) | | | |
| 04/09/19 | DAT | REVIEW AND REVISE PROJECTED CASH FLOW SPREADSHEET AND FORWARD TO CLIENT WITH COMMENTS.  (1240) | 0.70 | 600 | 420.00 |
| 04/09/19 | DAT | TELEPHONE CALL TO CLIENT REGARDING CASH FLOW PROJECTION.  (1407) | 0.10 | 600 | 60.00 |
| 04/09/19 | DAT | REVIEW REVISED CASH FLOW SPREADSHEET AND TELEPHONE CALL TO CLIENT TO DISCUSS SAME.  (1730) | 0.70 | 600 | 420.00 |
| 04/10/19 | DAT | REVIEW AND REVISE CASH FLOW REPORT PER CLIENT'S LAST EMAIL.  (1503) | 0.10 | 600 | 60.00 |
| 04/10/19 | DAT | E-MAIL TO CLIENT REGARDING CASH FLOW REPORT AND PLAN RELATED ISSUES.  (1509) | 0.10 | 600 | 60.00 |
| 06/04/19 | DAT | TELEPHONE CALL TO ATTORNEY RICHEY (120TH ST.) REGARDING CASH COLLATERAL, ADEQUATE PROTECTION AND PLAN TREATMENT STIPULATION.  VOICEMAIL. (1141) | 0.10 | 600 | 60.00 |
| 06/04/19 | DAT | TELEPHONE CALL TO ATTORNEY GLOWIN (GRAPE ST.) REGARDING CASH COLLATERAL, ADEQUATE PROTECTION AND PLAN TREATMENT STIPULATION.  VOICEMAIL. (1144) | 0.10 | 600 | 60.00 |

SUMMARY OF SERVICES

DAT    DAVID A. TILEM                3.50 hrs  @ 600.00    $     2,100.00

                    TOTAL PROFESSIONAL SERVICES                      3.50              $  2,100.00

COSTS AND DISBURSEMENTS                                                               $     0.00

TOTAL NEW CHARGES                                                                     $  2,100.00

**0085**

PAGE THREE
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-I

---

PAYMENTS AND CREDITS

| | | |
|---|---|---:|
| 05/14/19 | RETAINER TRANSFER TO PAY MATTER 01-I BALANCE DUE PER BILLING STATEMENT. | 1,980.00CR |
| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-I BALANCE DUE PER BILLING STATEMENT. | 120.00CR |
| | TOTAL PAYMENTS AND CREDITS | $ 2,100.00CR |

---

SUMMARY OF ACCOUNT

| | |
|---|---:|
| BALANCE FORWARD | $    0.00 |
| TOTAL NEW CHARGES | 2,100.00 |
| PAYMENTS AND CREDITS | 2,100.00CR |
| TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT ** | $    0.00 |

**0086**

# LAW OFFICES OF

**DAVID A. TILEM**
**206 N.  JACKSON STREET, SUITE  201**
**GLENDALE, CA 91206**
**TELEPHONE: (818) 507-6000**
**FACSIMILE: (818) 507-6800**

OCTOBER 1, 2019

DAVID LEE                                                                          OUR FILE:  03062.01-K
DLCPAS@GMAIL.COM

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019

RE:    <u>BORROWING</u>

---

PREVIOUS BALANCE DUE                                                                    $    0.00

---

PROFESSIONAL SERVICES

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 05/01/19 | DAT | E-MAIL TO OTHER BANKRUPTCY ATTORNEYS REGARDING POSSIBLE LENDER.  (1139) | 0.10 | 600 | 60.00 |
| 05/01/19 | DAT | TELEPHONE CALL FROM LOAN BROKER REGARDING POSSIBLE HOME REFINANCE. (1212) | 0.20 | 600 | 120.00 |
| 05/01/19 | DAT | E-MAIL TO CLIENT ABOUT POSSIBLE HOME REFINANCE.  (1225) | 0.10 | 600 | 60.00 |
| 05/01/19 | DAT | REVIEW AND FORWARD SEVERAL EMAILS REGARDING POTENTIAL LENDERS TO CLIENT.  (1342) | 0.10 | 600 | 60.00 |
| 05/01/19 | DAT | E-MAIL TO LOAN REFERRAL REGARDING BACKGROUND.  (1737) | 0.10 | 600 | 60.00 |
| 05/01/19 | DAT | CONFER WITH LOAN BROKER REGARDING POSSIBLE OPTIONS FOR RESIDENCE REFINANCE.  (1803) | 0.30 | 600 | 180.00 |
| 05/02/19 | DAT | TELEPHONE CALL FROM POSSIBLE LENDER REGARDING ADDITIONAL INFORMATION. (1248) | 0.20 | 600 | 120.00 |
| 05/02/19 | DAT | TELEPHONE CALL FROM LOAN BROKER REGARDING POSSIBLE REFINANCE FOR 2ND MORTGAGE ON RESIDENCE.  (1418) | 0.20 | 600 | 120.00 |
| 05/09/19 | DAT | TELEPHONE CALL FROM LOAN BROKER | 0.10 | 600 | 60.00 |

**0087**

PAGE TWO
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-K

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | REGARDING POSSIBLE FINANCING.  (1622) | | | |
| 05/17/19 | DAT | E-MAIL TO CLIENT REGARDING POTENTIAL SOURCE OF LENDING FOR RESIDENCE. (1310) | 0.10 | 600 | 60.00 |
| 06/18/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING POSSIBLE HOME REFINANCING.  (1122) | 0.10 | 600 | 60.00 |
| 07/12/19 | DAT | TELEPHONE CALL TO LOAN BROKER ABOUT POTENTIAL CHAPTER 11 DEBTOR IN POSSESSION FINANCING FOR RESIDENCE. (0928) | 0.40 | 600 | 240.00 |
| 07/12/19 | DAT | E-MAIL TO CLIENT REGARDING POSSIBLE RESIDENCE REFINANCE.  (1007) | 0.10 | 600 | 60.00 |
| 07/16/19 | DAT | TELEPHONE CALL TO POTENTIAL LENDER REGARDING REFINANCE OF 2ND ON RESIDENCE. (0930) | 0.10 | 600 | 60.00 |
| 07/16/19 | DAT | TELEPHONE CALL TO POTENTIAL LENDER - UNABLE TO DO LOAN.  (0958) | 0.10 | 600 | 60.00 |
| 07/16/19 | DAT | REVIEW AND RESPOND TO EMAIL FROM LOAN BROKER OVED REGARDING POSSIBLE FINANCING.  (1019) | 0.10 | 600 | 60.00 |
| 08/08/19 | DAT | E-MAIL TO CLIENT REQUESTING A PRELIMINARY TITLE REPORT FOR HIS RESIDENCE.  (1634) | 0.10 | 600 | 60.00 |
| 08/08/19 | DAT | TELEPHONE CALL TO LOAN BROKER ABOUT LOAN DOCUMENTS.  (1658) | 0.10 | 600 | 60.00 |
| 08/08/19 | DAT | FOLLOW UP CALL TO LOAN BROKER REGARDING NEW FINANCING.  (1714) | 0.10 | 600 | 60.00 |
| 08/09/19 | DAT | PREPARATION OF MOTION TO REFINANCE DEBTOR'S RESIDENCE, INCLUDING RESEARCH ON APPLICABLE LEGAL STANDARDS TO BE APPLIED UNDER §364. (1924) | 3.70 | 600 | 2,220.00 |
| 08/11/19 | DAT | E-MAIL TO CLIENT REGARDING TERMS OF RESIDENCE REFINANCE.  (1350) | 0.10 | 600 | 60.00 |
| 08/11/19 | DAT | COMPLETE DRAFT MOTION TO BORROW FOR RESIDENCE REFINANCE.  (1140) | 0.70 | 600 | 420.00 |
| 08/11/19 | DAT | E-MAIL TO CLIENT AND LOAN BROKER REGARDING MOTION TO REFINANCE RESIDENCE. (1423) | 0.10 | 600 | 60.00 |
| 08/12/19 | DAT | ADDITIONAL RESEARCH REGARDING STANDARDS FOR GRANTING A MOTION TO BORROW.  (1053) | 0.30 | 600 | 180.00 |
| 08/12/19 | DAT | REVIEW AND REVISE MOTION TO BORROW, | 0.70 | 600 | 420.00 |

