| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David A. Tilem<br>Law Offices of David A. Tilem<br>206 North Jackson Street, #201<br>Glendale, CA 91206<br>Tel: 888-257-7648   818-507-6000<br>Fax: 818-507-6000<br>DavidTilem@Tilemlaw.com<br><br>☒ *Attorney for* Debtor<br>☐ *Chapter 7 trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>David Lee | CASE NO.: 2:19-bk-10119-RK |
|---|---|
| | CHAPTER: 13 |
| | **NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>**[11 U.S.C. § 331 OR § 330]** |
| Debtor(s). | |

TO ALL INTERESTED PARTIES: NOTICE IS GIVEN that on the following date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving a fee and/or expense application(s):

1. **Application Information**:   ☐ See attached page for information on additional applicants
   a. Name of Applicant *(specify)*: Law Offices of David A. Tilem
   b. Amount of fees requested: $ 54,125.00
   c. Amount of costs requested: $ 1,391.84
   d. Period covered by Application *(specify)*: 3/26/2019 - 9/30/2019
   e. Address of Applicant *(specify)*: 206 North Jackson Street, Suite 201, Glendale, CA 91206

   *(If more than one application is included in this notice, attach a separate sheet stating the above information for each Applicant)*

2. | Hearing Date 11/19/2019    Time 2:30 pm    Courtroom 1675    Floor 16 |
   | ☒ 255 East Temple Street, Los Angeles, CA 90012        ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
   | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101 |
   | ☐ 3420 Twelfth Street, Riverside, CA 92501 |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    **F 2016-1.1.NOTICE.HEARING.APP.FEES**

3. **Deadline for Opposition Papers**: If you wish to object to the application(s), you must file a written objection with the court and serve a copy of it upon the Applicant(s), the Debtor's attorney, and trustee's attorney, if any, no less than 14 days prior to the above hearing date. If you fail to file a written objection to the application(s) within such time period, the court may treat such failure as a waiver of your right to object to the application(s) and may approve the application(s). If you wish to review the full application(s), you may review the application(s) on file with the court or obtain a copy from Applicant(s).

4. **Deadline for Filing Other Professional Fee Applications**: If the above application(s) are for payment of interim fees, pursuant to LBR 2016-1, other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Date: 10/22/2019

Law Offices of David A. Tilem
Print name of law firm

*[signature]*
Signature

David A. Tilem
Print name of attorney

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                Page 2                F 2016-1.1.NOTICE.HEARING.APP.FEES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled (*specify*)   **NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF:INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/22/19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **10/22/19,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
p

Honorable Robert Kwan
United States Bankruptcy Court
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

David Lee
840 Dunsmuir Ave.
Los Angeles, CA 90036

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **10/22/2019** | **Joan J. Fidelson** | /s/ Joan J. Fidelson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* 

**F 9013-3.1.PROOF.SERVICE**

**ECF Service List:**

- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Sean C Ferry**   sferry@rasflaw.com, sferry@ecf.courtdrive.com
- **Todd S Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Nichole Glowin**   nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- **Blake J Lindemann**   Blake@lawbl.com, Nataly@lawbl.com
- **Erica T Loftis Pacheco**   erica.loftispacheco@bonialpc.com
- **Valerie Smith**   claims@recoverycorp.com
- **David A Tilem**   davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- **Edward A Treder**   cdcaecf@bdfgroup.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**   hatty.yip@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                     **F 9013-3.1.PROOF.SERVICE**

**Service List**

Green Lawn Mortgage Loan Trust 1, BYUS Bank
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660-1881

Amer Assist ar Solutions, Inc.
P.O. Box 26095
Columbus, OH 43226-0095

Aldrige Pite, LLP
5375 Jutland Drive, Suite 200
San Diego, CA 92101

BSI Financial Services
314 S. Franklin Street, 2nd Floor
Titusville, PA 16354-2168

Comenity-Total Rewards Visa
P.O. Box 659450
San Antonio, TX 78265-9450

Comenity-TotalRewards Visa
P.O. Box 659450
San Antonio, TX 78265-9450

Comenity-TotalRewards Visa
P.O. Box 659450
San Antonio, TX 78265-9450

Chase
P.O. Box 901076
Ft. Worth, TX 76101-2076

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH 43054-3025

Pentagon Federal Credit Union
2930 Eishenhower Avenue
Alexandria, VA 22314

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Aztec Financial
2624 West Magnolia Blvd.,
Burbank, CA 91505

CFG Merchant Solutions
180 Maiden Lane, FL 15
New York, NY 10038

Merchants Mortgage & Trust Corp.
7400 E. Crestline Cir #250
Englewood, CO 80111

Rose Hopkins
10023 ½ Grape Street
Los Angeles, Ca 90002

Sandra Miller
10023 Grape Street
Los Angeles, CA 90002

Strategic Funding Source
120 W 45th Street
New York, NY 10036

Target
P.O. Box 108
Saint Louis, MO 63166

CFG Merchant Solutions
180 Maiden Lane, FL 15
New York, NY 10038-5150

Discover Card
P.O. Box 51908
Los Angeles, CA 90051

Discover it Miles Card
P.O. Box 51908
Los Angeles, CA 90051-6208

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

First National Bank
P.O. Box 2557
Omaha, FL 68103-2557

Franchise Tax Board
P.O. Box 942840
Sacramento, CA 94240-0001

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-1191
Phoenix, AZ 85038-9505

LA DWP
111 N. Hope Street
Los Angeles, CA 90012-2607

LA County Treasurer and Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Loancare a Service Link Company
P.O. Box 8068
Virginia Beach, VA 23450-8068

Los Angeles County Treasurer and Tax Collector
Attn: Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90054-0110

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Mercury Payments Services, LLC
Card Services
P.O. Box 70168
Philadelphia, PA 19176-0168

Orbitz
P.O. Box 659450
San Antonio, TX 78265-9450

Pacific Private Money, Inc.
1555 Grant Avenue
Novato, CA 94945-3120

Pentagon Federal Credit Union
2930 Eishenhower Avenue
Alexandria, VA 22314-4557

Pentagon Federal Credit Union
9494 Miramar Road
San Diego, CA 92126-4417

Pentagon Federal Credit Union
Attn: Bankruptcy Department
P.O. Box 1432
Alexandria, VA 22313-1432

Pinnacle Credit Services, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Quantum 3 Group, LLC as agent for Comenity Bank
P.O. Box 788
Kirkland, WA 98083-0788

Synchrony Bank
Amazon Store Card
170 W. Election Road, Suite 125
Draper, UT 84020-6425

Synchrony Bank
PRA Receivables Management LLC
P.O. Box 41021
Norfolk, VA 23541-1021

Synchrony Bank
c/o PRA Receivables Management LLC
P.O. Box 41021
Norfolk, VA 23541-1021

Target REDcard
P.O. box 5332
Sioux Falls, SD 57117-5332

US Bank
P.O. Box 5229
Cincinnati, OH 45201-5229

US Bank Home Mortgage
4601 Frederica Street
Owensboro, KY 42301-7439

Virgin America
P.O. Box 659450
San Antonio, TX 78265-7439

YCCS, LLC
a Hawaiian Limited Liability Co.
c/o Baurch C. Cohen Esq.
4929 Wilshire Blvd., #940
Los Angeles, CA 90010-3889

Selene Finance, LP
9990 Richmond Ave.
Houston, TX 77042

<u>Undeliverable Mail</u>
Incorp Services
17888 76th Court North
Loxahatchee, FL 33470