| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David A. Tilem (Bar No. 103825)<br>Law Offices of David A. Tilem<br>206 North Jackson Street, Suite 201<br>Glendale, CA 91206<br>Tel: 888-257-7648 * 818-507-6000<br>Fax: 818-507-6800<br>DavidTilem@TilemLaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>DAVID LEE,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-10119-RK<br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a. Title of motion: <u>Notice of Motion and Motion for Order Authorizing Debtor to Obtain Credit Pursuant to §364(c)(2)</u>

    b. Date of filing of motion: <u>11/7/2019</u>

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

    a. Briefly specify the relief requested in the motion:

    Debtor's residence loan approval expires 11/22/2019. Refinance of residence to pay loan coming all due in December, 2019.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 1                                        **F 9075-1.1.APP.SHORT.NOTICE**

b. Identify the parties affected by the relief requested in the motion:
   Selene Finance, LP, YCCS, LLC

c. State the reasons necessitating a hearing on shortened time:
   Loan expires as above.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 11/7/2019

Law Offices of David A. Tilem
Printed name of law firm

[signature]
Signature of individual Movant or attorney for Movant

David A. Tilem
Printed name of individual Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                          Page 2                                F 9075-1.1.APP.SHORT.NOTICE

**DECLARATION OF DANIEL RAUCH**

I, DANIEL RAUCH, hereby declare as follows:

1. I am a licensed real estate broker in the State of California.

2. If called upon to testify concerning the facts contained in this declaration I could and would testify to those facts based upon my own personal knowledge.

3. On August 29, 2019, the Court entered an Order (Dkt. #166) authorizing me to act as the loan broker for David Lee in this Chapter 11 case.

4. I located the proposed financing which is the subject of this motion.

5. I do not believe it would be possible for Mr. Lee to borrow $1.2 million on an unsecured basis. The proposed loan is reasonable given the current market and his financial situation.

6. The lender has insisted that this loan close no later than November 22, 2019. Attached as Exhibit "7" is a true and correct copy of the Loan Detail Report.

I declare under penalty of perjury under the law of the State of California and the United States of America, that the foregoing is true and correct and that this Declaration was executed in the City of  Los Angeles            , California on November  07 , 2019.


_____
Daniel Rauch

**"EXHIBIT 7"**

# Closing Disclosure

*This form is a statement of final loan terms and closing costs. Compare this document with your Loan Estimate.*

## Closing Information

| | |
|---|---|
| Date Issued | 11/6/2019 |
| Closing Date | 11/22/2019 |
| Disbursement Date | 11/27/2019 |
| Settlement Agent | [redacted] |
| File # | [redacted] |
| Property | 840 S Dunsmuir Ave, Los Angeles, CA 90036 |
| Appraised Prop. Value | $1,785,000 |

## Transaction Information

| | |
|---|---|
| Borrower | David D. Lee<br>840 S Dunmuir Ave<br>Los Angeles, CA 90036 |
| Lender | [redacted] |

## Loan Information

| | |
|---|---|
| Loan Term | 30 years |
| Purpose | Refinance |
| Product | 5/1 Adjustable Rate |
| Loan Type | ☒ Conventional  ☐ FHA  ☐ VA _____ |
| Loan ID # | [redacted] |
| MIC # | |

## Loan Terms

| | | Can this amount increase after closing? | |
|---|---|---|---|
| Loan Amount | $1,226,000 | NO | |
| Interest Rate | 8.5% | YES | • Adjusts **every year** starting in year 6<br>• Can go **as high as 13.5%** in year 8<br>• See **AIR Table on page 4** for details |
| Monthly Principal & Interest<br>*See Projected Payments below for your Estimated Total Monthly Payment* | $9,426.88 | YES | • Adjusts **every year** starting in year 6<br>• Can go **as high as $13,583** in year 8 |
| | | **Does the loan have these features?** | |
| Prepayment Penalty | | NO | |
| Balloon Payment | | NO | |

