| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>David A. Tilem (Bar No. 103825)<br>Law Offices of David A. Tilem<br>206 North Jackson Street, Suite 201<br>Glendale, CA 91206<br>Tel: 888-257-7648 * 818-507-6000<br>Fax: 818-507-6800<br>DavidTilem@TilemLaw.com | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>NOV 07 2019<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bakchell    DEPUTY CLERK |
|---|---|
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>DAVID LEE,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-10119-RK<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): David Lee

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Notice of Motion and Motion for Order Authorizing Debtor to Obtain Credit Pursuant to §364(c)(2)

    b. *Date of filing of motion:* 11/07/2019

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: 11/07/2019

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013* | Page 1 | **F 9075-1.1.ORDER.SHORT.NOTICE**

b. ☒ The Application is granted, and it is further ordered that:

(1) ☒ A hearing on the motion will take place as follows:

| **Hearing date:** | **Place:** |
|---|---|
| **November 14, 2019** | ☒ **255 East Temple Street, Los Angeles, CA 90012** |
| **Time:** 11:30 a.m. | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
| **Courtroom:** 1675 | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
| | ☐ **411 West Fourth Street, Santa Ana, CA 92701** |
| | ☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

(A) *Deadlines:*

Date: November 8, 2019

Time: 5:00 p.m.

(B) *Persons/entities to be provided with telephonic notice:*

*Secured Creditor Selene Finance LP; Secured creditor YCCS LLC and its counsel, Baruch C. Cohen, Esquire*

☐ See attached page

(C) *Telephonic notice is also required upon* the United States trustee

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☐ one of the methods checked   ☒ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☒ First class mail   ☐ Facsimile*   ☒ Email*

(B) *Deadlines:*

Date: November 8, 2019

Time: 5:00 p.m.

(C) *Persons/entities to be served with written notice and a copy of this order:*

*Secured Creditor Selene Finance LP; Secured Creditor YCCS LLC and its counsel, Baruch C. Cohen, Esquire; 20 Largest Unsecured Creditors*

*Movant must also serve Secured Creditor Selene Finance LP; Secured Creditor YCCS LLC and its counsel, Baruch C. Cohen, Esquire by overnight mail.*

☐ See attached page

(D) S*ervice is also required upon*:
-- United States trustee *(electronic service is not permitted)*
-- ~~Judge's copy personally delivered to chambers~~
~~(*see Court Manual for address*)~~

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*   Page 2   **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked  ☒ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☒ First Class Mail  ☐ Facsimile*  ☒ Email*

(B) *Deadlines:*
Date: November 8, 2019

Time: 5:00 p.m.

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

*Secured Creditor Selene Finance LP; Secured Creditor YCCS LLC and its counsel, Baruch C. Cohen, Esquire; 20 Largest Unsecured Creditors*

*Movant must also serve Secured Creditor Selene Finance LP; Secured Creditor YCCS LLC and its counsel, Baruch C. Cohen, Esquire by overnight mail.*

☐ See attached page

(D) *Service is also required upon*:
-- United States trustee *(no electronic service permitted)*
-- ~~Judge's copy personally delivered to chambers~~
   (*~~see Court Manual for address~~*)

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

(B) *Deadlines:*
Date:

Time:

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon*:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 3                                    **F 9075-1.1.ORDER.SHORT.NOTICE**

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date: | -- All persons/entities who filed a written opposition |
| Time: | |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's Copy personally delivered to chambers |
| | (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, ~~and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:~~

☐ at least 2 days before the hearing.

☒ no later than:   Date: November 13, 2019   Time: 3:00 p.m.

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: November 7, 2019

_____
Robert Kwan
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*   Page 4   **F 9075-1.1.ORDER.SHORT.NOTICE**