```
David A. Tilem (SB # 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
     Fax:(818) 507-6800
DavidTilem@TilemLaw.com

Attorneys for Debtor
```

FILED & ENTERED

NOV 15 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

**CHANGES MADE BY COURT**

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:19-bk-10119-RK |
| | ) |
| | ) Chapter 11 |
| | ) |
| **DAVID LEE** | ) **SCHEDULING ORDER AFTER** |
| | ) **HEARING** |
| | ) |
| Debtor. | ) Date:    11/14/2019 |
| | ) Time:    11:30 AM |
| | ) Ctrm:    1675 |
| | ) Place:   255 E. Temple St. |
| | )          Los Angeles CA |

At the date and time set forth above, the Court conducted a hearing on the motion by MMRC, LLC for relief from stay (Dkt. #127).

Donna Dishbak appeared specially for Movant MMRC, LLC. David A. Tilem of the Law Offices of David A. Tilem appeared on behalf of the Debtor. There were no other appearances.

Based on the agreement of the parties to continue the hearing on the stay relief motion of MMRC, Inc., stated on the

1 record at the hearing, the court orders that the hearing on the
2 motion is continued to January 14, 2020 at 11:30 a.m. so that the
3 parties can document a proposed resolution of the motion and
4 other issues and file a motion to approve the settlement.

IT IS SO ORDERED.

###

Date: November 15, 2019

_____
Robert Kwan
United States Bankruptcy Judge

2