```
1   David A. Tilem (SB # 103825)
    LAW OFFICES OF DAVID A. TILEM
2   206 N. Jackson Street, Suite 201
    Glendale, California 91206
3   Tel: 888-257-7648 * 818-507-6000
         Fax:(818) 507-6800
4   DavidTilem@TilemLaw.com

5   Attorneys for Debtor
```

**FILED & ENTERED**

NOV 15 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) Case No. 2:19-bk-10119-RK |
| | ) |
| | ) Chapter 11 |
| | ) |
| **DAVID LEE** | ) **ORDER GRANTING DEBTOR'S** |
| | ) **MOTION (DKT. #195) FOR ORDER** |
| | ) **AUTHORIZING DEBTOR TO OBTAIN** |
| Debtor. | ) **CREDIT PURSUANT TO [11** |
| | ) **U.S.C.] §364(c)(2)** |
| | ) |
| | ) Date: November 14, 2019 |
| | ) Time: 11:00 a.m. |
| | ) Ctrm: 1675 |

    On November 7, 2019 Debtor filed a motion seeking leave to refinance his residence (Dkt. #195).  Debtor also filed an application asking that the motion be heard on short notice.  (Dkt. #196).  On November 7, 2019 the Court granted the application and issued an Order setting the motion for hearing at the date, time and place set forth above.  (Dkt. #197).

    The Court conducted a hearing on the motion (Dkt. #195) at the date, time and place set forth above.  David A. Tilem of the

Law Offices of David A. Tilem appeared on behalf of the Debtor. Baruch Cohen of the Law Office of Baruch C. Cohen appeared on behalf of creditor YCCS, LLC.  There were no other appearances.

After consideration of the moving and responding papers, the arguments of counsel and for the reasons set forth on the record,

IT IS HEREBY ORDERED:

1.   The motion is granted in full.

2.   Debtor is authorized to proceed with the financing as proposed in the motion (Dkt. #195) with escrow to close no later than November 30, 2019.

2.   The property affected by this Order is commonly known as 840 S. Dunsmuir Ave., Los Angeles, CA 90036 (the "Property"). The Assessor's Parcel Number ("APN") for the Property is believed to be 5089-020-012 and the legal description for the Property is believed to be:

> LOT 42 OF TRACT NO. 4464, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 48, PAGE 51 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY, CALIFORNIA.

In the event of any inconsistency between the street address, the APN or the legal description for the Property, the street address shall be deemed the correct description.  Interested parties, including escrow or title, are authorized to insert a corrected APN or legal description as necessary to correspond to the specified street address.

3. Debtor is authorized to borrow the sum of $1,226,000 as proposed in the motion (Dkt. #195). The loan shall be secured by a Deed of Trust against the Property in first position.

4. Escrow is authorized and directed to utilize the loan proceeds as follows:

    a. to pay all of the ordinary and necessary loan processing costs set forth on the projected closing statement attached as Exhibit 7 to the motion including, but not limited to the payment of a broker's commission;

    b. to pay in full the claim held by Selene Finance, LP.

    c. to pay the junior lienholder YCCS, LLC the sum of $495,000 in full and complete satisfaction of its lien against the Property and claim against the bankruptcy estate.

5. After payment of the foregoing, any net loan proceeds shall be remitted to borrower.

//

//

//

6.   The continued hearing for this matter set for November 27, 2019 at 9:00 a.m. is off calendar.

###

Date: November 15, 2019

_____
Robert Kwan
United States Bankruptcy Judge

4