UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:  David Lee  Debtor(s). | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| | Case Number:  2:19-bk-10119-RK  Operating Report Number: 10  For the Month Ending: 10/31/2019 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. PRE-PETITION ALLIED HEALTHCARE FEDERAL CREDIT UNION SAVINGS ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS _____ 12.20

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS _____ 0.00

3. BEGINNING BALANCE: _____ 12.20

4. RECEIPTS DURING CURRENT PERIOD: _____ 0.00

5. BALANCE: _____ 12.20

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD _____ 0.00

7. ENDING BALANCE: _____ 12.20

8. Pre-Petition Allied FCU Savings Account Number:  xxxxxx513

Depository Name & Location:
Allied Healthcare Federal Credit Union
P.O. Box 93124
Long Beach, CA  90809-3124

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM PP ALLTED HEALTHCARE FCU ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | *No Disbursements This Period | |
| | | | | |
| | | | | |
| | | | *I put in a request to close this account on | |
| | | | 5/8/19.  The bank still hasn't closed the | |
| | | | account. | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

## PRE-PETITION ALLIED HEALTHCARE FEDERAL CREDIT UNION SAVINGS ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 10/31/2019 | Balance on Statement: | $12.20 |
|---|---|---|---|

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSITS IN TRANSIT**  | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:**  | 0.00 |

Bank statement Adjustments: _____

Explanation of Adjustments-

**ADJUSTED BANK BALANCE:**  | $12.20 |

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment



**Allied**Healthcare
Federal Credit Union
PO BOX 93124   LONG BEACH CA 90809-3124
www.ahfcu.org   (562) 933-0370



DAVID D LEE
840 S DUNSMUIR AVE
LOS ANGELES CA 90036

Account Balances at a Glance:
Account Number:          XXXXXXX513
Savings:                       $12.20

Relationship: Valued Member

Statement Period: 10/01/2019 thru 10/31/2019

## ACCOUNT SUMMARY

| Type | Starting Balance | Total Deposits | Total Withdrawals | Ending Balance |
|---|---|---|---|---|
| SAVINGS | 12.20 | 0.00 | 0.00 | 12.20 |
| CHECKING | 0.00 | 0.00 | 0.00 | 0.00 |

### ID 0001 - SAVINGS                                 Dividends Paid: $0.00

| Date | Transaction Description | Amount | Balance |
|---|---|---|---|
| 10/01/2019 | *Beginning Balance* | | 12.20 |
| 10/31/2019 | *Ending Balance* | | 12.20 |

### ID 0075 - CHECKING                                 Dividends Paid: $0.00

| Date | Transaction Description | Amount | Balance |
|---|---|---|---|
| 10/01/2019 | *Beginning Balance* | | 0.00 |
| 10/31/2019 | *Ending Balance* | | 0.00 |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

## YEAR TO DATE SUMMARY

| | |
|---|---|
| Total Year To Date Dividends Paid | 0.00 |

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| David Lee | Case Number: 2:19-bk-10119-RK |
| | Operating Report Number: 10 |
| Debtor(s). | For the Month Ending: 10/31/2019 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. PRE-PETITION PENFED CREDIT UNION SAVINGS ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     17,510.55

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     17,505.55

3. BEGINNING BALANCE:     5.00

4. RECEIPTS DURING CURRENT PERIOD:     0.00

5. BALANCE:     5.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD     0.00

7. ENDING BALANCE:     5.00

8. Pre-Petition PENFED Savings Account Number:    xxxxxx7016

Depository Name & Location:
PENFED Credit Union
Box 1432
Alexandria, VA  22313-2302

\*   All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM PREFERRED CREDIT UNION ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | No Disbursements This Period | |
| | | | | |
| | | *The bank statement dates are overlapping.  I've attached both bank statements and only transactions in October are included. | |
| | | | | |
| | | **The bank has refused to close the account.  I'm keeping a minimum balance. | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

## PRE-PETITION PENFED CREDIT UNION SAVINGS ACCOUNT
## BANK RECONCILIATION

| | | |
|---|---|---|
| Bank statement Date: | 10/31/2019 | Balance on Statement: | $5.00 |

**Plus deposits in transit (a):**

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSITS IN TRANSIT**                    0.00

