| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>David A. Tilem<br>Law Offices of David A. Tilem<br>206 North Jackson Street, #201<br>Glendale, CA 91206<br>Tel: 888-257-7648  818-507-6000<br>Fax: 818-507-6000<br>DavidTilem@Tilemlaw.com<br><br>☒ *Attorney for*: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>NOV 20 2019<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bakchell  **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>David Lee<br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-10119-RK<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: November 19, 2019<br>TIME: 2:30 pm<br>COURTROOM: 1675<br>PLACE: 255 East Temple Street, Los Angeles, CA 90012 |

1. Name of Applicant (*specify*): Law Offices of David A. Tilem

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:

   a. ☒ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☐ Other persons present as reflected in the court record

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 2016-1.3.ORDER.PAYMENT.FEES**

4. Applicant gave the required notice of the Application on (*specify date*): <u>October 22, 2019</u>

5. The court orders as follows:
   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed:  $ <u>54,125.00</u>
      (2) ☐ Amount or percentage authorized for payment at this time: _____

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ <u>$1,391.84</u>

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice

      (2) Grounds for denial (*specify*):


   f. ☐ The court further orders (*specify*):



###


Date: November 20, 2019

_____
Robert Kwan
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 2016-1.3.ORDER.PAYMENT.FEES