David A. Tilem (SBN 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
    Fax: 818-507-6800
DavidTilem@TilemLaw.com

Attorneys for Debtor and Debtor-
    In-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) **Case No. 2:19-bk-10119-RK** |
| | ) |
| | ) Chapter 11 |
| | ) |
| | ) **DEBTOR'S OPPOSITION TO UNITED** |
| | ) **STATES TRUSTEE'S MOTION TO** |
| **DAVID LEE**, | ) **DISMISS OR CONVERT CASE (DKT.** |
| | ) **#187)** |
| | ) |
| | ) <u>Hearing</u> |
| | ) Date: December 4, 2019 |
| | ) Time: 11:00 A.M. |
| Debtor. | ) Place: Courtroom 1675 |
| | )        255 E. Temple St. |
| | )        Los Angeles, CA 90012 |
| _____ | ) |

    David Lee (the "Debtor") responds to the United States Trustee's motion to dismiss his case as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court has not set a deadline for the Disclosure Statement and Plan of Reorganization. Debtor has satisfied all issues raised by the United States Trustee - see attached Declaration of Debtor.

Dated: November 19, 2019

LAW OFFICES OF DAVID A. TILEM

By: _____
David A. Tilem, Attorneys for Debtor and Debtor-in-Possession

### DECLARATION OF DAVID LEE

I, David Lee, declare and state as follows:

1. I am the Debtor and debtor in possession in the above-entitled Chapter 11 case.

2. This Declaration is based on my personal knowledge. If asked to do so, I would testify to the statements made below.

3. I voluntarily filed this Chapter 11 case on January 7, 2019 (the "Petition Date").

4. This Declaration is submitted in opposition to the United States Trustee's motion to dismiss my case.

5. The court has not set a deadline for me to file a Disclosure Statement and Plan of Reorganization. My counsel and I will start working on these items as soon as the refinance of my home, as recently authorized by the Court, is completed.

6. All of my insurance policies are in place. This much is evidenced by the most recent monthly operating report filed with the Court (Dkt. #218). It is my understanding that evidence of all current insurance policies has been submitted to the U.S. Trustee.

7. The Monthly Operating Report for September, 2019 was filed on October 31, 2019 (Dkt. #192). The report for October, 2019 was filed on November 19, 2019 (Dkt. #218).

8. As is reflected on the October, 2019 report, I paid the 3rd quarter fee on October 31, 2019.

I declare, under penalty of perjury under the laws of the State of California, that the statements above are true and correct and that I signed this statement on November 19, 2019 at Los Angeles, California.

_____
DAVID LEE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled (*specify*) **DEBTOR'S OPPOSITION TO UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE (DKT. #187)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/20/19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **11/20/19,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert Kwan
United States Bankruptcy Court
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| **11/20/2019** | **Joan J. Fidelson** | /s/ Joan J. Fidelson |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**

**ECF Service List:**

- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Sean C Ferry**   sferry@rasflaw.com, sferry@ecf.courtdrive.com
- **Todd S Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Nichole Glowin**   nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- **Blake J Lindemann**   Blake@lawbl.com, Nataly@lawbl.com
- **Erica T Loftis Pacheco**   erica.loftispacheco@bonialpc.com
- **Valerie Smith**   claims@recoverycorp.com
- **David A Tilem**   davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- **Edward A Treder**   cdcaecf@bdfgroup.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**   hatty.yip@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**