```
PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
HATTY YIP, State Bar No. 246487
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 WILSHIRE BLVD., SUITE 1850
Los Angeles, California 90017
(213) 894-1507 telephone
(213) 894-2603 facsimile
Email: hatty.yip@usdoj.gov
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**DAVID LEE,**<br><br>      Debtor(s). | Case No.: 2:19-bk-10119-RK<br><br>Chapter 11<br><br>**NOTICE OF VOLUNTARY DISMISSAL/WITHDRAWAL BY UNITED STATES TRUSTEE OF MOTION UNDER 11 U.S.C. § 1112(b) TO CONVERT, DISMISS, OR APPOINT A CHAPTER 11 TRUSTEE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON**<br><br>Hearing Date:<br>DATE:   December 4, 2019<br>TIME:   11:00 a.m.<br>CTRM:  1675<br>           255 E. Temple St.<br>           Los Angeles, CA 90012 |

**TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR, AND ALL PARTIES IN INTEREST:**

    PLEASE TAKE NOTICE that the United States Trustee hereby voluntary dismisses/withdraws his Motion under 11 U.S.C. § 1112(b)(1) to Convert, Dismiss, or Appoint a

- 1 -

Chapter 11 Trustee with an Order Directing Payment of Quarterly Fees and for Judgment Thereon, filed on October 30, 2019, PACER docket #187, because the Debtor cured the compliance issues after the U.S. Trustee filed his motion. The U.S. Trustee also respectfully requests that the Court vacate the hearing on said matter set for December 4, 2019 at 11:00 a.m.

DATED: November 25, 2019

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

By: /s/ HATTY YIP
     Trial Attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): __**NOTICE OF VOLUNTARY DISMISSAL/WITHDRAWAL BY UNITED STATES TRUSTEE OF MOTION UNDER 11 U.S.C. § 1112(b) TO CONVERT, DISMISS, OR APPOINT A CHAPTER 11 TRUSTEE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON**__
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __11/25/19__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   SEE ATTACHED LIST

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __11/25/19__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
DEBTOR: David Lee, 840 Dunsmuir Avenue, Los Angeles, CA 90036
MANUAL: Dalida Sanfrancisco, 14862 Sabre Lane, Huntington Beach, CA 92647

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __11/25/19__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
JUDGE'S COPY: [Pursuant to the UST's agreement with the U.S. Bankruptcy Court, Judge's Courtesy Copy was mailed via Federal Express overnight mail to the following address] U.S. Bankruptcy Court, 255 E. Temple St., Room 940, Los Angeles, CA 90012, Attn: Mail Room Clerk—Judges Copies

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/25/19 | Helen Cruz | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                  **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Sean C Ferry    sferry@rasflaw.com, sferry@ecf.courtdrive.com
- Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Nichole Glowin    nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- Blake J Lindemann    Blake@lawbl.com, Nataly@lawbl.com
- Erica T Loftis Pacheco    erica.loftispacheco@bonialpc.com
- Valerie Smith    claims@recoverycorp.com
- David A Tilem    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- Edward A Treder    cdcaecf@bdfgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Hatty K Yip    hatty.yip@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**