Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
 A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501  Fax (888) 316-6107
e-mail: baruchcohen@baruchcohenesq.com

*Attorneys for Secured Creditor YCCS, LLC.*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| In re | Case No. 2:19-bk-10119-RK |
|---|---|
| DAVID LEE, | Chapter 11 |
| Debtor | **SUPPLEMENTAL DECLARATIONS OF BARUCH C. COHEN AND CURTIS DEWEESE RE: MOTION OF YCCS, LLC FOR RELIEF FROM THE AUTOMATIC STAY [DOCKET 108]** |
| | DATE: 12-10-2019<br>TIME: 1:00 p.m.<br>CTRM: 1675 |

  YCCS, LLC, a Hawaiian Limited Liability Co. ("YCCS") files this Supplemental Declarations of Baruch C. Cohen and Curtis Deweese Re: Motion of YCCS, LLC for Relief from the Automatic Stay [Docket 108] with respect to the real property of David Lee, debtor and debtor in possession ("Debtor"). commonly known as 840 Dunsmuir Ave., Los Angeles, CA 90036 ("Property"), which Property is the principal residence of the Debtor.

DATED:  December 4, 2019    LAW OFFICE OF BARUCH C. COHEN
                    A Professional Law Corporation

                    By  /S/ Baruch C. Cohen
                    Baruch C. Cohen, Esq.
                    Attorneys for Secured Creditor YCCS, LLC

12/4-8:12pm

## DECLARATION OF BARUCH COHEN

I, BARUCH C. COHEN, declare and state as follows:

1. The facts stated below are true and correct to the best of my personal knowledge and if called upon to testify to them, I could and would competently do so.

2. I am a member in good standing and eligible to practice before the following courts: California State Supreme Court; United States Court of Appeals - Ninth Circuit; Bankruptcy Appellate Panel; United States District Courts: Central District of California; Eastern District of California; Northern District of California; and Southern District of California.

3. I am the principal shareholder and President of The Law Office of Baruch C. Cohen, a Professional Law Corporation, located at 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

4. I proudly represent Secured Creditor YCCS, LLC.

5. On 11-14-2019, the Court heard two matters: (1) the Motion of YCCS, LLC for Relief from the Automatic Stay [Doc-108]; & the Debtor's Motion (Doc-195) for Order Authorizing Debtor to Obtain Credit Pursuant to [11 U.S.C.] §364(c)(2).

6. At the 11-14-2019 hearing, YCCS stated on the record, that as long as on or before 12-1-2019, YCCS actually receives all sums due under its Note, which totaled $512,847.62 as of 11-27-2019 (the actual sum owed is all sums due under the Note, including additional interest, costs, and fees at that time), YCCS had no objection to the Finance Motion. YCCS ultimately agreed to release their lien subject to escrow closing on 11-30-2019 and that YCCS receive $495,000 for the full and final release of the YCCS lien. YCCS agreed to accept the reduced price of $495,000.00 if and only if, the sum was received on or before 12-1-2019.

7. The Court's 11-15-2019 *Order Granting Debtor's Motion (Doc-195) for Order Authorizing Debtor to Obtain Credit Pursuant to [11 U.S.C.] §364(c)(2)* [Doc-214] specified: "Debtor is authorized to proceed with the financing as proposed in the motion (Dkt. #195) with escrow to close no later than November 30, 2019."

12/4-8:12pm

2

8. On 11-22-2019 and then again on 11-23-2019, I provided escrow with YCCS' wire instructions to wire on or before the Closing Date no less than $495,000 for the full and final release of the lien. I requested confirmation that the Debtor signed all loan documents and confirmation of the scheduled recording/disbursement date.

9. On 12-2-2019, I inquired of escrow and of Debtor's counsel, when YCCS will receive said funds. To date, neither escrow nor Debtor's counsel provided me with the courtesy of a satisfactory response.

10. To date, escrow has not responded to me as to why the closing and payoff did not occur, nor has Debtor's counsel provided me any detail as to why the refinancing and payoff did not occur despite the request to do so.

