David A. Tilem (SBN 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
    Fax:(818) 507-6800
DavidTilem@TilemLaw.com

Attorneys for Debtor and Debtor-
    In-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br><br><br><br>**DAVID LEE,**<br><br><br><br>        Debtor. | **Case No. 2:19-bk-10119-RK**<br><br>Chapter 11<br><br>**DECLARATION OF LOAN BROKER DANIEL RAUCH REGARDING EFFORT TO REFINANCE DEBTOR'S RESIDENCE**<br><br>Date: December 10, 2019<br>Time: 1:00 p.m.<br>CtRm: 1675 |

I, DANIEL RAUCH, hereby declare and state as follows:

   1.   This Declaration is based on my personal knowledge and on my expertise as a professional loan broker.  I have been in this business for more than 30 years.  A true and correct copy of my resume is attached as Exhibit "A".

   2.   If asked to do so, I would testify to the statements made below.

   3.   Pursuant to an Order from the Bankruptcy Court entered August 29, 2019 (Dkt. #166), David Lee ("Debtor") was authorized to

engage my services to seek refinancing for a number of loans, including the loans secured by his principal residence located at 840 S. Dunsmuir Ave., Los Angeles, CA 90068.

4. I originally placed this loan with Greenbox Loans, Inc. in September, 2019. I provided a Loan Detail Report to Debtor's counsel on or about October 9, 2019. The loan required special approval for a number of reasons including that the borrower is a debtor in a pending bankruptcy proceeding and also because a portion of the Debtor's income is capital gain which must satisfy certain investor guidelines before it can be considered.

5. The loan was pulled in mid-November because the lender had concerns about Debtor's ongoing ability to generate continued capital gain income.

6. I immediately reached out to Commerce Mortgage as a back-up lender. This was done in mid-November. Commerce Mortgage is currently working through all of the Debtor's financial information as a potential lender of a loan which would replace the existing first and second mortgages on the property.

7. As a further back-up, in late November, 2019 I also reached out to Prime Equity Mortgage to see if they are interested in making a new second mortgage to replace the loan currently held by YCCS. This lender is also doing its due diligence.

8. To bolster the chances of loan approval, I further investigated the Debtor's capital gains as reflected on his federal tax returns from 2014-2016. I have made this information available to all three potential lenders.

9. I believe Debtor qualifies for this loan and it is just a matter of weeks before one or more of the three lenders will commit

to making the loan.

10. The Greenbox loan did not close as projected on November 22, 2019 because its underwriter and proposed investor did not fully understand the capital gains issue (which has since been clarified), and because Greenbox has had some internal personnel issues which caused this particular loan to be passed from person to person.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this statement was signed by me on December 6, 2019 at Los Angeles, California.

_____
Daniel Rauch

**"EXHIBIT A"**

**DANIEL RAUCH**
**2245 Fern Dell Place**
**Los Angeles, CA 90068**
**310-704-0954 Fax 323-488-9675**
**Email DRFINANCIAL@AOL.COM**

**BACKGROUND SUMMARY**

**REAL ESTATE BROKER with 30 years of experience in marketing, operations, loan processing and the financial management of various companies in the mortgage industry.**

**EXPERIENCE**

**DR FINANCIAL**
**President, since 2001**

**Manage this profitable mortgage company, Underwriting of loan files.**
**I run all AUS systems for all lenders, I run DU/LP, Advanced knowledge of DU to obtain DU Approval**
**Eligible. Calculate Debt to Income ratios using FNMA and FHA underwriting guidelines.**
**Extensive knowledge in FHA, VA CHFA and all down payment assistance programs.**

**SURETY FINANCIAL**
**Broker of Record and Partner, Sherman Oaks CA 1995-2001**
**Mortgage company with 4 partners, 5 agents and full time staff**
**Managed the entire operation, developed new business and closed over $200,000,000 of Residential and commercial loans.**

**Ran all AUS systems for all lenders, ran DU/LP, Advanced knowledge of DU to obtain DU Approval**
**Eligible. Calculate Debt to Income ratios using FNMA and FHA underwriting guidelines.**
**Extensive knowledge in FHA, VA CHFA and all down payment assistance programs.**

**WESTSIDE LENDERS**
**Broker, Beverly Hills, CA  1992-1995**
**Developed a strong client base and closed millions of dollars of residential loans.**

**DAX DEVELOPMENT**
**Broker of Record, Los Angeles, CA 1988-1992**
**Built and constructed several single family homes, handled the financing and raising of capital.**

**CONCORD WEST**
**Owner of Real Estate Company, Los Angeles, CA 1981-1990**
**Commercial and residential Brokerage Company. Bought and old commercial and residential real estate.**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled (*specify*) **DECLARATION OF LOAN BROKER DANIEL RAUCH REGARDING EFFORT TO REFINANCE DEBTOR'S RESIDENCE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/6/19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **12/6/19,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert Kwan
United States Bankruptcy Court
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

David Lee
840 Dunsmuir Ave.
Los Angeles, CA 90036

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/6/2019 | **Diana Chau** | /s/ Diana Chau |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     **F 9013-3.1.PROOF.SERVICE**

**ECF Service List:**

- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Sean C Ferry**    sferry@rasflaw.com, sferry@ecf.courtdrive.com
- **Todd S Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Nichole Glowin**    nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- **Blake J Lindemann**    Blake@lawbl.com, Nataly@lawbl.com
- **Erica T Loftis Pacheco**    erica.loftispacheco@bonialpc.com
- **Valerie Smith**    claims@recoverycorp.com
- **David A Tilem**    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- **Edward A Treder**    cdcaecf@bdfgroup.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**