

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

CHAPTER  11.00

APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

**Ordering Party's Name:** Baruch C. Cohen, Esq.    **Attorney Bar#** 159455
**Law Firm:** Law Office of Baruch C. Cohen, APLC
**Mailing Address:** 4929 Wilshire Boulevard, Suite 940 Los Angeles, CA 90010

**Person to Contact** (**If Judge-ordered: Transcriber to contact Procurement\*\***): Baruch C. Cohen
**Telephone:** (323) 937-4501    **E-mail:** bcc@baruchcohenesq.com
**Bankruptcy Case #:** 6:13-bk-25280-SY    **Adversary Proceeding #/MP #:** _____
**Date of Hearing** (**complete a SEPARATE form for EACH hearing date**): 12/10/2019    **Time:** 1:00 pm
**Debtor:** David Lee
**Adversary Proceeding Name:** _____ vs. _____
**Hearing Judge:** R. Kwan    **Courtroom #:** LA 1675
**TRANSCRIBER:** Briggs Reporting    **ALTERNATE:** Ben Hyatt
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**    **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)    ☐ 3 Days    ☒ Entire Hearing
☐ 14 Days    ☒ Daily (24 hours)    ☐ Ruling/Opinion of Judge only
☐ 7 Days    ☐ Testimony of Witness _____
☐ Other*    (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____    Date Sent to Transcriber: _____    By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:\_\_\_)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #:\_\_\_)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____    Division: _____    Processed by: _____

### \*\*TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*