PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
HATTY YIP, State Bar No. 246487
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017-5418
(213) 894-1507 telephone
(213) 894-2603 facsimile
Email: hatty.yip@usdoj.gov

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**DAVID LEE**,<br><br>Debtor(s). | Case No.: 2:19-bk-10119-RK<br><br>Chapter 11<br><br>**LIMITED OPPOSITION OF THE UNITED STATES TRUSTEE TO MOTION FOR ORDER CLOSING CASE ON INTERIM BASIS**<br><br>Hearing Date:  June 2, 2021<br>Time              11:00 a.m.<br>Place             Courtroom 1675 (Via Zoom)<br>                     255 E. Temple St.<br>                     Los Angeles, CA 90012 |

THE UNITED STATES TRUSTEE (hereinafter "U.S. Trustee") hereby submits the Limited Opposition of the United States Trustee to Motion for Order Closing Case on Interim Basis ("Limited Opposition").

The U.S. Trustee does not oppose closing of the instant case. However, the U.S. Trustee notes that Debtor has failed to provide the post-confirmation quarterly report and proof of payment of quarterly fees for second quarter 2021. Therefore, the U.S. Trustee requests that entry of an order closing case be conditioned upon full payment of all outstanding quarterly fees. To ensure

- 1 -

1 | full payment of all fees, the U.S. Trustee requests that any order closing case be signed off by the
2 | U.S. Trustee.

DATE: May 18, 2021

Respectfully Submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

By: /s/ Hatty Yip
    HATTY YIP
    Attorney for the United States Trustee

- 2 -