**0088**

PAGE THREE
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-K

---

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| | | COMPLETE LOCAL RULES FORM F4001-2. (1151) | | | |
| 08/12/19 | DAT | TELEPHONE CALL FROM LOAN BROKER RAUCH REGARDING NEW FINANCING FOR RESIDENCE.  (1613) | 0.10 | 600 | 60.00 |
| 08/12/19 | DLC | PREPARE TABLE OF CONTENTS FOR REFINANCE MOTION. | 0.60 | 150 | 90.00 |
| 09/06/19 | DAT | TELEPHONE CALL TO LOAN BROKER RAUCH REGARDING STATUS OF HOME REFINANCE.  VOICEMAIL.  TELEPHONE CALL TO CLIENT REGARDING SAME.  (0920) | 0.10 | 600 | 60.00 |
| 09/06/19 | DAT | TELEPHONE CALL FROM LOAN BROKER REGARDING STATUS OF HOME LOAN AND STATUS OF AVALON LOAN.  (0932) | 0.20 | 600 | 120.00 |
| 09/06/19 | DAT | REVIEW AND REVISE BORROWING MOTION FOR RESIDENCE.  INCLUDES TIME TO CONFER WITH LOAN BROKER A SECOND TIME REGARDING LOAN TERMS.  (1212) | 0.70 | 600 | 420.00 |
| 09/06/19 | DAT | REVIEW AND REVISE MOTION TO BORROW BASED ON EMAIL INFO RECEIVED FROM LOAN BROKER.  (1508) | 0.20 | 600 | 120.00 |
| 09/06/19 | DAT | CONFER WITH PARALEGAL CHAU REGARDING PREPARATION OF MOTION TO BORROW FOR FILING.  (1510) | 0.10 | 600 | 60.00 |
| 09/06/19 | DAT | E-MAIL TO CLIENT AND LOAN BROKER WITH COPY OF BORROWING MOTION FOR THEM TO SIGN.  (1642) | 0.10 | 600 | 60.00 |
| 09/10/19 | DAT | CONFERENCE CALL WITH CLIENT AND LOAN BROKER REGARDING NEW LOAN FOR RESIDENCE.  (1114) | 0.30 | 600 | 180.00 |
| 09/10/19 | DAT | E-MAIL TO ATTORNEY FOR YCCS REGARDING FIXED CLAIM AMOUNT PROPOSAL TO FACILITATE REFINANCE. (1121) | 0.10 | 600 | 60.00 |
| 09/10/19 | DAT | TELEPHONE CALL FROM LOAN BROKER REGARDING NEW LOAN INFORMATION. (1155) | 0.10 | 600 | 60.00 |
| 09/10/19 | DAT | E-MAIL TO LOAN BROKER WITH COPIES OF PAGES FROM MOTION FOR RELIEF FROM STAY REGARDING CLAIM AMOUNT, PROPER VALUE.  (1159) | 0.10 | 600 | 60.00 |
| 09/30/19 | DAT | RETURN TELEPHONE CALL FROM LOAN BROKER REGARDING REVISED LOAN TERMS TO REFLECT HIGHER ANTICIPATED | 0.20 | 600 | 120.00 |

**0089**

PAGE FOUR
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-K

---

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|

DEMAND BY HOLDER OF SECOND.  (1231)

SUMMARY OF SERVICES

| | | | | | |
|------|-----|-------------|-------|------|--------|
| DLC | DIANA CHAU | 0.60 hrs  @ 150.00   $ | 90.00 | | |
| DAT | DAVID A. TILEM | 10.60 hrs  @ 600.00   $ | 6,360.00 | | |

| | | | |
|---|---|---|---|
| | TOTAL PROFESSIONAL SERVICES | 11.20 | $ 6,450.00 |

---

| | |
|---|---|
| COSTS AND DISBURSEMENTS | $    0.00 |

---

| | |
|---|---|
| TOTAL NEW CHARGES | $ 6,450.00 |

---

PAYMENTS AND CREDITS

| | | |
|---|---|---|
| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-K BALANCE DUE PER BILLING STATEMENT. | 900.00CR |
| 09/17/19 | RETAINER TRANSFER TO PAY MATTER 01-K BALANCE DUE PER BILLING STATEMENT. | 5.91CR |
| | TOTAL PAYMENTS AND CREDITS | $   905.91CR |

---

SUMMARY OF ACCOUNT

| | |
|---|---|
| BALANCE FORWARD | $    0.00 |
| TOTAL NEW CHARGES | 6,450.00 |
| PAYMENTS AND CREDITS | 905.91CR |

| | |
|---|---|
| TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT ** | $ 5,544.09 |

**0090**

# LAW OFFICES OF
**DAVID A. TILEM**
**206 N.  JACKSON STREET, SUITE  201**
**GLENDALE, CA 91206**
**TELEPHONE: (818) 507-6000**
**FACSIMILE: (818) 507-6800**

OCTOBER 1, 2019

DAVID LEE                                                          OUR FILE:  03062.01-L01
DLCPAS@GMAIL.COM

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019

RE:    CAR - RELIEF FOM STAY

---

PREVIOUS BALANCE DUE                                                      $    0.00

---

PROFESSIONAL SERVICES

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 06/07/19 | DAT | REVIEW MOTION FOR RELIEF FROM STAY. (1035) | 0.10 | 600 | 60.00 |
| 06/07/19 | DAT | E-MAIL TO CLIENT REGARDING FIAT MOTION FOR RELIEF FROM STAY.  (1038) | 0.10 | 600 | 60.00 |
| 06/07/19 | DAT | TELEPHONE CALL TO ATTORNEY GARAN REGARDING MOTION FOR RELIEF FROM STAY ON FIAT VEHICLE.  VOICEMAIL REGARDING PAYMENTS JUST MADE BY CLIENT TO CURE DEFAULT.  (1228) | 0.10 | 600 | 60.00 |
| 06/07/19 | DAT | E-MAIL TO ATTORNEY FOR LENDER REGARDING CURE PAYMENTS MADE ON FIAT VEHICLE.  (1232) | 0.10 | 600 | 60.00 |
| 06/07/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM ATTORNEY GARAN REGARDING PAYMENT OF ARREARAGE ON CAR LOAN.  (1325) | 0.10 | 600 | 60.00 |
| 06/07/19 | DAT | EXCHANGE EMAILS WITH ATTORNEY FOR CAR LENDER REGARDING POSSIBLE PLAN TREATMENT STIPULATION.  (1336) | 0.10 | 600 | 60.00 |
| 06/08/19 | DAT | E-MAIL TO CLIENT REGARDING MOTION FOR RELIEF FROM STAY. (0829) | 0.10 | 600 | 60.00 |
| 06/12/19 | DAT | REMINDER EMAIL TO CLIENT ABOUT CAR RELIEF FROM STAY MOTION.  (1408) | 0.10 | 600 | 60.00 |
| 06/12/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM | 0.10 | 600 | 60.00 |