## Projected Payments

| Payment Calculation | Years 1 - 5 | Year 6 | Year 7 | Years 8 - 30 |
|---|---|---|---|---|
| Principal & Interest | $9,426.88 | $9,427 min<br>$11,054 max | $9,427 min<br>$12,732 max | $9,427 min<br>$13,583 max |
| Mortgage Insurance | + 0 | + 0 | + 0 | + 0 |
| Estimated Escrow<br>*Amount can increase over time* | + 1,498.39 | + 1,498.39 | + 1,498.39 | + 1,498.39 |
| **Estimated Total Monthly Payment** | $10,925.27 | $10,925 - $12,552 | $10,925 - $14,230 | $10,925 - $15,081 |

| Estimated Taxes, Insurance & Assessments<br>*Amount can increase over time*<br>*See page 4 for details* | $1,498.39<br>a month | **This estimate includes**<br>☒ Property Taxes<br>☒ Homeowner's Insurance<br>☐ Other:<br>*See Escrow Account on page 4 for details. You must pay for other property costs separately.* | **In escrow?**<br>YES<br>YES |
|---|---|---|---|

## Costs at Closing

| Closing Costs | $49,570.69 | Includes $29,888.00 in Loan Costs + $19,682.69 in Other Costs -$0 in Lender Credits. *See page 2 for details.* |
|---|---|---|
| Cash to Close | $533.07 | Includes Closing Costs *See Calculating Cash to Close on page 3 for details.*<br>☒ From  ☐ To Borrower |

Page 1

DocMagic eForms
v12/11/2018

## Closing Cost Details

| Loan Costs | | Borrower-Paid | | Paid by Others |
|---|---|---|---|---|
| | | At Closing | Before Closing | |
| **A. Origination Charges** | | **$26,310.00** | | |
| 01   % of Loan Amount (Points) | | | | |
| 02 Doc Fee | | $200.00 | | |
| 03 Originator Compensation  to Alpha Home Loans, Inc | | $24,520.00 | | |
| 04 Processing Fee | | $295.00 | | |
| 05 Underwriting Fee | | $1,295.00 | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| **B. Services Borrower Did Not Shop For** | | **$393.00** | | |
| 01 Appraisal Fee | to Lender X | $100.00 | | |
| 02 Broker Credit Report | to CBC Innovis | $125.00 | | |
| 03 Credit Report | to CBC Innovis | $150.00 | | |
| 04 Flood Certification | to Corelogic | $18.00 | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| 09 | | | | |
| 10 | | | | |
| **C. Services Borrower Did Shop For** | | **$3,185.00** | | |
| 01 Title - Bankruptcy Processing Fee | to | $75.00 | | |
| 02 Title - Closing/Escrow Fee | to | $750.00 | | |
| 03 Title - Demand Processing Fee | to | $75.00 | | |
| 04 Title - Endorsements | to | $125.00 | | |
| 05 Title - Lender's Title Insurance | to | $1,760.00 | | |
| 06 Title - Notary Fees | to | $375.00 | | |
| 07 Title - Recording Process Service Fee | to | $25.00 | | |
| 08 | | | | |
| **D. TOTAL LOAN COSTS (Borrower-Paid)** | | **$29,888.00** | | |
| Loan Costs Subtotals (A + B + C) | | $29,888.00 | | |