**Less Outstanding Checks (a):**

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:**                    0.00

**Bank statement Adjustments:** _____

**Explanation of Adjustments-**

**ADJUSTED BANK BALANCE:**                    $5.00

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

# CONSOLIDATED STATEMENT

**PENFED** CREDIT UNION

Box 1432, Alexandria, VA 22313-2302 • 800-247-5626
PenFed.org • MemberExperience@PenFed.org

For the Period: **09/23/19 thru 10/23/19**

Member Name: **DAVID LEE**

Member Number:    **7387**

DAVID LEE
840 S DUNSMUIR AVE
LOS ANGELES, CA 90036-

## Summary of Accounts

### Deposit Accounts

| Account | Account Number | Ending Balance Last Statement | Ending Balance This Statement |
|---|---|---|---|
| **Regular Share Account** | 7387- | **$5.00** | **$5.00** |
| Total Deposit Accounts | | $5.00 | $5.00 |

### Overview of Accounts

| Year-to-Date Dividend on non-IRA Accounts | Year-to-Date Certificate Penalty | Year-to-Date Finance Charges | IRA Contribution 2018 | IRA Contribution 2019 |
|---|---|---|---|---|
| **$0.02** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## Regular Share Account

### Summary for Account Number:    7387·

Joint Owner or Beneficiary if indicated: Peyton & Erin Lee, Bnf

| Balance Last Statement (09/23/19) | Total Debits This Period | Total Credits This Period | Ending Balance (10/23/19) |
|---|---|---|---|
| **$5.00** | **$0.00** | **$0.00** | **$5.00** |

Annual Percentage Yield Earned

| .00% based on 30 days |
|---|

### Account Activity

| Date | Description | Activity | Other Charges | Balance |
|---|---|---|---|---|
| 09/23/19 | Previous Balance | | | $5.00 |
| 10/23/19 | Ending Balance | | | $5.00 |

| Regular Savings Annual Percentage Yield (APY): 0.05% September and October |
|---|

**Pentagon Federal Credit Union**

Current Date and Time (Eastern)
Thursday, November 14, 2019 11:01:18 AM

Click here to print this page

Return to Previous Page

**Checking, Savings and Money Market Accounts**

| Account Name | Account Number | Available Balance | Current Balance |
|---|---|---|---|
| Regular Savings | ***7016 Display | $0.00 | $5.00 |

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| David Lee | Case Number: | 2:19-bk-10119-RK |
| | Operating Report Number: | 10 |
| Debtor(s). | For the Month Ending: | 10/31/2019 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. GENERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          95,307.50

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          95,520.75
ACCOUNT REPORTS

3. BEGINNING BALANCE:          (213.25)

4. RECEIPTS DURING CURRENT PERIOD:          11,586.60

5. BALANCE:          11,373.35

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD          9,253.22

7. ENDING BALANCE:          2,120.13

8. General DIP Account Number:          xxxxxx1914

Depository Name & Location:          Wells Fargo Bank, N.A.
          P.O. Box 6995
          Portland, OR  97228-6995