11. The Court continued the hearing on YCCS' Motion to Lift the Stay to 12-10-2019 at 1:00pm.

12. As set forth in the *Supplemental Points and Authorities in Support of Motion of Yccs, Llc for Relief from the Automatic Stay* [Doc-175], and as this Court recalls, at the initial hearing on the Motion held on 7-30-2019, this Court continued the hearing to 11-2019 to permit YCCS to address a single issue: whether under 11 U.S.C. § 362(d)(1) cause exists to terminate the automatic stay where a note secured solely by a deed of trust to the Debtor's residence has a due date of December 1, 2019. ***As of December 2, 2019, the answer is a resounding yes***. Under most circumstances, the passage of a due date under a note is not cause for relief from stay under 11 U.S.C. § 362(d)(1). 11 U.S.C. § 1123(b)(5) generally permits a plan to modify the rights of holders of secured claims, including fully matured claims. However, the text of 11 U.S.C. § 1123(b)(5) expressly prohibits the modification of a secured claim "secured only by a security interest in real property that is the debtor's principal residence." In this case, there is no dispute that the Property described in the Motion is the Debtor's principal residence and that the claim of YCCS is secured solely by the Property.

13. Since the Debtor failed to pays all sums due on the Note on or before 12-1-2019, via refinance or sale of the Property, the Debtor is now in a default which cannot be modified

1 | or cured.. The inability to modify the terms of the Note and the creation of an incurable
2 | default each constitute cause for relief from the automatic stay.
3 | 14.  Accordingly, YCCS' Motion should be granted, effective December 2, 2019.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed December 4, 2019, at Los Angeles, California.

                                                              */s/ Baruch C. Cohen*
                                                             Baruch C. Cohen

# DECLARATION OF CURTIS DEWEESE

I, Curtis DeWeese, declare as follows::

1. I am the managing member of YCCS, LLC, a Hawaiian limited liability company. If called upon as a witness, I could and would testify to the following, all of which is within my personal knowledge.

2. I am the principal owner of YCCS LLC, a Hawaiian Limited Liability Company (hereinafter referred to as "YCCS"), which holds a 2nd Deed of Trust dated 11-14-2017, that was executed by the Debtor in favor of YCCS as beneficiary, that was recorded on 11-21-2017, as Instrument No. 20171343125, on the Debtor's property located at 840 South Dunsmuir, Los Angeles, CA 90036.

3. I have been involved in real estate transactions for approximately 32 years. I have dealt with all aspects of real property transactions, including refinancing property and obtaining loans for junior liens on properties. My primary experience is in real estate development, construction, financing and workouts throughout the western United States on behalf of institutional parties and on my own account.

4. On 11-14-2019, the Court heard two matters: (1) the Motion of YCCS, LLC for Relief from the Automatic Stay [Doc-108]; & the Debtor's Motion (Doc-195) for Order Authorizing Debtor to Obtain Credit Pursuant to [11 U.S.C.] §364(c)(2).

5. At the 11-14-2019 hearing, YCCS stated on the record, that as long as on or before 12-1-2019, YCCS actually receives all sums due under its Note, which totaled $512,847.62 as of 11-27-2019, YCCS had no objection to the Finance Motion. YCCS ultimately agreed to release their lien subject to escrow closing on 11-30-2019 and that YCCS receive $495,000 for the full and final release of the YCCS lien.

6. As of today, YCCS was not notified of the closing of escrow, nor did YCCS receive the $495,000.

7. As I have indicated for over five months, YCCS will not consent to modify the terms of the Note and must be paid in full on or before December 1, 2019.

///

1     .     I declare under penalty of perjury under the laws of the United States of America that the
2 foregoing is true and correct and that this Declaration was executed on December 4, 2019.