**0091**

PAGE TWO
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-L01

_____

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | CLIENT REGARDING CAR LOAN AND CURRENT PAYMENTS.  (1507) | | | |
| 06/13/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM ATTORNEY FOR LENDER AND FORWARD TO CLIENT FOR RESPONSE.  (1339) | 0.10 | 600 | 60.00 |
| 06/13/19 | MLM | START PREPARING OPPOSITION TO MOTION FOR RELIEF FROM STAY REGARDING VEHICLE. | 0.30 | 200 | 60.00 |
| 06/18/19 | DAT | PREPARATION OF MOTION FOR RELIEF FROM STAY OPPOSITION.  (1639) | 0.80 | 600 | 480.00 |
| 06/20/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM ATTORNEY GARAN REGARDING OPPOSITION TO MOTION FOR RELIEF FROM STAY.  (1028) | 0.10 | 600 | 60.00 |
| 06/20/19 | DAT | TELEPHONE CALL FROM ATTORNEY FOR LENDER REGARDING MOTION FOR RELIEF FROM STAY.  (1036) | 0.20 | 600 | 120.00 |
| 06/25/19 | DAT | E-MAIL TO CLIENT REGARDING EXPECTED MOTION FOR RELIEF FROM STAY ON AVALON REAL PROPERTY.  (1459) | 0.10 | 600 | 60.00 |
| 07/02/19 | DAT | HEARING ON MOTION FOR RELIEF FROM STAY - HEARING CONTINUED.  (1035) | 0.20 | 600 | 120.00 |
| 07/02/19 | DAT | E-MAIL TO ATTORNEY FOR MOVANT AND PARALEGALS FOR CALENDARING PURPOSES REGARDING CONTINUED HEARING. (1036) | 0.10 | 600 | 60.00 |
| 07/05/19 | DAT | REVIEW PROPOSED ADEQUATE PROTECTION ORDER AND FORWARD TO CLIENT WITH NOTES FOR HIS REVIEW AND CONSIDERATION.  (1520) | 0.30 | 600 | 180.00 |
| 07/05/19 | DAT | E-MAIL TO ATTORNEY FOR CREDITOR REGARDING PROPOSED ADEQUATE PROTECTION ORDER AND NEED TO REVISE PAR. 11(D). | 0.10 | 600 | 60.00 |
| 07/05/19 | DAT | REVIEW MOTION FOR RELIEF FROM STAY.  (1527) | 0.20 | 600 | 120.00 |
| 07/09/19 | DAT | REVIEW PROPOSED STIPULATION FOR ADEQUATE PROTECTION ORDER REGARDING CAR MOTION FOR RELIEF FROM STAY.  (0932) | 0.10 | 600 | 60.00 |

PAGE THREE
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-L01

SUMMARY OF SERVICES

| | | | | |
|---|---|---|---|---|
| MLM | MALISSA L. MURGUIA | 0.30 hrs @ 200.00 | $ | 60.00 |
| DAT | DAVID A. TILEM | 3.20 hrs @ 600.00 | $ | 1,920.00 |

TOTAL PROFESSIONAL SERVICES          3.50          $ 1,980.00

COSTS AND DISBURSEMENTS

07/03/19      CC      COURTCALL FOR HEARING ON RELIEF FROM STAY          35.00
                      MOTION.  INVOICE 9888105.

TOTAL COSTS AND DISBURSEMENTS          $     35.00

TOTAL NEW CHARGES          $ 2,015.00

PAYMENTS AND CREDITS

09/17/19      RETAINER TRANSFER TO PAY MATTER 01-L01 BALANCE DUE PER          136.03CR
              BILLING STATEMENT.

TOTAL PAYMENTS AND CREDITS          $   136.03CR

SUMMARY OF ACCOUNT

BALANCE FORWARD                    $    0.00
TOTAL NEW CHARGES                    2,015.00
PAYMENTS AND CREDITS                136.03CR

TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT **          $ 1,878.97

**0093**

# LAW OFFICES OF

**DAVID A. TILEM**
**206 N.  JACKSON STREET, SUITE  201**
**GLENDALE, CA 91206**
**TELEPHONE: (818) 507-6000**
**FACSIMILE: (818) 507-6800**

OCTOBER 1, 2019

DAVID LEE                                                           OUR FILE:  03062.01-L02
DLCPAS@GMAIL.COM

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019

RE:    DUNSMUIR RELIEF FROM STAY MOTION

PREVIOUS BALANCE DUE                                                                    $    0.00

PROFESSIONAL SERVICES

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 07/09/19 | DAT | E-MAIL TO CLIENT REGARDING PREPARATION OF MOTION FOR RELIEF FROM STAY OPPOSITION REGARDING HOUSE MOTION. (0927) | 0.10 | 600 | 60.00 |
| 07/09/19 | DAT | TELEPHONE CALL FROM CLIENT REGARDING MOTION FOR RELIEF FROM STAY OPPOSITION.  (1029) | 0.20 | 600 | 120.00 |
| 07/09/19 | DAT | PREPARATION OF MOTION FOR RELIEF FROM STAY OPPOSITION.  (1539) | 4.30 | 600 | 2,580.00 |
| 07/09/19 | DAT | E-MAIL TO CLIENT WITH DRAFT MOTION FOR RELIEF FROM STAY OPPOSITION FOR HIS REVIEW. (1542) | 0.10 | 600 | 60.00 |
| 07/15/19 | DAT | FINISH MOTION FOR RELIEF FROM STAY OPPOSITION REGARDING RESIDENCE.(1725) | 0.90 | 600 | 540.00 |
| 07/15/19 | DAT | E-MAIL TO CLIENT AND PARALEGALS REGARDING FILING OF MOTION FOR RELIEF FROM STAY OPPOSITION. (1728) | 0.10 | 600 | 60.00 |
| 07/16/19 | DAT | REVIEW AND SIGN MOTION FOR RELIEF FROM STAY OPPOSITION.  (1024) | 0.10 | 600 | 60.00 |
| 07/29/19 | DAT | REVIEW COURT TENTATIVE TO DENY MOTION.  DIRECT PARALEGAL TO SET UP COURT CALL APPEARANCE.  DIRECT PARALEGAL TO ADVISE CLIENT.  (1224) | 0.20 | 600 | 120.00 |

**0094**

PAGE TWO
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-L02

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 07/30/19 | DAT | HEARING ON MOTION FOR RELIEF FROM STAY.  HEARING CONTINUED UNTIL 11/5. (1050) | 0.40 | 600 | 240.00 |
| 08/01/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM ATTORNEY COHEN REGARDING CONTINUED HEARING DATE ON MOTION. (1154) | 0.10 | 600 | 60.00 |
| 08/02/19 | DAT | CALENDAR CONTINUED HEARING ON MOTION FOR RELIEF FROM STAY AND SEND EMAIL TO STAFF AND CLIENT ABOUT NEW HEARING DATES AND RELATED ISSUES (REFINANCE, RENTING).  (0736) | 0.20 | 600 | 120.00 |
| 08/12/19 | DAT | REVIEW AND REVISE PROPOSED STIPULATION AND ORDER CONTINING HEARING ON MOTION FOR RELIEF FROM STAY.  (1621) | 0.40 | 600 | 240.00 |