| Other Costs | | | | |
|---|---|---|---|---|
| **E. Taxes and Other Government Fees** | | **$479.00** | | |
| 01 Recording Fees          Deed:         Mortgage: $200.00 | | $425.00 | | |
| 02 Substitution of Trustee and Full Reconveyance     to Los Angeles County Recorder | | $54.00 | | |
| **F. Prepaids** | | **$10,877.37** | | |
| 01 Homeowner's Insurance Premium (  mo.) | | | | |
| 02 Mortgage Insurance Premium (  mo.) | | | | |
| 03 Prepaid Interest ($289.47 per day from 11/27/19 to 12/1/19) | | $1,157.89 | | |
| 04 Property Taxes (  mo.) | | | | |
| 05 12 months Hazard Insurance Premium to State Farm | | $1,328.00 | | |
| 06 2019-20 1st Installment (6mo) Property Taxes to Los Angeles County Treasurer-Tax Collector | | $8,391.48 | | |
| **G. Initial Escrow Payment at Closing** | | **$8,326.32** | | |
| 01 Homeowner's Insurance  $110.67 per month for 4 mo. | | $442.68 | | |
| 02 Mortgage Insurance             per month for  mo. | | | | |
| 03 Property Taxes              per month for  mo. | | | | |
| 04 Propertytax        $1,387.72 per month for 6 mo. | | $8,326.32 | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 Aggregate Adjustment | | -$442.68 | | |
| **H. Other** | | | | |
| 01 | | | | |
| 02 | | | | |
| 03 | | | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| **I. TOTAL OTHER COSTS (Borrower-Paid)** | | **$19,682.69** | | |
| Other Costs Subtotals (E + F + G + H) | | $19,682.69 | | |
| **J. TOTAL CLOSING COSTS (Borrower-Paid)** | | **$49,570.69** | | |
| Closing Costs Subtotals (D + I) | | $49,570.69 | | |
| Lender Credits | | | | |

## Payoffs and Payments

Use this table to see a summary of your payoffs and payments to others from your loan amount.

| TO | AMOUNT |
|---|---|
| 01 Payoff to Pacific Private Money Dba Yccs | $509,500.61 |
| 02 Payoff to Selene Finance LP | $667,461.77 |
| 03 | |
| 04 | |
| 05 | |
| 06 | |
| 07 | |
| 08 | |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| **K. TOTAL PAYOFFS AND PAYMENTS** | **$1,176,962.38** |

## Calculating Cash to Close

Use this table to see what has changed from your Loan Estimate.

| | Loan Estimate | Final | Did this change? |
|---|---|---|---|
| Loan Amount | $1,100,000.00 | $1,226,000.00 | **YES**  •This amount **increased** |
| Total Closing Costs (J) | -$41,762.00 | -$49,570.69 | **YES** |
| Closing Costs Paid Before Closing | $0 | $0 | **NO** |
| Total Payoffs and Payments (K) | -$973,318.00 | -$1,176,962.38 | **YES**  •See **Payoffs and Payments(K)** |
| **Cash to Close** | $84,920.00 | $533.07 | |
| | ☐ From ☒ To Borrower | ☒ From ☐ To Borrower | Closing Costs Financed (Paid from Your Loan Amount) $49,037.62 |



# Additional Information About This Loan

## Loan Disclosures

**Assumption**
If you sell or transfer this property to another person, your lender
- ☒ will allow, under certain conditions, this person to assume this loan on the original terms.
- ☐ will not allow assumption of this loan on the original terms.

**Demand Feature**
Your loan
- ☐ has a demand feature, which permits your lender to require early repayment of the loan. You should review your note for details.
- ☒ does not have a demand feature.

**Late Payment**
If your payment is more than 15 days late, your lender will charge a late fee of  5% of your overdue payment of principal and interest.

**Negative Amortization**  (Increase in Loan Amount)
Under your loan terms, you
- ☐ are scheduled to make monthly payments that do not pay all of the interest due that month. As a result, your loan amount will increase (negatively amortize), and your loan amount will likely become larger than your original loan amount. Increases in your loan amount lower the equity you have in this property.
- ☐ may have monthly payments that do not pay all of the interest due that month. If you do, your loan amount will increase (negatively amortize), and, as a result, your loan amount may become larger than your original loan amount. Increases in your loan amount lower the equity you have in this property.
- ☒ do not have a negative amortization feature.

**Partial Payments**
Your lender
- ☐ may accept payments that are less than the full amount due (partial payments) and apply them to your loan.
- ☐ may hold them in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.
- ☒ does not accept any partial payments.
If this loan is sold, your new lender may have a different policy.

**Security Interest**
You are granting a security interest in
840 S Dunsmuir Ave , Los Angeles , CA 90036

You may lose this property if you do not make your payments or satisfy other obligations for this loan.