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM GENERAL DIB ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 10/7/2019 | 127 | Mario Rojas | Repair & Maintenance: Gardening | 300.00 |
| 10/15/2019 | 128 | Ricardo Martinez | Structural Engineering Fee | 1,000.00 |
| 10/15/2019 | 129 | Ricardo Martinez | Design Fee | 1,500.00 |
| 10/31/2019 | 130 | Void | Void | 0.00 |
| 10/31/2019 | 131 | US Trustee | Quarterly Fee | 650.00 |
| | | | | |
| 10/1/2019 | EFT | Wasmo Run Corp. | Gas | 25.17 |
| 10/1/2019 | Cash | David Lee | Gas, Dining, & Personal Expenses | 300.00 |
| 10/3/2019 | EFT | Wells Fargo | Service Fee | 35.00 |
| 10/3/2019 | Cash | Victor Gonzalez | Repair & Maintenance: Day Worker | 200.00 |
| 10/4/2019 | EFT | FedEx | Postage/Shipping | 48.97 |
| 10/4/2019 | EFT | LA City Parking | Parking Fee | 1.00 |
| 10/8/2019 | EFT | J2Fax.com | Utilities: Fax | 10.99 |
| 10/8/2019 | EFT | Progressive Insurance | Insurance Expense | 617.77 |
| 10/11/2019 | EFT | Metlife | Insurance Expense | 300.00 |
| 10/15/2019 | Cash | Jorge Juarez | Repair & Maintenance: Day Worker | 100.00 |
| 10/15/2019 | EFT | 76 | Gas | 25.02 |
| 10/17/2019 | EFT | Experian | Credit Report | 29.99 |
| 10/17/2019 | Cash | David Lee | Gas & Dining | 60.00 |
| 10/21/2019 | EFT | Verizon Wireless | Cell Phone Accessory | 30.25 |
| 10/24/2019 | EFT | YouTube TV | Utilities: Cable | 49.99 |
| 10/28/2019 | EFT | Choice Meat Market | Groceries | 46.54 |
| 10/28/2019 | EFT | California Supermarket | Groceries | 33.73 |
| 10/28/2019 | EFT | Big 5 Sporting Goods | Clothing | 158.75 |
| 10/28/2019 | Cash | David Lee | Gas, Dining, & Personal Expenses | 100.00 |
| 10/30/2019 | EFT | Debbie Tyrell | Bookkeeping | 306.00 |
| 10/31/2019 | EFT | Home Depot | Repair & Maintenance: Supplies | 16.47 |
| 10/31/2019 | EFT | Selena Finance | Mortgage | 3,307.58 |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 9,253.22 |

GENERAL DIP ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____10/31/2019_____   Balance on Statement: _____$6,703.67_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT | | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 123 | 8/30/2019 | 625.96 |
| 131 | 10/31/2019 | 650.00 |
| EFT | 10/31/2019 | 3,307.58 |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: | | | 4,583.54

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE: | | | $2,120.13

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>David Lee<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 2:19-bk-10119-RK<br>Operating Report Number: 10<br>For the Month Ending: 10/31/2019 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. GRAPE STREET CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 25,012.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 6,019.00

3. BEGINNING BALANCE: — 18,993.00

4. RECEIPTS DURING CURRENT PERIOD: — 3,668.00

5. BALANCE: — 22,661.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to 120th Street DIP Acct (from page 2) — 851.00
   Disbursements (from page 2) — 0.00

   TOTAL DISBURSEMENTS THIS PERIOD: — 851.00

7. ENDING BALANCE: — 21,810.00

8. Grape St. Cash Collateral DIP Account Number: xxxxxx0011

   Depository Name & Location:
   Wells Fargo Bank, N.A.
   P.O. Box 6995
   Portland, OR 97228-6995

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM GRAPE ST. CASH COLLAT ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 10/31/2019 | EFT | xxxxxx5003 | Transfer to 120th Street CC DIP | 851.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 851.00 |

## GRAPE STREET CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: ___10/31/2019___    Balance on Statement: ___$21,810.00___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

TOTAL DEPOSITS IN TRANSIT                                              | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL OUTSTANDING CHECKS:                                             | 0.00 |

Bank statement Adjustments:                                           | _____ |
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                | $21,810.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>David Lee<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 2:19-bk-10119-RK<br>Operating Report Number: 10<br>For the Month Ending: 10/31/2019 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. TAX DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          100.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          70.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          30.00

4.  RECEIPTS DURING CURRENT PERIOD:          0.00

5.  BALANCE:          30.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD          10.00

7.  ENDING BALANCE:          20.00

8.  Tax DIP Account Number:          xxxxxx0029
          Wells Fargo Bank, N.A.
Depository Name & Location:          P.O. Box 6995
          Portland, OR  97228-6995

\*  All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM TAX DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 10/31/2019 | EFT | Wells Fargo | Service Fee | 10.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL DISBURSEMENTS THIS PERIOD:** | 10.00 |

TAX DIP ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 10/31/2019 | Balance on Statement: | $20.00 |
|---|---|---|---|

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSITS IN TRANSIT**       0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:**       0.00