                                                                                                                                   _____

                                                                                                     CURTIS DEWEESE

D:\DATA\DOCS\DEWEESE-YCCS\SUPPLEMENTAL DECLARATIONS OF BARUCH C. COHEN AND CURTIS DEWEESE RE MOTION OF YCCS, LLC FOR RELIEF FROM THE AUTOMATIC STAY.wpd
12/4-3:36pm

6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.**

A true and correct copy of the foregoing document entitled: **SUPPLEMENTAL DECLARATIONS OF BARUCH C. COHEN AND CURTIS DEWEESE RE: MOTION OF YCCS, LLC FOR RELIEF FROM THE AUTOMATIC STAY [DOCKET 108]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/4/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David A Tilem for Debtor, David Lee
    *davidtilem@tilemlaw.com, davidtilem@ecf.inforuptcy.com; joanfidelson@tilemlaw.com; joanfidelson@ecf.inforuptcy.com; dianachau@tilemlaw.com; malissamurguia@tilemlaw.com; malissamurguia@ecf.inforuptcy.com*
Sean C Ferry for Selene Finance LP
    *sferry@rasflaw.com, sferry@ecf.courtdrive.com*
Todd S Garan for JPMorgan Chase N.A.
    *ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com*
Nichole Glowin for Green Lawn Mortgage
    *nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net*
Blake J Lindemann for MMRC, LLC
    *Blake@lawbl.com, Nataly@lawbl.com*
Erica T Loftis Pacheco for Rehabbers Financial Inc, dba Aztec Financial
    *erica.loftispacheco@bonialpc.com*
Valerie Smith for PRA Receivables Management LLC
    *claims@recoverycorp.com*
Edward A Treder (IP)    *cdcaecf@bdfgroup.com*
US Trustee (LA)    *ustpregion16.la.ecf@usdoj.gov*
Hatty K Yip (TR)    *hatty.yip@usdoj.gov*

**2. SERVED BY UNITED STATES MAIL**: On 12/4/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/4/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Robert N. Kwan, USBC, Central District of California, 255 E. Temple Street, Suite 1682, Los Angeles CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/4/2019 | Baruch C. Cohen, Esq. | */s/ Baruch C. Cohen* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| David Lee<br>840 Dunsmuir Ave<br>Los Angeles CA 90036 | Chase<br>POB 901076<br>Ft. Worth, TX  76101 |
| Amer Assist AR Solutions, Inc.<br>P.O. Box 26095<br>Columbus, OH 43226-0095 | Target RedCard<br>PO Box 5332<br>Sioux Falls SD 57117-5332 |
| Comenity-Total Rewards Visa<br>P.O. Box 659450<br>San Antonio, TX 78265-9450 | US BANK<br>PO Box 108<br>Saint Louis, MO 63166-0108 |
| Discover Card/ Discover it Miles Card<br>PO Box 51908<br>Los Angeles, CA 90051-6208 | US Bank Home Mortgage<br>4601 Frederica Street<br>Owensboro, KY 42301-7439 |
| First National Bank<br>PO Box 2557<br>Omaha, NE 68103-2557 | Virgin America<br>PO Box 659450<br>San Antonio, TX 78265-9450 |
| Franchise Tax Board<br>PO Box 942840<br>Sacramento, CA 94240-0001 | BSI Financial Services<br>314 S. Franklin Street, 2nd Floor<br>Titusville, PA 16354-2168 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | LA Co. Treasurer and Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 |
| LA DWP<br>111 N Hope St<br>Los Angeles., CA 90012-2607 | LOANCARE A Servicelink Co.<br>PO Box 8068<br>Virginia Beach, VA 23450-8068 |
| ORBITZ<br>PO Box 659450<br>San Antonio, TX 78265-9450 | Pentagon Federal Credit Union<br>9494 Miramar Rd<br>San Diego, CA 92126-4417 |
| Mercury Payments Services LLC<br>Card Services<br>PO Box 70168<br>Philadelphia, PA 19176-0168 | Synchrony Bank<br>Margaret Keane, CEO<br>170 W Election Rd Ste. 125<br>Draper, UT 84020-6425 |
| Renee E Sanders<br>Law Offices of Renee Estelle Sanders<br>3450 Wilshire Blvd Ste 1214<br>Los Angeles, CA 90010-2208 | Pacific Private Money Inc<br>Mark Hanf, CEO<br>1555 Grant Ave<br>Novato, CA 94945-3120 |
| Discover Bank<br>David W. Nelms, CEO<br>502 E Market Street<br>Greenwood DE 19950 | USBank N.A.<br>Richard K. Davis, CEO<br>425 Walnut Street<br>Cincinnati OH45202 |