SUMMARY OF SERVICES

DAT   DAVID A. TILEM        7.10 hrs  @ 600.00   $    4,260.00

            TOTAL PROFESSIONAL SERVICES            7.10        $  4,260.00

COSTS AND DISBURSEMENTS

| 07/30/19 | CC | COURTCALL. | 35.00 |
|----------|----|-----------|-------|
| 07/30/19 | CC | COURTCALL INVOICE 9951899. | 35.00 |

            TOTAL COSTS AND DISBURSEMENTS        $    70.00

TOTAL NEW CHARGES                                        $  4,330.00

**0095**

PAGE THREE
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-L02

---

SUMMARY OF ACCOUNT

| | |
|---|---:|
| BALANCE FORWARD | $    0.00 |
| TOTAL NEW CHARGES | 4,330.00 |
| PAYMENTS AND CREDITS | 0.00 |
| **TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT **** | **$  4,330.00** |

**LAW OFFICES OF**
**DAVID A. TILEM**
**206 N.  JACKSON STREET, SUITE  201**
**GLENDALE, CA 91206**
**TELEPHONE: (818) 507-6000**
**FACSIMILE: (818) 507-6800**

OCTOBER 1, 2019

DAVID LEE                                                            OUR FILE:  03062.01-L03
DLCPAS@GMAIL.COM

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019

RE:    <u>VISTA TERRACE RELIEF FROM STAY MOTION</u>

---

PREVIOUS BALANCE DUE                                                          $    0.00

---

PROFESSIONAL SERVICES

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07/13/19 | DAT | REVIEW REPLY AND CONSIDER POSSIBLE RESPONSE.  (1426) | 0.40 | 600 | 240.00 |
| 07/17/19 | DAT | REVIEW MOTION FOR RELIEF FROM STAY AND START PREPARATION OF OPPOSITION. (2351) | 1.40 | 600 | 840.00 |
| 07/18/19 | DAT | TELEPHONE CALL TO CLIENT - NO VOICEMAIL SET UP.  E-MAIL TO CLIENT REQUESTING CALL BACK REGARDING OPPOSITION. (1044) | 0.10 | 600 | 60.00 |
| 07/19/19 | DAT | TELEPHONE CALL FROM CLIENT REGARDING OPTIONS IN RESPONSE TO MOTION FOR RELIEF FROM STAY.  (0825) | 0.30 | 600 | 180.00 |
| 07/19/19 | DAT | COMPLETE INTERRUPTED CALL TO CLIENT REGARDING MOTION FOR RELIEF FROM STAY.  (0839) | 0.10 | 600 | 60.00 |
| 07/20/19 | DAT | REVIEW AND REVISE MOTION FOR RELIEF FROM STAY OPPOSITION. (1105) | 0.80 | 600 | 480.00 |
| 07/22/19 | DAT | TELEPHONE CALL TO CLIENT REGARDING OPPOSITION.  (1053) | 0.10 | 600 | 60.00 |
| 07/22/19 | DAT | REVIEW E-MAIL FROM CLIENT WITH "COMPARABLE".  REPLY WITH REQUEST FOR FURTHER INFORMATION.  (1224) | 0.30 | 600 | 180.00 |
| 07/30/19 | DAT | REVIEW AND REVISE MOTION FOR RELIEF | 0.80 | 600 | 480.00 |

**0097**

PAGE TWO
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-L03

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| | | FROM STAY OPPOSITION.  (0940) | | | |
| 07/30/19 | DAT | PREPARATION OF OBJECTION TO VALUATION "TESTIMONY".  (1009) | 0.40 | 600 | 240.00 |
| 07/31/19 | DAT | TELEPHONE CALL FROM ATTORNEY LINDEMANN REGARDING MOTION FOR RELIEF FROM STAY.  (1237) | 0.20 | 600 | 120.00 |
| 07/31/19 | DAT | E-MAIL TO CLIENT REGARDING TELEPHONE CALL FROM ATTORNEY FOR LENDER.  (1250) | 0.10 | 600 | 60.00 |
| 07/31/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING TERMS FOR POSSIBLE ADEQUATE PROTECTION ORDER.  (1559) | 0.10 | 600 | 60.00 |
| 07/31/19 | DAT | E-MAIL TO ATTORNEY LINDEMANN REGARDING PROPOSED PLAN TREATMENT STIPULATION.  (1637) | 0.20 | 600 | 120.00 |
| 08/01/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM ATTORNEY LINDEMANN REGARDING ADEQUATE PROTECTION PROPOSAL.  (0925) | 0.10 | 600 | 60.00 |
| 08/12/19 | DAT | E-MAIL TO CLIENT WITH COURT TENTATIVE RULING TO PROPOSE APPEARANCE BY PHONE.  (1457) | 0.10 | 600 | 60.00 |
| 08/12/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING HEARING ON TUESDAY.  (1708) | 0.10 | 600 | 60.00 |
| 08/13/19 | DAT | HEARING ON MOTION FOR RELIEF FROM STAY - HEARING CONTINUED.  (1044) | 0.30 | 600 | 180.00 |
| 08/13/19 | DAT | E-MAIL TO CLIENT WITH HEARING NOTES.  (1104) | 0.20 | 600 | 120.00 |
| 08/14/19 | MLM | PREPARE ORDER CONTINUING THE HEAIRNG. | 0.20 | 200 | 40.00 |

SUMMARY OF SERVICES

| | | | | |
|---|---|---|---|---|
| MLM | MALISSA L. MURGUIA | 0.20 hrs  @ 200.00 | $ | 40.00 |
| DAT | DAVID A. TILEM | 6.10 hrs  @ 600.00 | $ | 3,660.00 |

|  |  |  |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | 6.30 | $ 3,700.00 |

**0098**

PAGE THREE
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-L03

---

COSTS AND DISBURSEMENTS

| 08/14/19 | CC | COURTCALL.  INVOICE 9982185.  HEARING AUGUST 13. | 35.00 |
| 08/14/19 | CC | COURTCALL APPEARANCE ON 8/13/19. | 35.00 |

TOTAL COSTS AND DISBURSEMENTS                    $    70.00

---

TOTAL NEW CHARGES                                          $ 3,770.00

---

SUMMARY OF ACCOUNT

| BALANCE FORWARD | $    0.00 |
| TOTAL NEW CHARGES | 3,770.00 |
| PAYMENTS AND CREDITS | 0.00 |

TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT **            $ 3,770.00

**0099**

**LAW OFFICES OF**
**DAVID A. TILEM**
**206 N.  JACKSON STREET, SUITE  201**
**GLENDALE, CA 91206**
**TELEPHONE: (818) 507-6000**
**FACSIMILE: (818) 507-6800**