**Escrow Account**
**For now,** your loan
- ☒ will have an escrow account (also called an "impound" or "trust" account) to pay the property costs listed below. Without an escrow account, you would pay them directly, possibly in one or two large payments a year. Your lender may be liable for penalties and interest for failing to make a payment.

| Escrow | | |
|---|---|---|
| Escrowed Property Costs over Year 1 | $17,980.68 | Estimated total amount over year 1 for your escrowed property costs: *Homeowner's Insurance Propertytax* |
| Non-Escrowed Property Costs over Year 1 | $0.00 | Estimated total amount over year 1 for your non-escrowed property costs: <br><br> You may have other property costs. |
| Initial Escrow Payment | $8,326.32 | A cushion for the escrow account you pay at closing. See Section G on page 2. |
| Monthly Escrow Payment | $1,498.39 | The amount included in your total monthly payment. |

- ☐ will not have an escrow account because ☐ you declined it ☐ your lender does not offer one. You must directly pay your property costs, such as taxes and homeowner's insurance. Contact your lender to ask if your loan can have an escrow account.

| No Escrow | |
|---|---|
| Estimated Property Costs over Year 1 | Estimated total amount over year 1. You must pay these costs directly, possibly in one or two large payments a year. |
| Escrow Waiver Fee | |

**In the future,**
Your property costs may change and, as a result, your escrow payment may change. You may be able to cancel your escrow account, but if you do, you must pay your property costs directly. If you fail to pay your property taxes, your state or local government may (1) impose fines and penalties or (2) place a tax lien on this property. If you fail to pay any of your property costs, your lender may (1) add the amounts to your loan balance, (2) add an escrow account to your loan, or (3) require you to pay for property insurance that the lender buys on your behalf, which likely would cost more and provide fewer benefits than what you could buy on your own.

## Adjustable Interest Rate (AIR) Table

| | |
|---|---|
| Index + Margin | 1 Year LIBOR + 4.5% |
| Initial Interest Rate | 8.5% |
| Minimum/Maximum Interest Rate | 8.5%/13.5% |
| **Change Frequency** | |
| First Change | Beginning of 61st month |
| Subsequent Changes | Every  12th month after first change |
| **Limits on Interest Rate Changes** | |
| First Change | 2% |
| Subsequent Changes | 2% |



## Loan Calculations

| | |
|---|---|
| **Total of Payments.** Total you will have paid after you make all payments of principal, interest, mortgage insurance, and loan costs, as scheduled. | $3,424,721.86 |
| **Finance Charge.** The dollar amount the loan will cost you. | $2,196,461.86 |
| **Amount Financed.** The loan amount available after paying your upfront finance charge. | $1,197,214.11 |
| **Annual Percentage Rate (APR)** Your costs over the loan term expressed as a rate. This is not your interest rate. | 8.76% |
| **Total Interest Percentage (TIP)** The total amount of interest that you will pay over the loan term as a percentage of your loan amount. | 176.903% |

## Other Disclosures

**Appraisal**
If the property was appraised for your loan, your lender is required to give you a copy at no additional cost at least 3 days before closing. If you have not received it yet, please contact your lender at the information listed below.

**Contract Details**
See your note and security instrument for information about
- what happens if you fail to make your payments,
- what is a default on the loan,
- situations in which your lender can require early repayment of the loan, and
- the rules for making payments before they are due.

**Liability after Foreclosure**
If your lender forecloses on this property and the foreclosure does not cover the amount of unpaid balance on this loan,
- ☒ state law may protect you from liability for the unpaid balance. If you refinance or take on any additional debt on this property, you may lose this protection and have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information.
- ☐ state law does not protect you from liability for the unpaid balance.

**Refinance**
Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan.

**Tax Deductions**
If you borrow more than this property is worth, the interest on the loan amount above this property's fair market value is not deductible from your federal income taxes. You should consult a tax advisor for more information.