Bank statement Adjustments:
Explanation of Adjustments-

**ADJUSTED BANK BALANCE:**       $20.00

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

# Wells Fargo Combined Statement of Accounts



October 31, 2019 ■ Page 1 of 7

DAVID D LEE
DEBTOR IN POSSESSION
CH11 CASE 19-10119 (CCA)
840 S DUNSMUIR AVE
LOS ANGELES CA 90036-4732

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ✓ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 1914 | 562.71 | 6,703.67 |
| Wells Fargo Everyday Checking | 4 | 0011 | 18,993.00 | 21,810.00 |
| Wells Fargo Everyday Checking | 5 | 0029 | 30.00 | 20.00 |
| **Total deposit accounts** | | | **$19,585.71** | **$28,533.67** |

(114)
Sheet Seq = 0075904

**WELLS FARGO**

# Wells Fargo Everyday Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $562.71 |
| Deposits/Additions | 11,586.60 |
| Withdrawals/Subtractions | - 5,445.64 |
| **Ending balance on 10/31** | **$6,703.67** |

Account number:    **1914**

**DAVID D LEE**
**DEBTOR IN POSSESSION**
**CH11 CASE 19-10119 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

### Overdraft Protection
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/1 | | Online Transfer From David D. Lee CPA, Business Checking xxxxxx9267 Ref #Ib06x3Hts4 on 09/30/19 | 500.00 | | |
| 10/1 | | Online Transfer From Qandys.Com, Inc. Business Checking xxxxxx3382 Ref #Ib06x3Hw7K on 09/30/19 | 500.00 | | |
| 10/1 | | Purchase authorized on 10/01 Wasmo Run Corp. Los Angeles CA P00000000987082698 Card 0614 | | 25.17 | |
| 10/1 | | ATM Withdrawal authorized on 10/01 3150 Wilshire Blvd. Los Angeles CA 0009536 ATM ID 0763E Card 0614 | | 300.00 | 1,237.54 |
| 10/3 | | NSF Return Item Fee for a Transaction Received on 10/02 $3,307.58 Check # 00125 | | 35.00 | |
| 10/3 | | ATM Withdrawal authorized on 10/03 3150 Wilshire Blvd. Los Angeles CA 0009289 ATM ID 0763D Card 0614 | | 200.00 | 1,002.54 |
| 10/4 | | Recurring Payment authorized on 10/02 Fedex 814241870940 Memphis TN S589275476686672 Card 0614 | | 48.97 | |
| 10/4 | | Purchase authorized on 10/02 LA City Parking ME Los Angeles CA S469275803549956 Card 0614 | | 1.00 | 952.57 |
| 10/7 | 127 | Check | | 300.00 | 652.57 |
| 10/8 | | Online Transfer From Qandys.Com, Inc. Business Checking xxxxxx3382 Ref #Ib06Y9Zmcc on 10/08/19 | 1,500.00 | | |
| 10/8 | | Recurring Payment authorized on 10/07 J2 * Fax.Com 888-429-4615 CA S469280405030077 Card 0614 | | 10.99 | |
| 10/8 | | Prog West Ins Prem 191008 xxxxx6607 Lee D Lee David | | 617.77 | 1,523.81 |
| 10/11 | | Metlife Payment 191011 50001789220 Qandys.Com, Inc | | 300.00 | 1,223.81 |
| 10/15 | 128 | Deposited OR Cashed Check | | 1,000.00 | |
| 10/15 | | ATM Withdrawal authorized on 10/14 3150 Wilshire Blvd. Los Angeles CA 0008481 ATM ID 0763G Card 0614 | | 100.00 | |
| 10/15 | | Purchase authorized on 10/14 76 - Sinaco Oil CO Los Angeles CA S469287702940615 Card 0614 | | 25.02 | 98.79 |
| 10/16 | | Online Transfer From Qandys.Com, Inc. Business Checking xxxxxx3382 Ref #Ib06Zhd7Kk on 10/16/19 | 250.00 | | |
| 10/16 | 119 | Check | | 150.00 | 198.79 |
| 10/17 | | Recurring Payment authorized on 10/16 Experian* Credit R 479-3436237 CA S589289443916005 Card 0614 | | 29.99 | |
| 10/17 | | ATM Withdrawal authorized on 10/16 3150 Wilshire Blvd. Los Angeles CA 0009544 ATM ID 0763G Card 0614 | | 60.00 | 108.80 |
| 10/18 | | Online Transfer From Qandys.Com, Inc. Business Checking xxxxxx3382 Ref #Ib06Zx4Wvg on 10/18/19 | 1,500.00 | | |
| 10/18 | 129 | Check | | 1,500.00 | 108.80 |