OCTOBER 1, 2019

DAVID LEE                                           OUR FILE:  03062.01-L04
DLCPAS@GMAIL.COM

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019

RE:    <u>AVALON</u>

---

PREVIOUS BALANCE DUE                                         $    0.00

---

PROFESSIONAL SERVICES

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 08/20/19 | DAT | REVIEW MOTION FOR RELIEF FROM STAY, NOTE PROBLEM WITH EXHIBITS.  (0938) | 0.20 | 600 | 120.00 |
| 08/20/19 | DAT | E-MAIL TO CLIENT REGARDING MOTION FOR RELIEF FROM STAY FOR AVALON AND DEADLINE TO FILE OPPOSITION.  (0942) | 0.10 | 600 | 60.00 |
| 08/22/19 | DAT | E-MAIL TO CLIENT REMINDING HIM ABOUT DEADLINE FOR OPPOSITION TO MOTION FOR RELIEF FROM STAY.  (0825) | 0.10 | 600 | 60.00 |
| 08/22/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING MOTION FOR RELIEF FROM STAY OPPOSITION. (0834) | 0.10 | 600 | 60.00 |
| 08/22/19 | DAT | E-MAIL TO CLIENT REGARDING ITEMS NEEDED TO PREPARE MOTION FOR RELIEF FROM STAY OPPOSITION AND DEADLINE FOR FILING OPPOSITION.  (1815) | 0.10 | 600 | 60.00 |
| 08/26/19 | DAT | TELEPHONE CALL TO CLIENT REGARDING INFO REQUIRED TO PREPARE OPPOSITION. (1121) | 0.20 | 600 | 120.00 |
| 08/26/19 | DAT | REVIEW AND REVISE MOTION FOR OPPOSITION TO RELIEF FROM STAY MOTION. (1220) | 1.20 | 600 | 720.00 |
| 08/26/19 | DAT | E-MAIL TO CLIENT WITH UPDATED VERSION OF OPPOSITION.  (1121) | 0.10 | 600 | 60.00 |

**00100**

PAGE TWO
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-L04

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/26/19 | DAT | CONFER WITH PARALEGAL MURGUIA ABOUT EXHIBITS TO BE FILED IN SUPPORT OF OPPOSITION.  (1228) | 0.20 | 600 | 120.00 |
| 08/26/19 | DAT | TELEPHONE CALL TO LOAN BROKER REGARDING NEW FINANCING FOR AVALON REAL PROPERTY. (1157) | 0.10 | 600 | 60.00 |
| 08/27/19 | DAT | CONFER WITH PARALEGAL MURGUIA REGARDING PREPARATION OF MOTION FOR RELIEF FROM STAY OPPOSITION, MISSING INFORMATION REQUIRED FROM CLIENT, EXHIBITS AND FILING SAME.  (1020) | 0.20 | 600 | 120.00 |
| 08/27/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING UNAVAILABILITY OF WITNESSES TO SIGN DECLARATIONS AND INABILITY TO COMPLETE APPRAISALS TODAY.  (1113) | 0.10 | 600 | 60.00 |
| 08/27/19 | DAT | CONFER WITH PARALEGAL MURGUIA ABOUT MODIFICATIONS TO MOTION AND DECLARATIONS DUE TO INABILITY TO COMPLETE APPRAISALS.  (1116) | 0.10 | 600 | 60.00 |
| 08/27/19 | DAT | TELEPHONE CALL TO CLIENT ABOUT MODIFYING OPPOSITION TO ALLOW FOR SUPPLEMENT DECLARATION WITH APPRAISALS TO BE FILED IN THE NEXT WEEK OR TWO. (1120) | 0.10 | 600 | 60.00 |
| 08/27/19 | DAT | REVIEW AND REVISE MOTION FOR RELIEF FROM STAY OPPOSITION AND CLIENT DECLARATION.  (1148) | 0.30 | 600 | 180.00 |
| 08/27/19 | DAT | E-MAIL TO CLIENT AND PARALEGAL MURGUIA WITH REVISED DECLARATION FOR CLIENT. (1152) | 0.10 | 600 | 60.00 |
| 08/28/19 | DAT | CONFER WITH PARALEGAL MURGUIA REGARDING DECLARATION OF CONTRACTOR TO BE FILED, AND STATUS OF APPRAISALS.  (1007) | 0.10 | 600 | 60.00 |
| 09/08/19 | DAT | REVIEW MOTION FOR RELIEF FROM STAY OPPOSITION IN ANTICIPATION OF HEARING.  (2024) | 0.20 | 600 | 120.00 |
| 09/09/19 | DAT | REVIEW COURT TENTATIVE RULING AND FORWARD TO CLIENT FOR HIS INFORMATION.  (1205) | 0.10 | 600 | 60.00 |
| 09/10/19 | DAT | REVIEW AND RESPOND TO EMAIL FROM APPRAISER REGARDING PROJECTED COMPLETION DATE.  (0901) | 0.10 | 600 | 60.00 |

**00101**

PAGE THREE
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-L04

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 09/10/19 | DAT | TELEPHONE CALL FROM APPRAISER REGARDING DUE DATE FOR APPRAISAL REPORT. (0918) | 0.20 | 600 | 120.00 |
| 09/10/19 | DAT | MOTION FOR RELIEF FROM STAY HEARING. (1038) | 0.30 | 600 | 180.00 |
| 09/10/19 | DAT | MEMO TO FILE AND E-MAIL TO CLIENT REGARDING HEARING RESULTS. (1056) | 0.20 | 600 | 120.00 |
| 09/12/19 | DAT | TELEPHONE CALL FROM APPRAISER REGARDING VALUES FOR REAL PROPERTY. (1458) | 0.20 | 600 | 120.00 |
| 09/12/19 | DAT | E-MAIL TO CLIENT REGARDING TELEPHONE CALL FROM APPRAISER REGARDING AS IS AND AS BUILT APPRAISALS.  (1504) | 0.20 | 600 | 120.00 |
| 09/13/19 | DAT | REVIEW APPRAISAL REPORT. PREPARATION OF DECLARATION FOR APPRAISER.  TELEPHONE CALL TO APPRAISER REGARDING DECLARATION AND URGENCY.  (1008) | 0.70 | 600 | 420.00 |
| 09/13/19 | DAT | E-MAIL TO APPRAISER REGARDING SIGNATURE ON DECLARATION.  (1010) | 0.10 | 600 | 60.00 |
| 09/13/19 | DAT | REVIEW AND RESPOND TO EMAIL FROM APPRAISER WILTCHIK AND PREPARE DECLARATION FOR PARALEGAL MURGUIA TO FILE WITH COURT.  (1315) | 0.10 | 600 | 60.00 |

SUMMARY OF SERVICES

DAT    DAVID A. TILEM          5.80 hrs  @ 600.00    $      3,480.00

           TOTAL PROFESSIONAL SERVICES              5.80         $ 3,480.00

COSTS AND DISBURSEMENTS

09/12/19          CC        COURTCALL FOR 9/10/19 HEARING (INVOICE 10043355).          35.00

           TOTAL COSTS AND DISBURSEMENTS                        $    35.00

TOTAL NEW CHARGES                                               $ 3,515.00

**00102**

PAGE FOUR
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-L04

---

SUMMARY OF ACCOUNT

| | |
|---|---:|
| BALANCE FORWARD | $ 0.00 |
| TOTAL NEW CHARGES | 3,515.00 |
| PAYMENTS AND CREDITS | 0.00 |

| | |
|---|---:|
| TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT ** | $ 3,515.00 |

**LAW OFFICES OF**
**DAVID A. TILEM**
**206 N.  JACKSON STREET, SUITE  201**
**GLENDALE, CA 91206**
**TELEPHONE: (818) 507-6000**
**FACSIMILE: (818) 507-6800**