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

## Contact Information

| | Lender | Mortgage Broker | Settlement Agent |
|---|---|---|---|
| **Name** | ▮▮▮▮▮ | Alpha Home Loans, Inc | ▮▮▮▮▮ |
| **Address** | ▮▮▮▮▮ | 4864 Rockhingam Groove, Riverside, CA 92509 | ▮▮▮▮▮ |
| **NMLS ID** | ▮▮ | 786085 | |
| **CA License ID** | ▮▮ | 01526580 | |
| **Contact** | ▮▮▮▮▮ | Daniel Solomon Rauch | ▮▮▮▮▮ |
| **Contact NMLS ID** | ▮ | 233258 | |
| **Contact CA License ID** | ▮ | 00956974 | |
| **Email** | ▮▮▮▮▮ | drfinancial13@gmail.com | ▮▮▮▮▮ |
| **Phone** | ▮▮▮▮ | (323)465-2150 | ▮▮▮▮ |

## Confirm Receipt

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.



David D. Lee                                   Date
11/06/19 03:23:44 PM PST

# DocMagic eSign Certificate

| eSign Id: | 47188480 | Reference Id: | 2019070051 | From: | PETER PAIK | Status: | Signed |
|---|---|---|---|---|---|---|---|
| Documents Type: | CLOSING DISCLOSURE DOCUMENTS | Loan Id: | 2019070051 | Documents: | 1 | Signatures: | Y |

## List of Signers

| Name/Email | Signature | Created Date | Started Date | Consented Date | Viewed Date | Completed Date |
|---|---|---|---|---|---|---|
| DAVID D. LEE<br>dlcpas@gmail.com | *David D Lee* | 11/06/19<br>12:48:42 PM | 11/06/19<br>03:22:34 PM | 11/06/19<br>03:22:42 PM | 11/06/19<br>03:22:49 PM | 11/06/19<br>03:23:44 PM |

## Audit Log

| Date/Time | Person | IP Address | Action |
|---|---|---|---|
| 11/06/19 12:48:42 PM | SYSTEM USER | 10.1.100.57 | eSign event created |
| 11/06/19 12:48:43 PM | DAVID D. LEE | 10.1.100.57 | Invitation sent to dlcpas@gmail.com |
| 11/06/19 03:22:34 PM | DAVID D. LEE | 104.0.130.57 | eSign event started |
| 11/06/19 03:22:42 PM | DAVID D. LEE | 104.0.130.57 | Consented to DocMagic eSign |
| 11/06/19 03:22:48 PM | DAVID D. LEE | 104.0.130.57 | Approved electronic representation of signature - "David D Lee" |
| 11/06/19 03:22:49 PM | DAVID D. LEE | 104.0.130.57 | Disclosure version 5 prepared on November 6, 2019, 12:48 pm PST displayed |
| 11/06/19 03:23:44 PM | DAVID D. LEE | 104.0.130.57 | eSign event signing complete |
| 11/06/19 03:23:45 PM | SYSTEM USER | 104.0.130.57 | eSign event completed |
| 11/06/19 03:23:46 PM | SYSTEM USER | 104.0.130.57 | eSign Documents delivered |

## List of Documents

| Document Name | Page(s) | Mark(s) | Signer(s) |
|---|---|---|---|
| CLOSING DISCLOSURE | 5 | 1 | 1 |

Copyright (c) 2016 DocMagic, Inc. - ALL RIGHTS RESERVED

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled (*specify*)  **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]**  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/7/19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **11/7/2019** | **Joan J. Fidelson** | /s/ Joan J. Fidelson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ECF Service List:**

- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Sean C Ferry**   sferry@rasflaw.com, sferry@ecf.courtdrive.com
- **Todd S Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Nichole Glowin**   nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- **Blake J Lindemann**   Blake@lawbl.com, Nataly@lawbl.com
- **Erica T Loftis Pacheco**   erica.loftispacheco@bonialpc.com
- **Valerie Smith**   claims@recoverycorp.com
- **David A Tilem**   davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- **Edward A Treder**   cdcaecf@bdfgroup.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**   hatty.yip@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**