October 31, 2019  ■  Page 3 of 7



WELLS
FARGO

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/21 | | Purchase authorized on 10/21 Verizon Wrls P3879-01 Los Angeles CA P00589294665951247 Card 0614 | | 30.25 | 78.55 |
| 10/24 | | Recurring Payment authorized on 10/23 Google *Youtube Tv 855-836-3987 CA S469296655142476 Card 0614 | | 49.99 | 28.56 |
| 10/28 | | Online Transfer From Qandys.Com, Inc. Business Checking xxxxxx3382 Ref #Ib072Yxc52 on 10/26/19 | 1,000.00 | | |
| 10/28 | | Purchase authorized on 10/26 Choice Meat Market Los Angeles CA S389300019114802 Card 0614 | | 46.54 | |
| 10/28 | | Purchase authorized on 10/26 California Supe Los Angeles CA P00000000187432683 Card 0614 | | 33.73 | |
| 10/28 | | Purchase authorized on 10/27 Big 5 Sporting Goods 2 Los Angeles CA P0000000780434699 Card 0614 | | 158.75 | |
| 10/28 | | ATM Withdrawal authorized on 10/28 3150 Wilshire Blvd. Los Angeles CA 0003308 ATM ID 0763E Card 0614 | | 100.00 | 689.54 |
| 10/29 | | Zelle From Antonia Rojas on 10/29 Ref # Jpm286153263 | 1.00 | | |
| 10/29 | | Zelle From Antonia Rojas on 10/29 Ref # Jpm286154382 Candy | 1,535.60 | | |
| 10/29 | | Zelle From Moon Steve on 10/29 Ref # Baccc53Ee94A Taxes | 500.00 | | |
| 10/29 | | Online Transfer From Qandys.Com, Inc. Business Checking xxxxxx3382 Ref #Ib0738Mgn7 on 10/29/19 | 2,000.00 | | 4,726.14 |
| 10/30 | | Zelle to Tyrell Deborah on 10/30 Ref #Rp073Dx7Vy | | 306.00 | 4,420.14 |
| 10/31 | | Online Transfer From Qandys.Com, Inc. Business Checking xxxxxx3382 Ref #Ib073Mqcyn on 10/31/19 | 2,300.00 | | |
| 10/31 | | Purchase authorized on 10/31 The Home Depot #6673 El Monte CA P00389304620173740 Card 0614 | | 16.47 | 6,703.67 |
| **Ending balance on 10/31** | | | | | 6,703.67 |
| **Totals** | | | **$11,586.60** | **$5,445.64** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 119 | 10/16 | 150.00 | 128 | 10/15 | 1,000.00 | 129 | 10/18 | 1,500.00 |
| 127 * | 10/7 | 300.00 | | | | | | |

* Gap in check sequence.

## Items returned unpaid

| Date | Description | Amount |
|---|---|---|
| 10/3 | Check Reference # 00007340008717673864 | 3,307.58 |

## Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $35.00 | $35.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

Sheet Seq = 0075905

October 31, 2019 ■ Page 4 of 7



## Monthly service fee summary (continued)

| Fee period 10/01/2019 - 10/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $28.56 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 12 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)　　　☐
RC/RC

# Wells Fargo Everyday Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $18,993.00 |
| Deposits/Additions | 3,668.00 |
| Withdrawals/Subtractions | - 851.00 |
| **Ending balance on 10/31** | **$21,810.00** |

Account number:　　0011

**DAVID D LEE**
**CASH COLLATERAL**
**DEBTOR IN POSSESSION**
**CH11 CASE 19-10119 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/31 | | Deposit Made In A Branch/Store | 754.00 | | |
| 10/31 | | Online Transfer From David D. Lee CPA, Business Checking xxxxxx9267 Ref #Ib073Mqgxt on 10/31/19 | 2,914.00 | | |
| 10/31 | | Online Transfer to Lee D Everyday Checking xxxxxx5003 Ref #Ib073Mqn6Z on 10/31/19 | | 851.00 | 21,810.00 |
| **Ending balance on 10/31** | | | | | **21,810.00** |
| **Totals** | | | **$3,668.00** | **$851.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2019 - 10/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