OCTOBER 1, 2019

DAVID LEE                                                                OUR FILE:  03062.01-M
DLCPAS@GMAIL.COM

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019

RE:    PROPERTY OF THE ESTATE

---

PREVIOUS BALANCE DUE                                                     $     0.00

---

PROFESSIONAL SERVICES

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 03/26/19 | DAT | REVIEW OPPOSITION TO BUDGET MOTION. (0808) | 0.20 | 600 | 120.00 |
| 04/09/19 | DAT | MEMO TO FILE AND PARALEGAL MURGUIA REGARDING MOTIONS NEEDED REGARDING REAL PROPERTY.  (1739) | 0.20 | 600 | 120.00 |
| 04/10/19 | MLM | START PREPARING MOTION TO DISSOLVE DPE INVESTMENT INC. | 0.40 | 200 | 80.00 |
| 04/11/19 | DAT | CONFER WITH PARALEGAL MURGUIA REGARDING MOTIONS TO DISSOLVE TWO CORPORATIONS WHOLLY OWNED BY DEBTOR.  (0957) | 0.10 | 600 | 60.00 |
| 04/11/19 | DAT | REVIEW AND REVISE MOTION TO DISSOLVE DPE INVESTMENTS, INC.  (1152) | 0.50 | 600 | 300.00 |
| 04/11/19 | DAT | CONFER WITH PARALEGAL MURGUIA REGARDING MOTION TO DISSOLVE DPE INVESTMENTS.  (1157) | 0.10 | 600 | 60.00 |
| 04/11/19 | MLM | EMAIL TO CLIENT REGARDING AMOUNT OWED ON PROPERTY OWNED BY DPE INVESTMENT FOR USE IN PREPARATION OF MOTION TO DISSLOVE DPE. | 0.20 | 200 | 40.00 |
| 04/11/19 | MLM | FINISH PREPARING MOTION TO DISSOLVE DPE INVESTMENT, INC. | 0.50 | 200 | 100.00 |
| 04/11/19 | MLM | EMAIL CLIENT DRAFT MOTION REGARDING | 0.20 | 200 | 40.00 |

**00104**

PAGE TWO
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-M

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 04/12/19 | DAT | DPE INVESTMENTS.<br>E-MAIL TO CLIENT REGARDING DISSOLUTION OF DPE INVESTMENTS, INC. (1221) | 0.10 | 600 | 60.00 |
| 04/23/19 | DAT | CONFER WITH PARALEGAL FIDELSON REGARDING COMPLETING MOTION TO DISSOLVE ENTITY.  (1109) | 0.10 | 600 | 60.00 |
| 04/25/19 | DAT | REVIEW AND REVISE MOTION TO LIQUIDATE WHOLLY OWNED CORPORATION.  (1402) | 0.30 | 600 | 180.00 |
| 05/02/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING ORDINARY COURSE TRANSACTIONS.  (1201) | 0.10 | 600 | 60.00 |
| 05/02/19 | DAT | PREPARATION OF MOTION TO DISSOLVE DJPE CORP.  (1215) | 0.40 | 600 | 240.00 |
| 05/02/19 | DAT | E-MAIL TO CLIENT REGARDING MOTION TO DISSOLVE DJPE.  (1218) | 0.10 | 600 | 60.00 |
| 05/06/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING MOTION TO UPSTREAM DJPE REAL PROPERTY. (0955) | 0.20 | 600 | 120.00 |
| 05/06/19 | JJF | PREPARE UPDATES TO MOTION TO DISSOLVE DJPE CORP. | 0.10 | 150 | 15.00 |
| 05/07/19 | DAT | REVIEW AND RESPOND TO EMAIL FROM CLIENT REGARDING RELOCATION TO RENTAL.  (1623) | 0.10 | 600 | 60.00 |
| 05/09/19 | DAT | TELEPHONE CALL FROM ATTORNEY ESTLE REGARDING MOTION TO UPSTREAM DPE REAL PROPERTY.  (1010) | 0.50 | 600 | 300.00 |
| 05/09/19 | DAT | CONFER WITH PARALEGAL MURGUIA REGARDING PREPARATION OF STIPULATION TO CONTINUE HEARING ON DPE MOTION TO UPSTREAM REAL PROPERTY. (1018) | 0.20 | 600 | 120.00 |
| 05/09/19 | DAT | REVIEW AND REVISE STIPULATION TO CONTINUE HEARING ON MOTION TO DISSOLVE.  REVIEW SECRETARY OF STATE WEBSITE FOR FORMAL NAME OF AZTEC FINANCIAL.  (1133) | 0.20 | 600 | 120.00 |
| 05/09/19 | DAT | TELEPHONE CALL TO ATTORNEY FOR AZTEC FINANCIAL REGARDING FORMAL NAME AND CORPORATE STATUS.  (1134) | 0.10 | 600 | 60.00 |
| 05/09/19 | DAT | TELEPHONE CALL FROM ATTORNEY FOR AZTEC FINANCING REGARDING STIPULATION TO CONTINUE HEARING. | 0.20 | 600 | 120.00 |

PAGE THREE
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-M

---

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| | | (1326) | | | |
| 05/09/19 | DAT | TELEPHONE CALL FROM ATTORNEY ESTLE TO ADD PARAGRAPH TO STIPULATION REGARDING OPPOSITION DUE DATE.  (1344) | 0.10 | 600 | 60.00 |
| 05/09/19 | DAT | REVIEW AND REVISE ORDER APPROVING STIPULATION TO CONTINUE HEARING DATE.  (1459) | 0.10 | 600 | 60.00 |
| 05/09/19 | MLM | PREPARE STIPULATION TO CONTINUE HEARING ON MOTION TO DISSOLVE DPE INVESTMENTS. | 0.20 | 200 | 40.00 |
| 05/13/19 | DAT | REVIEW ORDER CONTINUING HEARING.  (0608) | 0.10 | 600 | 60.00 |
| 05/16/19 | DAT | TELEPHONE CALL FROM CLIENT REGARDING POTENTIAL CONFLICT OF INTEREST FOR ATTORNEY SCHLECTER AND CLIENT'S PROPOSAL TO RELOCATE AND RENT HIS HOME TO GENERATE NET INCOME.  (0819) | 0.20 | 600 | 120.00 |
| 05/31/19 | DAT | TELEPHONE CALL FROM ATTORNEY FOR AZTEC FINANCING REGARDING MOTION TO DISSOLVE DPE.  (1102) | 0.40 | 600 | 240.00 |
| 05/31/19 | DAT | REVIEW COURT CALENDAR FOR POSSIBLE TENTATIVE DECISION - NONE.  (1647) | 0.10 | 600 | 60.00 |
| 06/03/19 | DAT | TELEPHONE CALL FROM ATTORNEY ESTLE REGARDING PENDING MOTION TO LIQUIDATE ENTITY.  (0947) | 0.20 | 600 | 120.00 |
| 06/03/19 | DAT | TELEPHONE CALL TO ATTORNEY ESTLE REGARDING MOTION TO UPSTREAM DPE REAL PROPERTY.  (1349) | 0.40 | 600 | 240.00 |
| 06/04/19 | DAT | PREPARATION OF ORDER GRANTING MOTION TO DISSOLVE DJPE.  (1219) | 0.20 | 600 | 120.00 |
| 06/04/19 | DAT | TELEPHONE CALL FROM ATTORNEY ESTLE REGARDING PRIOR DISSOLUTION OF ENTITY WITH SECRETARY OF STATE.  (1334) | 0.30 | 600 | 180.00 |
| 06/05/19 | DAT | E-MAIL TO CLIENT REGARDING COURT ORDER AUTHORIZING TRANSFER OF DJPE REAL PROPERTY FROM DJPE TO DEBTOR.  (1213) | 0.10 | 600 | 60.00 |
| 06/12/19 | DAT | REVIEW SUBSTITUTION OF ATTORNEYS BY AZTEC FINANCIAL AND OPPOSITION TO PENDING MOTION TO DISSOLVE DPE.  (0836) | 0.20 | 600 | 120.00 |
| 06/13/19 | DAT | PREPARATION OF REPLY BRIEF REGARDING DPE.  (1247) | 3.50 | 600 | 2,100.00 |
| 06/21/19 | DAT | PREPARATION OF MOTION FOR PERMISSION | 1.30 | 600 | 780.00 |