October 31, 2019 ▪ Page 5 of 7



WELLS
FARGO

## Monthly service fee summary *(continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $18,993.00 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 – 24 ($10.00 discount)     ☐
RC/RC

# Wells Fargo Everyday Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $30.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 10/31** | **$20.00** |

Account number:       0029

**DAVID D LEE**
**TAX**
**DEDEBTOR IN POSSESSION**
**CH11 CASE 19-10119 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/31 | | Monthly Service Fee | | 10.00 | 20.00 |
| **Ending balance on 10/31** | | | | | **20.00** |
| **Totals** | | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2019 - 10/31/2019 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $30.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |

Sheet Seq = 0075906

October 31, 2019 ▪ Page 6 of 7

**WELLS FARGO**

---

*Monthly service fee summary (continued)*

| | Minimum required | This fee period |
|---|---|---|
| **How to avoid the monthly service fee** | | |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)   ☐

RC/RC

October 31, 2019  ■  Page 7 of 7

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.      $ _____

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

→  + $ _____

**C**  Add **A** and **B** to calculate the subtotal.      = $ _____

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

→  - $ _____

**E**  **Subtract** **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.      = $ _____

## General statement policies for Wells Fargo Bank

■  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■  **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801      Member FDIC.

Sheet Seq = 0075907

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>David Lee<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 2:19-bk-10119-RK<br>Operating Report Number: 10<br>For the Month Ending: 10/31/2019 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. 120TH STREET CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      6,788.00

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      484.40

3. BEGINNING BALANCE:      6,303.60

4. RECEIPTS DURING CURRENT PERIOD:      1,401.00

5. BALANCE:      7,704.60

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD      0.00

7. ENDING BALANCE:      7,704.60

8. 120th St Cash Collateral DIP Account Number:    xxxxxx5003

      Depository Name & Location:

      Wells Fargo Bank, N.A.
      P.O. Box 6995
      Portland, OR  97228-6995

\*   All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM MAIN STREET CP DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | No Disbursements This Period | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

# 120TH STREET CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date:  _10/31/2019_  Balance on Statement:  $7,704.60

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSITS IN TRANSIT** 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:** 0.00

Bank statement Adjustments: _____

Explanation of Adjustments-

**ADJUSTED BANK BALANCE:** $7,704.60

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

# Wells Fargo Everyday Checking

October 31, 2019 ■ Page 1 of 3



DAVID D LEE
CASH COLLATERAL
DEBTOR IN POSSESSION
CH11 CASE #19-10119 (CCA)
840 S DUNSMUIR AVE
LOS ANGELES CA 90036-4732

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $6,303.60 |
| Deposits/Additions | 1,401.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 10/31** | **$7,704.60** |

Account number:    **5003**

**DAVID D LEE**
**CASH COLLATERAL**
**DEBTOR IN POSSESSION**
**CH11 CASE #19-10119 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(114)
Sheet Seq = 0007514

October 31, 2019  ■  Page 2 of 3


WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|-------------|---------------------|---------------------------|----------------------|
| 10/1 | | Edeposit IN Branch/Store 10/01/19 04:27:22 Pm 1902 W Rosecrans Ave Compton CA | 550.00 | | 6,853.60 |
| 10/31 | | Online Transfer From Lee D Everyday Checking xxxxxx0011 Ref #Ib073Mqn6Z on 10/31/19 | 851.00 | | 7,704.60 |
| **Ending balance on 10/31** | | | | | 7,704.60 |
| **Totals** | | | **$1,401.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2019 - 10/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $6,853.60 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)        ☐

RC/RC

October 31, 2019 ▪ Page 3 of 3


WELLS FARGO

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.          $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

→ + $ _____

**C** Add **A** and **B** to calculate the subtotal.          = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

→ − $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.          = $ _____

## General statement policies for Wells Fargo Bank

▪ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

▪ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.