**00106**

PAGE FOUR
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-M

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | TO RELOCATE AND PAY MOVING EXPENSES.  (2029) | | | |
| 06/21/19 | DAT | E-MAIL TO CLIENT REGARDING MOTION TO RELOCATE AND PAY MOVING EXPENSES. (2031) | 0.10 | 600 | 60.00 |
| 06/25/19 | DAT | REVIEW COURT TENTATIVE RULING FOR HEARING TODAY.  (0750) | 0.10 | 600 | 60.00 |
| 06/25/19 | DAT | E-MAIL TO CLIENT REGARDING COURT TENTATIVE RULING.  (0752) | 0.10 | 600 | 60.00 |
| 06/25/19 | DAT | HEARING MOTION TO DISSOLVE DPE.  (1439) | 0.20 | 600 | 120.00 |
| 06/25/19 | DAT | E-MAIL TO PARALEGALS WITH INSTRUCTIONS TO PREPARE ORDER GRANTING MOTION.  (1445) | 0.10 | 600 | 60.00 |
| 06/25/19 | DAT | E-MAIL TO CLIENT REGARDING RESULTS OF HEARING ON MOTION TO DISSOLVE DPE. (1450) | 0.10 | 600 | 60.00 |
| 06/26/19 | DAT | REVIEW AND APPROVE MOTION TO RELOCATE FOR FILING.  (0921) | 0.10 | 600 | 60.00 |
| 06/26/19 | MLM | PREPARE ORDER GRANTING MOTION TO DISSOLVE DPE INVESTMENTS, INC. | 0.20 | 200 | 40.00 |
| 06/28/19 | DAT | REVIEW RECORDED DEEDS RECEIVED FROM CLIENT TRANSFERRING DPE AND DJPE REAL PROPERTY.  (1234) | 0.10 | 600 | 60.00 |
| 07/09/19 | DAT | CALENDAR HEARING ON MOTION TO RELOCATE AND RENT RESIDENCE.  (1126) | 0.10 | 600 | 60.00 |
| 07/09/19 | MLM | PREPARE NOTICE OF HEARING REGARDING MOTION TO RELOCATE. | 0.20 | 200 | 40.00 |
| 07/12/19 | DAT | PREPARATION OF REPLY REGARDING MOTION TO RELOCATE AND RENT.  (1811) | 1.10 | 600 | 660.00 |
| 07/20/19 | DAT | REVIEW AND REVISE REPLY BRIEF - OPPOSITION TO DKT. 95 FILED BY YCCS, LLC.  (0835) | 0.30 | 600 | 180.00 |
| 07/20/19 | DAT | SEND REMINDER TO STAFF TO FILE REPLY BRIEF.  (0846) | 0.10 | 600 | 60.00 |
| 07/26/19 | DAT | REVIEW PLEADINGS RELATED TO HEARING ON JULY 30, 2019.  (1402) | 0.10 | 600 | 60.00 |
| 07/30/19 | DAT | TELEPHONE CALL FROM ATTORNEY FOR LENDER REGARDING REQUEST TO ADVANCE HEARING TO 10:30 A.M. AND WITHDRAWAL OF OPPOSITION TO RELIEF REQUESTED IN THE MOTION.  (0942) | 0.10 | 600 | 60.00 |
| 07/30/19 | DAT | E-MAIL TO CLIENT REGARDING TELEPHONE CALL FROM ATTORNEY COHEN REGARDING MOTION TO RELOCATE.  (1024) | 0.10 | 600 | 60.00 |

**00107**

PAGE FIVE
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-M

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 07/30/19 | DAT | HEARING ON MOTION TO RELOCATE.  (1055) | 0.30 | 600 | 180.00 |
| 07/31/19 | DAT | PREPARATION OF PROPOSED ORDER AND FORWARD TO ATTORNEY FOR YCCS (BARUCH COHEN) FOR REVIEW. (1246) | 0.30 | 600 | 180.00 |

SUMMARY OF SERVICES

| | | | | |
|---|---|---|---|---|
| JJF | JOAN J. FIDELSON | 0.10 hrs | @ 150.00 | $ 15.00 |
| MLM | MALISSA L. MURGUIA | 1.90 hrs | @ 200.00 | $ 380.00 |
| DAT | DAVID A. TILEM | 14.30 hrs | @ 600.00 | $ 8,580.00 |

TOTAL PROFESSIONAL SERVICES       16.30       $ 8,975.00

COSTS AND DISBURSEMENTS

| DATE | EMP | DESCRIPTION | AMOUNT |
|------|-----|-------------|--------|
| 04/26/19 | CP | COPIES OF NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING USE OF ESTATE PROPERTY NOT IN THE ORDINARY COURSE OF BUSINESS TO CAUSE DPE INVESTMENT, INC. TO DISSOLVE. | 40.40 |
| 04/26/19 | PG | POSTAGE FOR NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING USE OF ESTATE PROPERTY NOT IN THE ORDINARY COURSE OF BUSINESS TO CAUSE DPE INVESTMENT, INC. TO DISSOLVE. | 25.65 |
| 05/06/19 | CP | COPIES OF MOTION TO DISSOLVE DJPE CORP. | 32.40 |
| 05/06/19 | PG | POSTAGE FOR MOTION TO DISSOLVE DJPE CORP. | 24.95 |
| 06/26/19 | CC | COURTCALL.  MOTION TO DISSOLVE DPE.  INVOICE 9875660. | 35.00 |
| 06/26/19 | CP | COPIES OF MOTION TO RELOCATE. | 0.20 |
| 07/09/19 | CP | COPIES OF NOTICE OF HEARING REGARDING MOTION TO RELOCATE. | 19.20 |
| 07/09/19 | PG | POSTAGE FOR NOTICE OF HEARING REGARDING MOTION TO RELOCATE. | 24.65 |
| 08/06/19 | MESS | MESSENGER SERVICE TO DELIVER JUDGE'S COPIES. | 56.50 |
| 08/15/19 | FEDX | FEDERAL EXPRESS SERVICE OF REPLY TO OPPOSITON REGARDING MOTION TO DISSOLVE DPE INVESTMENTS, INC. | 20.49 |

TOTAL COSTS AND DISBURSEMENTS       $ 279.44

**00108**

PAGE SIX
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-M

---

TOTAL NEW CHARGES                                              $ 9,254.44

---

PAYMENTS AND CREDITS

| | | |
|---|---|---|
| 05/14/19 | RETAINER TRANSFER TO PAY MATTER 01-M BALANCE DUE PER BILLING STATEMENT. | 1,286.05CR |
| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-M BALANCE DUE PER BILLING STATEMENT. | 2,632.35CR |
| 09/17/19 | RETAINER TRANSFER TO PAY MATTER 01-M BALANCE DUE PER BILLING STATEMENT. | 362.27CR |