Sheet Seq = 0007515

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
### AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| BSI Financial (4428) - Grape Street | Monthly | 2,918.00 | 9 | 339,902.00 |
| Chase (1409) - Fiat | Monthly | 284.51 | 0 | 9,939.41 |
| LA Co Treasurer (3037) - Dunsmuir Ave. | Semi-Annual | Approx 8,000.00 | 1 | 8,022.94 |
| Loan Care, LLC (1300) - 120th Street | Monthly | 1,686.71 | 9 | 225,546.39 |
| Pacific Private Money (0925) - Dunsmuir | Monthly | 5,019.00 | 9 | 445,171.00 |
| PENFED Federal Credit Union - Hyundai | Monthly | 625.96 | 2 | 8,251.92 |
| Selena Finance (4007) - Dunsmuir (Previously US Bank) | Monthly | 3,307.58 | 4 | 633,485.58 |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 1,670,319.24 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| Homeowners (Dunsmuir) | State Farm | 481,000.00 | 10/19/2020 | 10/19/2020 |
| Homeowners (Grape) | State Farm | 394K/39K/1 Million | 4/14/2020 | 4/14/2020 |
| Homeowners (120th St) | State Farm | 173K/17.3K/500K | 10/6/2020 | 10/6/2020 |
| Vehicle (Hyundai) | State Farm | 100K/50K/30K | 1/15/2020 | 1/15/2020 |
| Vehicle (Fiat) | Drive Insurance | 15K/10K/15K | 4/4/2020 | 4/4/2020 |
| Vehicle (Lexus) | Drive Insurance | 15K/10K/15K | 4/4/2020 | 4/4/2020 |
| Vehicle (Ford) | Drive Insurance | 15K/10K/15K | 4/4/2020 | 4/4/2020 |
| Others: | | | | |
| | | | | |

I.D SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

| | |
|---|---:|
| Pre-Petition Allied Healthcare FCU Savings Account (513): | 12.20 |
| Pre-Petition PENFED Credit Union Savings Account (7016): | 5.00 |
| General DIP Account (1914): | 2,120.13 |
| Grape Street Cash Collateral DIP Account (0011): | 21,810.00 |
| Tax DIP Account (0029): | 20.00 |
| 120th Street Cash Collateral DIP Account (5003): | 7,704.60 |
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**                                                          31,671.93

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**                                       0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2019 | 41,473.10 | 650.00 | 1-May-2019 | 650.00 | 0.00 |
| 30-Jun-2019 | 39,640.84 | 650.00 | 27-Jul-2019 | 650.00 | 0.00 |
| 30-Sep-2019 | 40,964.47 | 650.00 | 31-Oct-2019 | 650.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

# VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## XI. QUESTIONNAIRE

|  | No | Yes |
|---|---|---|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:

    No: X   Yes: ____

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:

    No: X   Yes: ____

3. State what progress was made during the reporting period toward filing a plan of reorganization:
    1. An interim fee application was prepared and filed by counsel.
    2. A motion to refinance Detor's residence was being prepared.
    3. A supplemental reply was filed in response to a relief from stay motion filed by YCCS, LLC.
    4. A settlement was being discussed in response to a relief from stay motion filed by MMRC, LLC.
    5. Settlement discussions were initiated regarding a relief from stay motion filed by Rehabbers Financial, Inc.
    6. Debtor responded to a compliance motion filed by the US Trustee.
    7. Debtor continued discussions with other creditors towards achieving plan treatment stipulations.

4. Describe potential future developments which may have a significant impact on the case:
   The home refinance motion needs to be resolved and the relief from stay negotiations need to either come to fruition or be resolved by the Court.  Once the home refinance is completed, Debtor can begin work in earnest on a Plan and Discloure Statement.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.  None

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.

    X   ____

I, David Lee,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_11/18/19_
Date

_____
Principal for debtor-in-possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled **MONTHLY OPERATING REPORT #10**  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/19/19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Todd S Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Nichole Glowin**   nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- **Valerie Smith**   claims@recoverycorp.com
- **David A Tilem**   davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;MalissaMurguia@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- **Edward A Treder**   cdcaecf@bdfgroup.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**   hatty.yip@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  **11/19/19,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Gary Baddin, Analyst
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_____**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/19/19 | Joan J. Fidelson | /s/Joan J. Fidelson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.