TOTAL PAYMENTS AND CREDITS                              $ 4,280.67CR

---

SUMMARY OF ACCOUNT

| | |
|---|---|
| BALANCE FORWARD | $    0.00 |
| TOTAL NEW CHARGES | 9,254.44 |
| PAYMENTS AND CREDITS | 4,280.67CR |

| | |
|---|---|
| TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT ** | $ 4,973.77 |

**00109**

# LAW OFFICES OF
## DAVID A. TILEM
**206 N.  JACKSON STREET, SUITE  201**
**GLENDALE, CA 91206**
**TELEPHONE: (818) 507-6000**
**FACSIMILE: (818) 507-6800**

OCTOBER 1, 2019

DAVID LEE                                                      OUR FILE:  03062.01-P
DLCPAS@GMAIL.COM

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019

RE:    <u>OUTSIDE LITIGATION</u>

| | |
|---|---:|
| PREVIOUS BALANCE DUE | $   0.00 |
| PROFESSIONAL SERVICES | |
| TOTAL PROFESSIONAL SERVICES | $   0.00 |
| COSTS AND DISBURSEMENTS | $   0.00 |
| TOTAL NEW CHARGES | $   0.00 |

SUMMARY OF ACCOUNT

| | |
|---|---:|
| BALANCE FORWARD | $   0.00 |
| TOTAL NEW CHARGES | 0.00 |
| PAYMENTS AND CREDITS | 0.00 |
| TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT ** | $   0.00 |

**00110**

# LAW OFFICES OF

**DAVID A. TILEM**
**206 N. JACKSON STREET, SUITE 201**
**GLENDALE, CA 91206**
**TELEPHONE: (818) 507-6000**
**FACSIMILE: (818) 507-6800**

OCTOBER 1, 2019

DAVID LEE                                                          OUR FILE: 03062.01-T
DLCPAS@GMAIL.COM

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019

RE:    <u>PLAN AND DISCLOSURE STATEMENT</u>

---

PREVIOUS BALANCE DUE                                              $    0.00

---

PROFESSIONAL SERVICES

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----|-------------|-------|------|--------|
| 04/10/19 | DAT | E-MAIL TO ATTORNEY COHEN REGARDING ADEQUATE PROTECTION STIPULATION AND PLAN TREATMENT STIPULATION FOR 2ND MORTGAGE. (1257) | 0.20 | 600 | 120.00 |
| 04/10/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM ATTORNEY COHEN REGARDING EXTENSION OF LOAN TERM. (1321) | 0.10 | 600 | 60.00 |
| 04/10/19 | DAT | TELEPHONE CALL FROM ATTORNEY RICHEY REGARDING MORTGAGE ON 120TH ST. REAL PROPERTY. (1416) | 0.30 | 600 | 180.00 |
| 04/10/19 | DAT | E-MAIL TO CLIENT REGARDING PLAN TREATMENT STIPULATIONS WITH LENDERS ON GRAPE STREET, 120TH STREET AND REGARDING ISSUE WITH SECOND MORTGAGE ON RESIDENCE. (1424) | 0.20 | 600 | 120.00 |
| 04/10/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM ATTORNEY COHEN REGARDING BUDGET MOTION AND DISPOSITION OF HIS CLIENT'S CLAIM. (1840) | 0.20 | 600 | 120.00 |
| 04/30/19 | DAT | E-MAIL TO ATTORNEY FOR HOLDER OF 2ND MORTGAGE ON RESIDENCE. (1347) | 0.10 | 600 | 60.00 |
| 05/09/19 | DAT | TELEPHONE CALL FROM CLIENT REGARDING STATUS OF CASE, CASE EXIT | 0.90 | 600 | 540.00 |

**00111**

PAGE TWO
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-T

| DATE | EMP | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | STRATEGY.  (1939) | | | |
| 05/24/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM CLIENT REGARDING POSSIBLE DISMISSAL OR PLAN WITH NEW LENDER FUNDING. (0940) | 0.20 | 600 | 120.00 |
| 06/07/19 | DAT | E-MAIL TO CLIENT REGARDING POSSIBLE PLAN TREATMENT STIPULATION WITH CAR LENDER.  (1657) | 0.10 | 600 | 60.00 |
| 06/21/19 | DAT | REVIEW AND CONSIDER RELEVANCE OF NEW 4TH CIRCUIT OPINION IN HURLBUT V. BLACK.  E-MAIL TO CLIENT REGARDING SAME. (1725) | 1.00 | 600 | 600.00 |
| 06/30/19 | DAT | E-MAIL TO ATTORNEY RICHEY REGARDING PROPOSED CASH COLLATERAL, PLAN TREATMENT STIPULATION.  (0746) | 0.10 | 600 | 60.00 |
| 06/30/19 | DAT | E-MAIL TO ATTORNEY GLOWIN REGARDING PROPOSED CASH COLLATERAL, PLAN TREATMENT STIPULATION.  (0754) | 0.10 | 600 | 60.00 |
| 07/02/19 | DAT | REVIEW AND RESPOND TO E-MAIL FROM ATTORNEY RICHEY REGARDING POSSIBLE PLAN TREATMENT STIPULATION. (1654) | 0.10 | 600 | 60.00 |

SUMMARY OF SERVICES

DAT   DAVID A. TILEM              3.60 hrs  @ 600.00      $      2,160.00

TOTAL PROFESSIONAL SERVICES                3.60         $  2,160.00

COSTS AND DISBURSEMENTS                                    $     0.00

TOTAL NEW CHARGES                                          $  2,160.00

PAYMENTS AND CREDITS

| 05/14/19 | RETAINER TRANSFER TO PAY MATTER 01-T BALANCE DUE PER BILLING STATEMENT. | 660.00CR |
| 06/18/19 | RETAINER TRANSFER TO PAY MATTER 01-T BALANCE DUE PER BILLING STATEMENT. | 660.00CR |
| 09/17/19 | RETAINER TRANSFER TO PAY MATTER 01-T BALANCE DUE PER | 76.89CR |

**00112**

PAGE THREE
OCTOBER 1, 2019
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2019
DAVID LEE
OUR FILE:  03062.01-T

---

BILLING STATEMENT.

TOTAL PAYMENTS AND CREDITS                                    $ 1,396.89CR

---

SUMMARY OF ACCOUNT

| | |
|---|---|
| BALANCE FORWARD | $    0.00 |
| TOTAL NEW CHARGES | 2,160.00 |
| PAYMENTS AND CREDITS | 1,396.89CR |

| | |
|---|---|
| TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT ** | $   763.11 |

**00113**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled (*specify*)   **APPLICATION FOR PAYMENT OF:INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/22/19,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **10/22/19,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
p
Honorable Robert Kwan
United States Bankruptcy Court
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

David Lee
840 Dunsmuir Ave.
Los Angeles, CA 90036

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/22/2019 | Joan J. Fidelson | /s/ Joan J. Fidelson |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**ECF Service List:**

- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Sean C Ferry**    sferry@rasflaw.com, sferry@ecf.courtdrive.com
- **Todd S Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Nichole Glowin**    nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- **Blake J Lindemann**    Blake@lawbl.com, Nataly@lawbl.com
- **Erica T Loftis Pacheco**    erica.loftispacheco@bonialpc.com
- **Valerie Smith**    claims@recoverycorp.com
- **David A Tilem**    davidtilem@tilemlaw.com,
  DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilem
  law.com
- **Edward A Treder**    cdcaecf@bdfgroup.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**